UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Telephonic Scheduling Conference Calendar

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429
October 16, 2003
1:00 p.m.

Held 30 mins.

3-03-cv-664   (CFD) Caldwell v Windham Professional
------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Daniel S. Blinn | Consumer Law Group, 2138 Silas Dean Hwy. P.O. Box 1039, Rocky Hill, CT 860-571-0408 |
| Jonathan D. Elliot | Kleban & Samor, Pc, 2425 Post Rd., Po Box 763, Southport, CT 203-254-8969 |
| Sabato Pellegrino Fiano | Kleban & Samor, Pc, 2425 Post Rd., Po Box 763, Southport, CT 203-254-8969 |
| Sarah Poriss | Consumer Law Group, 2138 Silas Dean Hwy. P.O. Box 1039, Rocky Hill, CT 860-571-0408 |
| Matthew T. Theriault | Consumer Law Group, 2138 Silas Dean Hwy. P.O. Box 1039, Rocky Hill, CT 860-571-0408 |

* ATTORNEY BLINN TO INITIATE THE CONFERENCE CALL TO JUDGE GARFINKEL.

THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK