UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

| | |
|---|---|
| DIONNE CALDWELL, INDIVIDUALLY AND ) <br> ON BEHALF OF ALL OTHERS SIMILARLY ) <br> SITUATED, ) <br>     **Plaintiff** ) <br> ) <br> v. ) <br> ) <br> WINDHAM PROFESSIONALS, INC. ) <br>     **Defendant** ) <br> _____) | CASE NUMBER 2003 NOV -6 P 3:54 <br> 3:03CV0664(CFD) <br> US DISTRICT COURT <br> BRIDGEPORT CT <br> PARTIES' PROPOSED <br> SCHEDULING ORDER <br><br> October 31, 2003 |

1. Defendant shall produce documents and interrogatory responses in accordance with the agreement between the parties by November 10, 2003.

2. Plaintiff shall file a supplemental memorandum of law in support of class certification by December 12, 2003.

3. Defendant shall file a supplemental opposition to class certification by January 16, 2004.

4. Plaintiff may file a reply brief by January 30, 2004.

5. The hearing on class certification may be scheduled after January 23, 2004.

So Ordered this ____ day of November, 2003.

_____
William I. Garfinkel
United States Magistrate Judge

NOV 0 5 2003