UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| DIONNE CALDWELL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>    Plaintiff<br>v.<br><br>WINDHAM PROFESSIONALS, INC.<br>    Defendant | CASE NUMBER:<br>3:03CV0664(CFD)<br><br>AFFIDAVIT OF<br>DANIEL S. BLINN<br><br>December 12, 2003 |

2003 DEC 12 P 2: 29
DISTRICT COURT
HARTFORD CT

STATE OF CONNECTICUT:
: ss. Rocky Hill
COUNTY OF HARTFORD :

The undersigned, having been duly sworn, hereby declares of his own personal knowledge that:

1. I am over eighteen years of age and I believe in the obligations of an oath.

2. This affidavit is furnished in support of the Supplemental Memorandum of Law filed by the Plaintiff in the referenced case.

3. Since its founding on September 1, 1997, Consumer Law Group has handled approximately 1,250 claims on behalf of consumers, which number includes active cases. Only about 2% of these matters were brought as class actions.

4. Of the total legal matters handled by Consumer Law Group, approximately 132 involved debt collection practice claims, or slightly more than 10%, have involved debt collection claims. The present case is the only such matter in which the firm has sought to represent a class of individuals.

5. Consumer Law Group has agreed with the plaintiff that it will advance the costs of litigation.

6. The firm currently has four attorneys, one paralegal, one legal assistant, and several other support staff.

7. I am familiar with the possible costs necessary to maintain a class action having 248 members, and Consumer Law Group has the resources to pay those costs. The firm has previously handled the representation of classes having more than 5,000 members.

Daniel S. Blinn

Subscribed and sworn to before me
this 12th day of December, 2003.

Adeline Machado
Notary Public/My Commission Expires: 6/30/07

2