UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIONNE CALDWELL, INDIVIDUALLY AND ) <br> ON BEHALF OF ALL OTHERS SIMILARLY ) <br> SITUATED, ) <br>     Plaintiff ) <br> v. ) <br> ) <br> WINDHAM PROFESSIONALS, INC. ) <br>     Defendant ) <br> _____) | CASE NUMBER: <br> 3:03CV0664(CFD) <br><br><br><br><br><br> December 10, 2003 |

## AFFIDAVIT OF SARAH PORISS

STATE OF CONNECTICUT  :
                            : ss:  Rocky Hill
COUNTY OF HARTFORD    :

1. I am over eighteen years of age and believe in the obligations of an oath.

2. I have personal knowledge of the facts attested to below.

3. I am an associate attorney at Consumer Law Group, LLC and regularly perform document review.

4. On November 10, 2003, counsel for Defendant provided a list of account numbers with respect to which Defendant may have communicated with a Connecticut resident within the limitations period and sought to collect collection or other charges in excess of fifteen (15%) percent of the principal balance owed (hereinafter referred to as the "disclosure"). See Exhibit A, attached.

5. As part of the disclosure, Windham also provided a list of creditors responsible for placement of one or more of the accounts referenced in Exhibit A. See Exhibit B, attached.

6. Windham also provided a list of accounts from Exhibit A with a reference to the purpose of the subject indebtedness as described to Windham by its creditor clients. See Exhibit C, attached.

7. I have examined the entire disclosure consisting of Exhibits A, B and C.

8. Exhibit C consists of twenty-eight (28) pages of account numbers, with approximately fifty (50) account numbers per page, all of which are accounts upon which Windham assessed the above-described collection or other fees.

9. Of the approximately 1400 accounts identified in the disclosure, I have determined that at least one hundred twenty-two (122) consumer, non-student loan accounts fall within the class definition, as follows:

| Lender | Loan Type | Number of accounts |
| --- | --- | --- |
| Commonwealth of Mass. | No-interest loan | 16 |
| Chittenden Bank | Overdraft | 10 |
| Chittenden Bank | Loan | 58 |
| Chittenden Bank | Lease fees/lease | 10 |
| Chittenden Bank | Berkshire | 7 |
| Digital Employers FCU | Credit card | 9 |
| Digital Employers FCU | Loan | 4 |
| Digital Employers FCU | Overdraft | 3 |
| Northeast Credit Union | Credit card | 1 |
| Northeast Credit Union | Loan | 1 |
| Peoples Credit Union | Credit card | 1 |
| VT Fed. Credit Union | Repo | 1 |
| Passumpsic Savings Bank | Loan | 1 |

10. In addition, I have identified another one hundred twenty-six (126) accounts assigned to Windham for collection by educational institutions that are non-student loans, as follows:

| Institution | Account type | Number of Accounts |
| --- | --- | --- |

2

| | | |
|---|---|---|
| Central CT State Univ. | Non-student/parking | 87 |
| Dean College | Private loan | 29 |
| Columbia College | Accounts receivable | 2 |
| Southern OR State Univ. | Accounts receivable | 1 |
| Western CT State Univ. | Phone & hall damage | 1 |
| Western CT State Univ. | Dorm damage | 3 |
| Western CT State Univ. | Parking fines | 1 |
| Western CT State Univ. | Overdue phone | 1 |
| Western CT State Univ. | Library books & ID | 1 |

11. It is my opinion that there are at least two hundred forty-eight (248) accounts that fit the class definition and therefore at least two hundred forty-eight (248) class members.

_____
Sarah Poriss

Subscribed and sworn to before me
this 10th day of December, 2003.

_____
Adelim Machado

Notary Public/~~Commissioner of the Superior Court~~
My commission expires: 6/30/07

3

# Kleban & Samor, P.C.

*Attorneys at Law*

2425 Post Road  P.O. Box 763
Southport, Connecticut 06890
Telephone (203) 255-4646
Facsimile  (203) 259-9617
info@kleban-samor.com
www.kleban-samor.com

900 Third Avenue, 13th Floor
New York, NY 10022
Telephone (212) 508-6700
Facsimile  (212) 371-1084

Reply To Southport Office

**Jonathan D. Elliot**
**(203) 254-8969**
**E-mail: jelliot@kleban-samor.com**

November 10, 2003

VIA FEDERAL EXPRESS

Daniel S. Blinn, Esq.
Consumer Law Group, LLC
2138 Silas Deane Highway
P.O. Box 1039
Rocky Hill, CT 06067-9997

RE:   <u>Caldwell v. Windham Professionals, Inc.</u>

Dear Dan:

    Enclosed is the supplemental disclosure as agreed.

                       Very truly yours,

                       Jonathan D. Elliot

JDE/mm

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIONNE CALDWELL, Individually On behalf of herself and all others Similaraly situated<br>　　　　　　Plaintiff<br><br>vs.<br><br>WINDHAM PROFESSIONALS, INC.<br>　　　　　　Defendant | CIVIL ACTION NO.<br>3:03 CV 6649 (CFD)<br><br><br><br><br><br>OCTOBER 30, 2003 |

## DISCLOSURE

In lieu of responses to the Plaintiff's First Set of Interrogatories and Requests for Production, and in full resolution of the outstanding discovery disputes relating thereto, the defendant, Windham Professionals, Inc., discloses as follows:

Annexed hereto as Exhibit A is a list of account numbers with respect to which the defendant may have communicated with a Connecticut resident within the limitations period and sought to collect collection or other charges in excess of fifteen (15%) percent of the principal balance owed.

Annexed hereto as Exhibit B is a list of creditors responsible for placement of one or more of the accounts referenced in Exhibit A.

      Annexed hereto as Exhibit C is a list of accounts from Exhibit A with a reference to the purpose of the subject indebtedness as described to defendant by its client.

THE DEFENDANT

By: _____
Jonathan D. Elliot
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06490
(203) 254-8968
Fed. Bar No. CT05762

## VERIFICATION

I, Megan Christensen, _General Counsel_ of Windham Professionals, Inc. hereby state that I have read the foregoing disclosure, and that the information contained therein is true to the best of my knowledge and belief based upon my personal knowledge and the regularly maintained business records of Windham Professionals, Inc.

_____
Megan Christensen

Subscribed and sworn to before me this 27th day of November, 2003.

_____
Notary Public     GRACINDA M. BIBBO, Notary Public
My Commission Expires January 19, 2005

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 30th [30th] day of ~~October~~ November 2003, to:

Daniel S. Blinn, Esq.
Matthew T. Theriault, Esq.
Sarah Poriss, Esq.
Consumer Law Group, LLC
2138 Silas Deane Highway
P.O. Box 1039
Rocky Hill, CT 06067-9997

_____
Jonathan D. Elliot