**EXHIBIT "A"**

| Acct# | CLT NAME | Last Name | First Name |
|---|---|---|---|
| 01303844 | Northeastern University | COUGHLIN | ELISSA |
| 01303847 | Northeastern University | NISTICO | DARYL W |
| 01303873 | Northeastern University | PARK | JIN-AH |
| 01303842 | Northeastern University | GOCLOWSKI | ERIC P |
| 01303843 | Northeastern University | HARRISON | KURT M |
| 01223770 | Northeastern University | RICKETTS | CHRISTINE |
| 01223549 | Northeastern University | GREGORY | ROBIN |
| 01160067 | Wentworth Institute | MANSFIELD | GARY |
| 01167119 | Wentworth Institute | GOMEZ | RICHARD D |
| 01159692 | Wentworth Institute | WILLIAMS | DOUGLAS H |
| 01189782 | Wentworth Institute | GRENIER | NICHOLAS J |
| 01192890 | Univ. of Mass/Lowell | LEWIS | JUSTIN S |
| 01094787 | Univ. of Mass/Lowell | GRAHAM | MALON S |
| 01193916 | Marlboro College | OBRIEN | AMANDA |
| 01211016 | Worcester Polytech. Inst. | JASTREMSKI | MARK VICTOR |
| 00397149 | Univ. of NH | THOMPSON | JENNIFER E |
| 01107260 | Univ. of NH | SANTOS | GREGORY ROBERT |
| 01107257 | Univ. of NH | ORR | JOHN DEAN |
| 01309129 | Univ. of NH | GAINES | MADELYN A |
| 01309131 | Univ. of NH | GIBSON | SEAN |
| 01174044 | Univ. of NH | ETTORE | PATRICIA |
| 01179134 | Katharine Gibbs School | POOLE | NOAH |
| 00046068 | Univ. of Arizona | FORTIER | BRETT M |
| 00046064 | Univ. of Arizona | JOHNSON | RAPHIELLE |
| 00046063 | Univ. of Arizona | SMITH | GARRISON W |
| 00046061 | Univ. of Arizona | HAWVERMALE | SARAH B |
| 01337295 | Northeastern University | ZWIEBACH | MINDY |
| 01304657 | Northeastern University | SKINNER | HEATHER |
| 01120307 | Northeastern University | MILLER | SUE ELLEN |
| 01193501 | Northeastern University | VICTOR | NATALIE |
| 01193413 | Northeastern University | RIVERA | JUAN E III |
| 00994543 | Northeastern University | GONZALEZ | LUIS |
| 01103938 | NH Comm. Tech. College | KEHOE | CHRISTINE |
| 01002552 | NH Comm. Tech. College | VANDAL | JAMIE |
| 01323141 | NH Comm. Tech. College | DUPRE | JOANNE |
| 01323277 | NH Comm. Tech. College | ROSE | CHRISTOPHER |
| 00198398 | Southern Oregon Univ. | GOTTMAN | GREGORY P |
| 00311380 | Mass College of Liberal Arts | PINETTE | NATHAN |
| 00155868 | Univ. of Maine/Augusta | CHAZIN | JESSICA |
| 01217605 | Western Ct State Univ. | BERNARD | BRIAN J |
| 01159622 | Western Ct State Univ. | SMITH | ERWIN |
| 01217642 | Western Ct State Univ. | JULEAU | RODCHILD |
| 01094796 | Western Ct State Univ. | PAGANO | DAVID |
| 00169712 | Western Ct State Univ. | EDWARDS | ELIZABETH |
| 00169704 | Western Ct State Univ. | ALEXANDER | NICOLE E |
| 01159501 | Western Ct State Univ. | RODRIGUEZ | DAVID |
| 01217629 | Western Ct State Univ. | AMBROSE | KEITH |

| ID | Institution | Last Name | First Name |
|---|---|---|---|
| 01280742 | Western Ct State Univ. | DELAO | GHISSELLE H |
| 01159696 | Western Ct State Univ. | WILLIAMS | KAREEMA DELUXE |
| 01217626 | Western Ct State Univ. | BARBARESI | JUSTIN C |
| 01094799 | Western Ct State Univ. | PIRES | PAUL |
| 01094792 | Western Ct State Univ. | NAPPI | MICHEAL |
| 00169709 | Western Ct State Univ. | CHAMPAGNE | MICHAEL C |
| 01094800 | Western Ct State Univ. | POLLARD | SHEILA |
| 01094790 | Western Ct State Univ. | MONTOOMERY | KIMBERLY |
| 01160206 | Western Ct State Univ. | TORRES | CYNTHIA |
| 01227230 | Western Ct State Univ. | KETTELSEN | LEIF W |
| 01280748 | Western Ct State Univ. | DELANEY | ERIN E |
| 01010160 | Western Ct State Univ. | RODRIQUEZ | SCOTT |
| 01227231 | Western Ct State Univ. | JONES | ADRIA L |
| 01227235 | Western Ct State Univ. | IYEN | PREFERENCE |
| 01159635 | Western Ct State Univ. | SCROFANI | FRANK |
| 01160182 | Western Ct State Univ. | WILMAT | DEBORAH |
| 01280751 | Western Ct State Univ. | CARDELLA | JENNIFER |
| 01217594 | Western Ct State Univ. | CRUZ | ARIANA M |
| 01094798 | Western Ct State Univ. | PAULSON | DANYELLE C |
| 01227229 | Western Ct State Univ. | LANCASTER | CLARA |
| 01227244 | Western Ct State Univ. | ESPOSITO | FRANK H |
| 01010162 | Western Ct State Univ. | HARSHAW | PATRICK |
| 00169707 | Western Ct State Univ. | AUSTIN | ALICIA |
| 00169715 | Western Ct State Univ. | ESPOSITO | ANGELA |
| 01159506 | Western Ct State Univ. | ROBALINO | YEZEBEL C |
| 01280720 | Western Ct State Univ. | DULLARD | KATE E |
| 01160209 | Western Ct State Univ. | TOCE | JUDITH |
| 01227228 | Western Ct State Univ. | LEIGHTON | TIFFANY A |
| 01160184 | Western Ct State Univ. | WALKER | CHRISTOPHER C |
| 01227232 | Western Ct State Univ. | JIMENEZ | CESAR |
| 01094794 | Western Ct State Univ. | NEORI | SUZANNE |
| 01011538 | Western Ct State Univ. | PISELLI | JEANNINE |
| 01159681 | Western Ct State Univ. | STOKES | ROBERT |
| 01094769 | Western Ct State Univ. | MCCULLOCH | DAVE L |
| 01159517 | Western Ct State Univ. | NEUMANN | ADRIA |
| 01159625 | Western Ct State Univ. | SMITH II | CRAIG |
| 01227236 | Western Ct State Univ. | HUTCHERSON BURT | STAC |
| 01094795 | Western Ct State Univ. | OSTREICHER | HERMAN |
| 01160159 | Western Ct State Univ. | WHITE | CHRISTOPHER J |
| 01011542 | Western Ct State Univ. | CAMPBELL | RICHARD |
| 01160174 | Western Ct State Univ. | WOOLVEN | CASEY M |
| 01011534 | Western Ct State Univ. | MORRONE | KIMBERLY G |
| 01217622 | Western Ct State Univ. | BASILE | JOHN P |
| 01094767 | Western Ct State Univ. | MASON | DOUGLAS P |
| 01280759 | Western Ct State Univ. | BOYAJIAN | AMY C |
| 01160196 | Western Ct State Univ. | VAUGHN | JAMES |
| 01280756 | Western Ct State Univ. | BROWN | SHAYNE P |
| 01217627 | Western Ct State Univ. | AZCONA | RAFAELITO |
| 01217577 | Western Ct State Univ. | DESOUZA | TATIANE G |
| 01227233 | Western Ct State Univ. | JAMES | THOMAS J |

| ID | Institution | Last Name | First Name |
|---|---|---|---|
| 01094772 | Western Ct State Univ. | MCGLOIN | BRIAN G |
| 01217598 | Western Ct State Univ. | CAMAROTA | TIMOTHY A |
| 01094781 | Western Ct State Univ. | MILLER | LEONARD |
| 01159496 | Western Ct State Univ. | SALAMON | MARK T |
| 01159659 | Western Ct State Univ. | SCOTT | KEYANDA S |
| 01159682 | Western Ct State Univ. | STATON | DWAYNE |
| 01160187 | Western Ct State Univ. | WAGNER | LISA M |
| 01159507 | Western Ct State Univ. | RIPLEY | JASON D |
| 01280708 | Western Ct State Univ. | GORDON | SHAKINA |
| 01160203 | Western Ct State Univ. | TURSKI II | JOHN S |
| 01159509 | Western Ct State Univ. | RIBAS | SHAUN |
| 01217631 | Western Ct State Univ. | ALMODOVAR | MICHELLE L |
| 01159728 | Western Ct State Univ. | WALTON | CHAZ D |
| 01217576 | Western Ct State Univ. | DATIL | NELSON |
| 01217590 | Western Ct State Univ. | DICROSTA III | WILLIAM B |
| 01217601 | Western Ct State Univ. | BOUCHER | ANNETTE A |
| 01159488 | Western Ct State Univ. | SCHANIEL | MERISSA |
| 01217635 | Western Ct State Univ. | ALEXANDER | ANTONIO J |
| 01159632 | Western Ct State Univ. | SEBJAN | STEPHEN A |
| 01094759 | Western Ct State Univ. | MACHCUA | CARLOS |
| 01217600 | Western Ct State Univ. | BRAUN | PHILIP D |
| 01159628 | Western Ct State Univ. | SMITH | ANDRE |
| 00169713 | Western Ct State Univ. | ERHO | STACY |
| 01227242 | Western Ct State Univ. | GARRISON | AUDREY J |
| 01217596 | Western Ct State Univ. | COLEMAN | LADRINA S |
| 01159490 | Western Ct State Univ. | SCAVACINI | WILBER |
| 01227241 | Western Ct State Univ. | GLOVER | WILLIAM A |
| 01217638 | Western Ct State Univ. | BATTISTA | JOSEPH M |
| 01159687 | Western Ct State Univ. | SOUZA | ALINE |
| 01280713 | Western Ct State Univ. | GRACY III | JOHN |
| 01160215 | Western Ct State Univ. | THOMAS | SEAN |
| 00169714 | Western Ct State Univ. | ESPINAL | YANIRA |
| 00169711 | Western Ct State Univ. | EASON | ANTONIO |
| 00169718 | Western Ct State Univ. | HUTCHINS | CHARLES |
| 01227243 | Western Ct State Univ. | FLEENER | MICHAEL J |
| 00169716 | Western Ct State Univ. | GANNON | ELIZABETH A |
| 00169708 | Western Ct State Univ. | BOTTICELLI | LISA |
| 01280718 | Western Ct State Univ. | EISSMAN | CHRIS C |
| 01227237 | Western Ct State Univ. | HOLLERAN | SHANE J |
| 01217575 | Western Ct State Univ. | BARANOWSKY | SEAN MICHAEL |
| 00169717 | Western Ct State Univ. | HADAD | YOLA M |
| 01094762 | Western Ct State Univ. | MARASCO | GEORGE L |
| 01280764 | Western Ct State Univ. | BENINSON | SHAY B |
| 01159505 | Western Ct State Univ. | ROBERTS | REBECCA E |
| 01217640 | Western Ct State Univ. | BLOM | ANA S |
| 01159685 | Western Ct State Univ. | SOUZA | JOSE |
| 01159500 | Western Ct State Univ. | ROSA | GABRIELLE M |
| 01011513 | Western Ct State Univ. | DEWALT | DANIEL J |
| 01159724 | Western Ct State Univ. | WALTON | NENA |
| 01217599 | Western Ct State Univ. | BRYAN | ANDREW H |

| ID | School | Last Name | First Name |
|---|---|---|---|
| 00169706 | Western Ct State Univ. | ALICEA | JESSICA |
| 01190789 | Central Ct State Univ. | KAFI | MOHAMMAD H |
| 01285661 | Central Ct State Univ. | LACIC | DOROTHY IRENA |
| 01098404 | Central Ct State Univ. | HAYRE | BRYANT A |
| 00164064 | Central Ct State Univ. | LOPEZ | ANGELA ANDREA |
| 01216778 | Central Ct State Univ. | KENNEY | SCOTT A |
| 01190767 | Central Ct State Univ. | SUHOZA | SARAH L |
| 01124149 | Central Ct State Univ. | BRISCOE | MICHAEL |
| 01216771 | Central Ct State Univ. | MAYO | MELISSA A |
| 01283855 | Central Ct State Univ. | PEREZ | DANIELA L |
| 01098563 | Central Ct State Univ. | TORRES | TANIA E |
| 00164048 | Central Ct State Univ. | ZUNIGA | ALINA |
| 01216804 | Central Ct State Univ. | CARON | AMY LEE |
| 01190807 | Central Ct State Univ. | KOPLOWITZ | KAARA L |
| 00164176 | Central Ct State Univ. | AMOS BOWEN | ALTHEA ANNETTE |
| 01312079 | Central Ct State Univ. | FRENCH | MYRA G |
| 01098405 | Central Ct State Univ. | PARKS | KAREEM D |
| 01313326 | Central Ct State Univ. | STARK | BRETT W |
| 01283853 | Central Ct State Univ. | GALARZA | KARINA J |
| 00399624 | Central Ct State Univ. | VEGA | OMAR W |
| 01098447 | Central Ct State Univ. | MORGAN | SHANIQUA D |
| 01283716 | Central Ct State Univ. | CHAVEZ | DORA |
| 01190747 | Central Ct State Univ. | CAULEY | TAMYSHA S |
| 01312077 | Central Ct State Univ. | FAZIO | ANGELO THOMAS |
| 01313295 | Central Ct State Univ. | ORIE | RANDAL |
| 01216794 | Central Ct State Univ. | DESJARDINS | JAMIE L |
| 01216805 | Central Ct State Univ. | BUTCHER | TIFFANY B |
| 01216751 | Central Ct State Univ. | STALLWORTH | BRANDON N |
| 00399579 | Central Ct State Univ. | DUFAULT | AVA D |
| 01216811 | Central Ct State Univ. | BAILEY | ROSA M |
| 00399694 | Central Ct State Univ. | WALSH | JUSTIN A |
| 01312059 | Central Ct State Univ. | DELANEY | KIMBERLY A |
| 01285656 | Central Ct State Univ. | SAMUELS BALLET | PATRICE L |
| 01111652 | Central Ct State Univ. | AMOAKOH | ALICIA A |
| 01313325 | Central Ct State Univ. | SMITH | ROBERT L |
| 01312081 | Central Ct State Univ. | GALOYAN | MARINA |
| 00399583 | Central Ct State Univ. | JAFFERY | KAMRAN H |
| 01313336 | Central Ct State Univ. | WILLIAMS | KRISTEN |
| 00164167 | Central Ct State Univ. | CARPENING | ERICA R |
| 00164013 | Central Ct State Univ. | ROGERS | DONALD |
| 01216795 | Central Ct State Univ. | DEROY | WAYNE A |
| 01111800 | Central Ct State Univ. | WALKER | HLALELENI |
| 00399575 | Central Ct State Univ. | CAMPBELL | SHANTA M |
| 01216767 | Central Ct State Univ. | MICHAUD | ANN MARIE |
| 01190748 | Central Ct State Univ. | STEIN | TABITHA |
| 01190803 | Central Ct State Univ. | HURRLE | JESSICA |
| 01312090 | Central Ct State Univ. | GRISWOLD | KEVIN |
| 01216809 | Central Ct State Univ. | BEVERLY | DEMERY D |
| 01136383 | Central Ct State Univ. | BOWENS | JASMYN A |
| 01098677 | Central Ct State Univ. | STUMACHER KATES | MONICA |

| ID | Institution | Last Name | First Name |
|---|---|---|---|
| 00399695 | Central Ct State Univ. | WITKOVIC | MATTHEW JOHN |
| 01283715 | Central Ct State Univ. | CELLA | JOSEPH J |
| 01283791 | Central Ct State Univ. | MOUTOGIANNIS | EFFIE |
| 01283807 | Central Ct State Univ. | PERRY | JASON T |
| 01283840 | Central Ct State Univ. | STONE | RUSSELL L |
| 01190744 | Central Ct State Univ. | CALKINS | JAMES F |
| 01190796 | Central Ct State Univ. | MCTEAGUE | MATTHEW D |
| 01190808 | Central Ct State Univ. | JOHNSON | KHIEKA K |
| 01190706 | Central Ct State Univ. | ALLARD | ERIN ANN |
| 01190777 | Central Ct State Univ. | ZALESKI | JENNIFER M |
| 01312027 | Central Ct State Univ. | ARMOUR | REGINALD E |
| 01190755 | Central Ct State Univ. | COLBY | TIMOTHY H |
| 01190793 | Central Ct State Univ. | HOLNESS | WARREN A |
| 01111654 | Central Ct State Univ. | CARVALHO | NUNO M |
| 01111779 | Central Ct State Univ. | ST. AMANT | MELINDA S |
| 01111790 | Central Ct State Univ. | TANSKI | LESTER |
| 01313334 | Central Ct State Univ. | WHALEN | MICHAEL C |
| 00399576 | Central Ct State Univ. | COTRINA | DYCK |
| 01190797 | Central Ct State Univ. | LEWIS | TERRELL J |
| 01283767 | Central Ct State Univ. | LOMBARDO | SALVATORE |
| 01283839 | Central Ct State Univ. | STARZYK | MAGDALENA A |
| 00164009 | Central Ct State Univ. | NGUYEN | HUY M |
| 01285663 | Central Ct State Univ. | PELOSI | MARIA G |
| 01190771 | Central Ct State Univ. | VALDEZ | JOHN |
| 00399615 | Central Ct State Univ. | NADIMI | AMIR |
| 01098512 | Central Ct State Univ. | FAIENZA | VICENZO |
| 01283804 | Central Ct State Univ. | PENNANT | ANTHONY G |
| 01283755 | Central Ct State Univ. | KOLENOVIC | AZRA |
| 01190756 | Central Ct State Univ. | TALAREVA | ERICA S |
| 01313269 | Central Ct State Univ. | LYTE | SHAHARA A |
| 01190787 | Central Ct State Univ. | INGRAM | MS LAKEITHA M |
| 01216756 | Central Ct State Univ. | PORTER | HEATHER M |
| 01190779 | Central Ct State Univ. | BATISTE | MAUREEN M |
| 01190724 | Central Ct State Univ. | BACON | PETER JOSEPH |
| 01216762 | Central Ct State Univ. | MORAIS | REBEKAH MIRIAN |
| 01098393 | Central Ct State Univ. | PEGUERO | ANEUDYS |
| 01283719 | Central Ct State Univ. | CUDWORTH | HEATHER C |
| 01285668 | Central Ct State Univ. | WALKER | DAWN |
| 01111750 | Central Ct State Univ. | PERRY | TAMMY |
| 01313338 | Central Ct State Univ. | ZETTLER | KAREN D |
| 01313318 | Central Ct State Univ. | RYALS | JASON A |
| 01190763 | Central Ct State Univ. | DUBE | SANDRA L |
| 00164002 | Central Ct State Univ. | MILLER | NICKIA M |
| 00164043 | Central Ct State Univ. | ROBIDOUX | BRIAN A |
| 01190778 | Central Ct State Univ. | GIGNAC | KAREN M |
| 01216797 | Central Ct State Univ. | ABABIO | FRANK KOFI |
| 01111734 | Central Ct State Univ. | NAMNOUN | TODD G |
| 01111673 | Central Ct State Univ. | GRADY | LATASHA |
| 01104210 | Central Ct State Univ. | DEMERVILLE | PHILIPPE |
| 01283851 | Central Ct State Univ. | ZONIGA | VICTOR |

| ID | School | Last Name | First Name |
|---|---|---|---|
| 01313332 | Central Ct State Univ. | TUSCANO | AMANDA MARIE |
| 01283709 | Central Ct State Univ. | BOCKER | KEVIN L |
| 00164040 | Central Ct State Univ. | MARTIN | JOSHUA T |
| 01285659 | Central Ct State Univ. | DONAHUE | MAUREEN |
| 00164030 | Central Ct State Univ. | CARRERO | HECTOR LUIS |
| 01136365 | Central Ct State Univ. | WILLIAMS | ANNE C |
| 00399612 | Central Ct State Univ. | MIRAMANT | MATTHEW A |
| 01190692 | Central Ct State Univ. | ODONNELL | LINDSEY A |
| 00998763 | Central Ct State Univ. | PEART | DWAYNE A |
| 01216813 | Central Ct State Univ. | ARANGO | MANUEL |
| 01283825 | Central Ct State Univ. | SAMPSON | IDELL CHEREE |
| 01111649 | Central Ct State Univ. | ASKEW | DON T |
| 01283739 | Central Ct State Univ. | HAMID | FARAH F |
| 01313291 | Central Ct State Univ. | MURPHY | BRENDAN J |
| 01313330 | Central Ct State Univ. | STONE | DUSTIN M |
| 00164072 | Central Ct State Univ. | DIXON | NICHELLE M |
| 01098608 | Central Ct State Univ. | TAYLOR | ANDREA DAWN |
| 01098674 | Central Ct State Univ. | MCCALLA | DARRIN C |
| 01283721 | Central Ct State Univ. | DEVANNEY | JULIE C |
| 01283726 | Central Ct State Univ. | FELICIANO | LUIS D |
| 01283838 | Central Ct State Univ. | SMITH | WILLOW JENNIE |
| 01283842 | Central Ct State Univ. | THURSTON | KEVIN R |
| 01190717 | Central Ct State Univ. | SALAZAR | YENDER O |
| 01190735 | Central Ct State Univ. | BOOTH | KELLIE |
| 01098665 | Central Ct State Univ. | STEWART | JORDON A |
| 01136370 | Central Ct State Univ. | RICKETTS | EBONY D |
| 01098412 | Central Ct State Univ. | PANETTO | JERMAINE |
| 01283718 | Central Ct State Univ. | COX | TERRIAN N |
| 01098417 | Central Ct State Univ. | HARVEY | ROSE A |
| 01111739 | Central Ct State Univ. | OESTRICHER | CLAIRE |
| 00164067 | Central Ct State Univ. | KUBICZA | PAUL J |
| 00164172 | Central Ct State Univ. | BOWEN | SAMANTHA M |
| 01313339 | Central Ct State Univ. | MILO | MARK A |
| 01111659 | Central Ct State Univ. | CRANDELL | ARETHA |
| 01098418 | Central Ct State Univ. | ORTIZ | RICARDO J |
| 01313265 | Central Ct State Univ. | LADD | MICHAEL SCOTT |
| 01111710 | Central Ct State Univ. | MARSHALL | JUSTIN A |
| 00164044 | Central Ct State Univ. | RODRIGUEZ | ALXA D |
| 00164012 | Central Ct State Univ. (0810) | RIORDAN | MARY |
| 01190770 | 0810 | UYANWUNE-DAVIS | MIRIA V |
| 00164057 | 0810 | MATTIS | CLINTON SIMON |
| 01312100 | 0810 | JONES | PRINCETON N |
| 00399584 | 0810 | JOHNSON | JASMINE TANIKA |
| 01136455 | 0810 | ARMSTRONG | TIANA |
| 01313298 | 0810 | PEREZ | STEPHANIE |
| 00399573 | 0810 | BROWNE EDWARDS | ANGELA H |
| 00399582 | 0810 | HOROZY | JASON M |
| 00399610 | 0810 | MCWHORTER | TABIA |
| 00399616 | 0810 | ORTEGA | FELIX |
| 00399622 | 0810 | TEALE | CHARLES A |

| | | | |
|---|---|---|---|
| 00399623 | 0810 | TROUNG | DUY Q |
| 01136380 | 0810 | COOK | JASON M |
| 01190751 | 0810 | STEIN | TIMOTHY WALTER |
| 01190728 | 0810 | SCHAFFER | ERICA DIANE |
| 00164038 | 0810 | LAFLAMME | ERIC |
| 00164036 | 0810 | ELCSICS | ERIK |
| 01216754 | 0810 | RUDOLPH | JEREMIAH |
| 01190775 | 0810 | EMBACKER | JOANN E |
| 01136372 | 0810 | HYDE | ROBERT F |
| 01190754 | 0810 | STEVENSON | ERIN S |
| 01098363 | 0810 | RUDEWICZ | MICHAEL R |
| 01313279 | 0810 | MAY | ALEXANDR V |
| 01285657 | 0810 | BROWN | ORVILLE ERROL |
| 00399621 | 0810 | SMITH | NATOYA A |
| 01190732 | 0810 | SIDDIQI | NADIA |
| 01190720 | 0810 | SALEH | KANI A |
| 00164169 | 0810 | BRENKER | NATHAN |
| 01313268 | 0810 | LYONS | ARON R |
| 01136381 | 0810 | CHAMBERS | CHRIS R |
| 01190801 | 0810 | MARSHALL | ANTHONY A |
| 00399585 | 0810 | JONES | SHAMILLE K |
| 00399581 | 0810 | HOFF | JENNIFER L |
| 00164053 | 0810 | MANFORTE | LAUREN M |
| 01190773 | 0810 | WALKER | HERBERT C |
| 01190737 | 0810 | BOURGEOIS | AMIE E |
| 00164070 | 0810 | ETHERIDGE | KAREN D |
| 01312072 | 0810 | FAILE | SCOT D |
| 01285667 | 0810 | SOUZA | VITOMAR |
| 01283811 | 0810 | QUILES | CARLOS M |
| 01190723 | 0810 | SANTANIELLO | ANTHONY A |
| 01313352 | 0810 | DALEY | MARLON |
| 01190726 | 0810 | SARPONG | PAUL |
| 00399577 | 0810 | CRANDALL TORRES | REBECCA A |
| 01190769 | 0810 | URCINAS | HEATHER E |
| 01190800 | 0810 | MAGEE | CHARLIE E |
| 01190768 | 0810 | DUNN | LORRAINE |
| 01136402 | 0810 | BAKER | JACQUELINE P |
| 01104164 | 0810 | ALBORNOZ | VANESSA |
| 00164042 | 0810 | PAXTON | SARAH B |
| 01283723 | 0810 | DUTILLY | CHRIS |
| 00164006 | 0810 | MUNIZ | YVONNE |
| 01312023 | 0810 | ANDERSON | ANDREW J |
| 01283727 | 0810 | FREEDMAN | DEBORAH A |
| 01098701 | 0810 | SALES | SHAWN P |
| 01283784 | 0810 | MILLER | STEPHANIE L |
| 01283710 | 0810 | BOUCINO | MICHAEL S |
| 01136375 | 0810 | KLAR TOMKUNAS | NANCY E |
| 01111810 | 0810 | WRIGHT | CATRINA A |
| 01111703 | 0810 | LINEHAN | CHRISTOPHER J |
| 01283751 | 0810 | JENKINS | DEBRA |

| ID | Code | Last Name | First Name |
|---|---|---|---|
| 01283711 | 0810 | BOYNTON | JEFFREY A |
| 01283731 | 0810 | GAWITT | JAY W |
| 01283749 | 0810 | JAQUEZ | JANIS A |
| 01190752 | 0810 | CLOUGH | CHRISTOPHER B |
| 01111754 | 0810 | POWELL | SHARON A |
| 01190742 | 0810 | BROUSSEAU | MILES DAVID |
| 01136366 | 0810 | WILSON | JOHN T |
| 01111653 | 0810 | BECK | BENJAMIN D |
| 01111651 | 0810 | APANAVICH | MELISSA L |
| 01313289 | 0810 | MULLER | JULIAN |
| 01313344 | 0810 | KANAR | THOMAS |
| 00399578 | 0810 | DOODY | ERIC B |
| 00399598 | 0810 | MARTORAL BOLORIN | WANDA I |
| 00399620 | 0810 | SMITH | JACK LEON |
| 01313290 | 0810 | MURPHY | JOHN P |
| 01104205 | 0810 | CONGDON | JAMES E |
| 01190694 | 0810 | OLEARY | JAMES LAWRENCE |
| 01136362 | 0810 | VENTER | NATALY A |
| 01190759 | 0810 | THOMAS | STANLEY |
| 01312045 | 0810 | BUNKLEY | KALVIN L |
| 01111656 | 0810 | CHATFIELD | NINA L |
| 01313274 | 0810 | MANCARELLA | KYLENE N |
| 00399580 | 0810 | GARCIA | ROSANNE M |
| 01111665 | 0810 | DIMERY | BARBARA I |
| 01111795 | 0810 | TKACZUK | PETER A |
| 01098409 | 0810 | HATZIVASILIADIS | DEBBIE |
| 01283714 | 0810 | BULLARD | SCOTT A |
| 01283735 | 0810 | GAYLE | ALMA J |
| 01283793 | 0810 | NASH | DONNA D |
| 01283797 | 0810 | PABEY ARROYO | TANIA L |
| 01283819 | 0810 | QUINTERO | CHERYL A |
| 01283828 | 0810 | SEN | STEPHAN M |
| 01190714 | 0810 | SALAS | ANA MARIA |
| 01190799 | 0810 | LUGO | LILLIAN |
| 00164019 | 0810 | SATROHAN | SHARON |
| 01098729 | 0810 | JANES | DIANE M |
| 01283724 | 0810 | ETIM | JOSEPH EDEM |
| 01283722 | 0810 | DEVOE | WILLIAM C |
| 01313270 | 0810 | MACK | ALISON W |
| 01190733 | 0810 | BLAUVETT | MR DAVID S |
| 01216749 | 0810 | STEWART | ANTHONY |
| 01283783 | 0810 | MICHAELS | LEW E |
| 00399696 | 0810 | ZUNIGA | SONIA |
| 01216738 | 0810 | VANVALKENBURGH | NICOLE |
| 01313346 | 0810 | CHAPONIS | HEATHER N |
| 01312053 | 0810 | COLONGHI | JASON S |
| 01098474 | 0810 | MEIN | AUDRA D |
| 01190695 | 0810 | PEREZ | JOSEFA |
| 01216796 | 0810 | DACOSTA | GARY N |
| 01104216 | 0810 | DUDLEY | GRAHAM |

| ID | Code | Last Name | First Name |
|---|---|---|---|
| 01283708 | 0810 | ADAMS | JOHN PAUL N |
| 00998775 | 0810 | KAYAMBA | MUSAPUTA EMERY |
| 01283744 | 0810 | HEALY | MARELENE D |
| 01283762 | 0810 | LEVITZ | DAVID J |
| 00399613 | 0810 | MORELLI | SARINA E |
| 00399614 | 0810 | MORGAN | MICHELLE |
| 00164069 | 0810 | JONES | PRINCETON N |
| 01190688 | 0810 | NELSON | MELISSA R |
| 01104186 | 0810 | BRASCHE | ELEANOR A |
| 01098460 | 0810 | GISCOMBE | KAMILAH L |
| 01312041 | 0810 | BLAKE | VALENTINO R |
| 01098730 | 0810 | IRIZARRY | JAVIER E |
| 01136376 | 0810 | JONES | CHRISTOPHER R |
| 01111689 | 0810 | KING | LENA R |
| 01190687 | 0810 | MURPHY | PATRICK W |
| 01190740 | 0810 | BRAMSON | ANN G |
| 01313284 | 0810 | MIKOLAJCZYK | MATT |
| 01216792 | 0810 | GAGE | DUSTIN W |
| 01098693 | 0810 | SARETTE | DANIELLE |
| 01098613 | 0810 | SUCHAR | LISA D |
| 01283713 | 0810 | BUI | TUAN A |
| 01098519 | 0810 | MCGEE | STEVEN |
| 01313271 | 0810 | MAIGNAN | JEAN SACINE |
| 01190798 | 0810 | HOUSER | TERI M |
| 01098493 | 0810 | FRANK | GREGORY S |
| 01312082 | 0810 | GARCIA | BRENDALIS |
| 01312044 | 0810 | BOUSAADA | MICHAEL C |
| 01216807 | 0810 | BRIGGS | KATHY ANNE |
| 00399617 | 0810 | PASTORMERLO | LAURIE JEAN |
| 01111806 | 0810 | WILLIAMS | CHARLES R |
| 00399586 | 0810 | JUALL | ROBERT P |
| 00399611 | 0810 | MICHAUD | CHRISTINE L |
| 00399618 | 0810 | REILLY | THOMAS E |
| 01111657 | 0810 | CHRISTIE | SIMONE |
| 01216777 | 0810 | LATTARULA | KARA A |
| 01313266 | 0810 | LANG | CHARLES W |
| 01098370 | 0810 | RIGBY | JEFFREY M |
| 01104181 | 0810 | BOOTHROYD | DAMON M |
| 01312098 | 0810 | JACKSON | BRIAN K |
| 01098727 | 0810 | KAMINSKI | KRISTY M |
| 01104185 | 0810 | BRANNAN | CYNTHIA H |
| 01285664 | 0810 | RAVIZZA | MARIA A |
| 01124146 | 0810 | SWING | ALICIA M |
| 00164015 | 0810 | SANTIAGO | MANUEL A |
| 01098379 | 0810 | HOMAR | ANITA T |
| 01098678 | 0810 | MAULUCCI | EDWARD J |
| 01098685 | 0810 | SPEIGHT | SUSWAN M |
| 01313276 | 0810 | MARKOWSKI | CHRIS M |
| 01313286 | 0810 | MOLLOY | MEAGAN |
| 01216769 | 0810 | MCTIGUE | JOHN M |

| ID | Code | Last Name | First Name |
|---|---|---|---|
| 01313320 | 0810 | SANTANA | SANTOS |
| 01098688 | 0810 | SHRESTHA | MAHESH |
| 01313322 | 0810 | SHANNON | MELISSA J |
| 00399596 | 0810 | LUGO | ELSA |
| 01104187 | 0810 | BAKER | NILCE S |
| 01104202 | 0810 | CLARK | DOUGLASS P |
| 01098450 | 0810 | GOODICH | KEITH S |
| 01098679 | 0810 | MASTALISZ | BROOKE A |
| 01313277 | 0810 | MARKS | RICHARD P |
| 01313264 | 0810 | KYEREMEH | FREDERICK K |
| 01098604 | 0810 | THOMAS | BRIAN J |
| 01104194 | 0810 | CAPAREL | ROSEMARIE C |
| 01104198 | 0810 | CASSARINO | ELIZABETH F |
| 01104201 | 0810 | CHO | SHARON C |
| 01098557 | 0810 | VENTURO | DAVID T |
| 01098713 | 0810 | LEWANDOSKY | LINDA |
| 01190731 | 0810 | SHEA | EDWARD M |
| 01283843 | 0810 | VANCE | SHARON D |
| 01190710 | 0810 | ALLISON | CALLIE S |
| 01312048 | 0810 | CANNON | WILLIAM A |
| 01098444 | 0810 | GORALSKI | CHRIS M |
| 00164011 | 0810 | PUCKOWSKI | MARZENA A |
| 01111708 | 0810 | MARINELLI | KRISTOFER W |
| 01098365 | 0810 | ROSS | CARISSA |
| 01312019 | 0810 | ALDRIDGE | JUSTIN J |
| 01283707 | 0810 | BEKIER | ZYGMUNT |
| 01190788 | 0810 | HOLLENS | CANDRA K |
| 01104175 | 0810 | BAXTER | CHRISTINA M |
| 01104188 | 0810 | BROWN | STEVEN T |
| 01313292 | 0810 | NICHOLS | HEATHER A |
| 01313300 | 0810 | PITURA | CHRISTOPHER M |
| 01313310 | 0810 | REYES | OLGA J |
| 01313319 | 0810 | SALLUHI | TONY C |
| 01216758 | 0810 | OHRT | JOHN R |
| 01190786 | 0810 | GONZALEZ WEIMAN | JANE L |
| 01104160 | 0810 | ADAMIK | TRACY L |
| 00164165 | 0810 | CHOW | CELIA C |
| 01312039 | 0810 | BILSKIS | SARAH R |
| 01216775 | 0810 | LILJEDAHL | PETER C |
| 01104172 | 0810 | AVILES | MADELINE |
| 01312068 | 0810 | ELLIOTT | NAOMI |
| 01313343 | 0810 | MPOWE | LEBOGANG |
| 00164180 | 0810 | BALDONI | CHRISTOPHER T |
| 01312088 | 0810 | GRANDISON | LORNA P |
| 01313348 | 0810 | REID | NADINE V |
| 01313285 | 0810 | MILES | DAVID |
| 01313342 | 0810 | TAYLOR | GUY |
| 01098687 | 0810 | SLATER | BRIAN M |
| 01190709 | 0810 | RICHTERS | MICHAEL H |
| 01104180 | 0810 | BOHLKE | THOMAS WESLEY |

Case 3:03-cv-00664-CFD    Document 25-2    Filed 12/12/2003    Page 11 of 14

| ID | Code | Last Name | First Name |
|---|---|---|---|
| 01190738 | 0810 | SMITH | GARY K |
| 01111679 | 0810 | HARDY | SHAWN P |
| 01190776 | 0810 | WHITTER | KAREN P |
| 01313273 | 0810 | MALDONADO | BENJAMIN |
| 00399619 | 0810 | SANTIESTEBAN | JULIO |
| 01216747 | 0810 | SULLIVAN | JOHN P |
| 01312086 | 0810 | GOPIE | GLAISTER O |
| 01283746 | 0810 | HEBERT | ROBERT J |
| 01285669 | 0810 | WARREN | NICOLE D |
| 01104199 | 0810 | CASTILLO | ADDYS MARIE |
| 01111658 | 0810 | CIRINNA | CLAUDIA |
| 00164045 | 0810 | STECHLINSKI | ALA T |
| 01283776 | 0810 | MARTINEZ | MICHELLE |
| 01190696 | 0810 | POLLOCK | EMILY L |
| 00163999 | 0810 | MEDEIROS | ERIKA LACEY |
| 00164033 | 0810 | CUIFALO | ELEANOR ROSE |
| 01313331 | 0810 | TROJANOWSKI | KELLY ANN |
| 01313329 | 0810 | STAVIS | HASSON L |
| 01313302 | 0810 | POUNCEY | JEFFREY L |
| 01312080 | 0810 | FREEMAN | AMY A |
| 01283848 | 0810 | WHITNEY | MICHAEL R |
| 01285665 | 0810 | SAWICKI | DENISE M |
| 01190722 | 0810 | ANGELICA | JEFFREY J |
| 01190758 | 0810 | CONKLIN | BRYAN |
| 01313267 | 0810 | LEVIN | JACQUELINE B |
| 01190792 | 0810 | MCGUINESS | CAROL A |
| 01313263 | 0810 | KWANT | CHRISTINA M |
| 01312028 | 0810 | ASENCIOS | RUBEN P |
| 00164408 | 0810 | BOUTIN | ALLEN MARC |
| 01312096 | 0810 | HOLMES | SARAH J |
| 01313260 | 0810 | KING | KIANA C |
| 01111747 | 0810 | PATTERSON | DENISE A |
| 01312032 | 0810 | BENNETT | MATTHEW R |
| 01312084 | 0810 | GIRARD | JORDAN |
| 01313350 | 0810 | HENNINGER | JOHNATHON M |
| 01312052 | 0810 | CARRASQUILLO | JULIO |
| 01313281 | 0810 | MCCRANN | KELLY J |
| 01312050 | 0810 | CARON | SCOTT G |
| 01216798 | 0810 | COLACCHIO | MATTHEW D |
| 01216745 | 0810 | THOMAS | DENISE A |
| 01111669 | 0810 | EDISON | RONALD L |
| 01313306 | 0810 | RANSOM | CATHERINE A |
| 00998776 | 0810 | MANGIN | JOHN J |
| 01283832 | 0810 | SMITH | BRIAN J |
| 01283712 | 0810 | BROUSSEAU | ERIC |
| 01283706 | 0810 | BARRETT | ROBERT R |
| 01283759 | 0810 | LEON | ALEX MANUEL |
| 01190698 | 0810 | ROCE | LORI L |
| 01190805 | 0810 | IRIAGHOMO | MONDAY A |
| 01313314 | 0810 | RIEMAN | KRISTOPHER M |

| ID | Code | Last Name | First Name |
|---|---|---|---|
| 01313340 | 0810 | MICHELSON | SARAH B |
| 01312055 | 0810 | DANIEWICZ | JASON R |
| 01313315 | 0810 | RITCHIE | JENNIFER S |
| 01312075 | 0810 | FARRINGTON | ADAM J |
| 01313278 | 0810 | MASSELLE | JOSEPH A |
| 01312060 | 0810 | DIXON | JARAH D |
| 01313299 | 0810 | PEREZ | LUZ GISELA |
| 01313323 | 0810 | SHARP | MEGHAN D |
| 01313304 | 0810 | RAFFONE | CHRISTOPHER M |
| 01111757 | 0810 | PROSPERE | LISSETTE D |
| 01190783 | 0810 | FORT | TEKENYA G |
| 01190764 | 0810 | TOFIL | BOZENA M |
| 01111713 | 0810 | MARTINEZ | OMARR |
| 01283769 | 0810 | MACDONALD | ANNE E |
| 01216761 | 0810 | O CONNORS | PATRICK |
| 01098374 | 0810 | HUMISTON | RONALD J |
| 01136368 | 0810 | SMITH | PATRICIA A |
| 01216793 | 0810 | GABER | STEVEN M |
| 01098699 | 0810 | SANTANA | LEONADO F |
| 01216814 | 0810 | ALLARD | DENNIS R |
| 01190762 | 0810 | TOBIO | MARY E |
| 01136373 | 0810 | HERNANDEZ | EDGARDO |
| 01098564 | 0810 | TOOMEY | SARA E |
| 01190741 | 0810 | SOTO | REBECCA |
| 01190719 | 0810 | ANDERSON | ANDREA A |
| 01136378 | 0810 | DUVAL | KAREN J |
| 01190705 | 0810 | REIS | TANIA |
| 01190749 | 0810 | CICHY | EVA |
| 01190780 | 0810 | DOUGLAS | STANLEY C |
| 01190685 | 0810 | MENDOZA | JUAN C |
| 01190795 | 0810 | DONALDSON | MICHELLE L |
| 01098387 | 0810 | HOLT | BETHANY M |
| 01098530 | 0810 | KAHN | INGRID KARINA |
| 01111730 | 0810 | MORGAN | JON |
| 00998764 | 0810 | ROSADO JAVIER | NORMA E |
| 01104215 | 0810 | DRUMMOND | DIANA I |
| 01111775 | 0810 | SIPES | CHRISTINE M |
| 01136369 | 0810 | SALAZAR | DANIEL LII |
| 01190784 | 0810 | GISCOMBE | OMARI L |
| 01098367 | 0810 | ROANE | AARON F |
| 01190790 | 0810 | KYEREMATENG | EUGENE |
| 01098415 | 0810 | HATCHER | KEVIN L |
| 01190716 | 0810 | AMUTICE | RUTH M |
| 01098709 | 0810 | LOCKHART | AUBRIE |
| 01216779 | 0810 | HORAN | LISA M |
| 01190703 | 0810 | ABELLI | RICHARD J |
| 01216774 | 0810 | LIVINGSTON | JOHNATHAN D |
| 01190766 | 0810 | TALIT | AMY |
| 01111761 | 0810 | REYNOSO | HECTOR F |
| 01216782 | 0810 | GONZALEZ | LIDANIA Y |

| ID | Code | Last Name | First Name |
|---|---|---|---|
| 01190686 | 0810 | MILLER | DURAND V |
| 01216753 | 0810 | RUSSELL | GREGORY A |
| 01190690 | 0810 | NOEL | DARIANNE |
| 01190734 | 0810 | SINCLAIR | SCOTT F |
| 01190760 | 0810 | DREPAUL | PERDITA |
| 01190785 | 0810 | HALLORAN | MARK |
| 01098364 | 0810 | ROULEAU | CHRIS |
| 01190772 | 0810 | DUQUETTE | RANDY P |
| 01190727 | 0810 | BARTLETT | KATHERINE A |
| 01190809 | 0810 | KHANG | QUYNH |
| 01190711 | 0810 | ROWE | TOWANNA P |
| 01098433 | 0810 | GREGORY | ROBERT C |
| 01216783 | 0810 | GIRGENTI | MICHAEL D |
| 01285655 | 0810 | BACON | PETER JOSEPH |
| 01285660 | 0810 | DOYLE | ALISON D |
| 01190781 | 0810 | FARNSWORTH | BENJAMIN C |
| 01283780 | 0810 | MCCULLOUGH | EDWARD N |
| 01313275 | 0810 | MANTEL | BLAKE M |
| 01216803 | 0810 | CHARETTE | JESSICA |
| 01313259 | 0810 | JURCZEWSKI | PAWEL G |
| 01283841 | 0810 | TERSEY | TENZIN D |
| 01312062 | 0810 | ECONOMOPOULOS | LYNN |
| 01285666 | 0810 | SEGARRA | DIANETTE |
| 01190745 | 0810 | SPENCE | MICHELLE C |
| 01312037 | 0810 | BERASI | JEREMY T |
| 01136382 | 0810 | CASIANO | MARGIE E |
| 01104211 | 0810 | DILLON | LEANNE M |
| 01313347 | 0810 | TRAN | TRINH |
| 01312025 | Central Ct State Univ. | ANTUNES | CARLOS A |
| 01223968 | Southern Ct State Univ. (0811) | MELIUS | DLYMA S |
| 01224087 | 0811 | SPELLMAN | RONALD L |
| 01218086 | 0811 | CABRAL JR | RICARDO J |
| 01003338 | 0811 | MCCLOUD JR | LEAN E |
| 01223954 | 0811 | MCINTOSH | DADRIAN S |
| 01224122 | 0811 | WILLIAMS | DION M |
| 01224097 | 0811 | STEVENSON | KHARI T |
| 01011883 | 0811 | ELLIS | JAIME E |
| 01218088 | 0811 | CONYERS | NAKEYSHA Y |
| 01143723 | 0811 | JARVIS | CLINTON R |
| 01143745 | 0811 | PAPPAS III | TRENT P |
| 01143744 | 0811 | PALMISANO | ANDREW J |
| 01224109 | 0811 | TAYLOR | LARRY D |
| 01011894 | 0811 | KHAN | REHAN |
| 01327029 | 0811 | BASS | AROR |
| 01143769 | 0811 | WEYMER | ROBERT J |
| 01326930 | 0811 | BARRETT | DANIEL |
| 01326052 | 0811 | ANIGALA | CHRISTOPHER |
| 01143513 | 0811 | GARTH | CHELSEA F |
| 01326284 | 0811 | ATKINSON | JAMIE |
| 01218114 | 0811 | JULES | FRANCESCA |

| ID | Code | Last Name | First Name |
|---|---|---|---|
| 01218117 | 0811 | KUNJUPPY | ALEXANDER |
| 01218106 | 0811 | GREENGAS | JOSEPH G |
| 01224124 | 0811 | YACHYMCZYK | JILLIAN F |
| 01218098 | 0811 | EVERICH | TAYLOR D |
| 01011874 | 0811 | CLARKE | STUART C |
| 01224044 | 0811 | SANDAGATA | ROBYN C |
| 00386618 | 0811 | BURHANS | THEODORE O |
| 01143509 | 0811 | DENSON | SHARMATO T |
| 01011952 | 0811 | SNIPES | SHEILENE L |
| 01224019 | 0811 | ROCHELLE | KRISTYN J |
| 01224020 | 0811 | ROSE | SAVRINA |
| 01218108 | 0811 | HAYNES II | WILLIAM L |
| 01218085 | 0811 | BUSH | HELEN M |
| 01218090 | 0811 | DECUSATI | ANDREA M |
| 01218103 | 0811 | GATISON | TAMARA D |
| 01224000 | 0811 | PULLEN | TERRENCE B |
| 01224083 | 0811 | SHEPPARD | CHRISTOPHER D |
| 01048178 | 0811 | SMITH | CAROLYN |
| 01011978 | 0811 | JONES | ROBERT L |
| 01011980 | 0811 | PALMER | THERESA |
| 01224125 | 0811 | ZAMBORY | ERIC P |
| 01011982 | 0811 | TUCKER | SHAUNTE M |
| 01143500 | 0811 | COBB WELLE | SHEILA D |
| 01223997 | 0811 | PIRONE | DANIELLE J |
| 01218081 | 0811 | BROWN | JOHN C |
| 01218110 | 0811 | HUCKINS | MEGHAN E |
| 01143766 | 0811 | WARD | LAURA M |
| 01218075 | 0811 | BARNES | ANDREA S |
| 01224081 | 0811 | SCOTT | STEPHEN J |
| 01326058 | 0811 | ARBOGAST | BRENT |
| 01326050 | 0811 | ANDREWS | JAIME |
| 01143610 | 0811 | HARRIS | MICHELE A |
| 01218100 | 0811 | FURINO | ROSE |
| 01142470 | 0811 | BRICE JR | REMUS M |
| 01224118 | 0811 | VINCA | LEE |
| 01012889 | 0811 | WEYMER | ROBERT J |
| 01143764 | 0811 | VITTI | MICHELLE L |
| 01218087 | 0811 | CHACHO | TIMOTHY R |
| 01218076 | 0811 | BENTILL | BENEDICTA |
| 01020783 | 0811 | ABBATELLO | JAMES B |
| 01326309 | 0811 | BARBER | GUY |
| 01143505 | 0811 | CRUTCHFIELD | CHARLES A |
| 01143762 | 0811 | UZUN | ILYAS |
| 01143507 | 0811 | CRUZ | JULIE G |
| 01224107 | 0811 | TAYLOR | EDWARD P |
| 01143501 | 0811 | COFRANCESCO | RONALD J |
| 01218091 | 0811 | DENNIS | MARKELL J |
| 01218080 | 0811 | BROWN | EFRAIN R |
| 01326286 | 0811 | AUSTIN | KACY |
| 01218109 | 0811 | HORTON | MICHAEL P |