| ID | Code | Last Name | First Name |
|---|---|---|---|
| 01224103 | 0811 | TAVARES | MICO S |
| 01143758 | 0811 | STABILE JR | JOHN A |
| 01218113 | 0811 | JONES | SAITU R |
| 01012894 | 0811 | HARRIS | MICHELE A |
| 01218078 | 0811 | BLACKWOOD | DWAYNE W |
| 01143740 | 0811 | MUSBEK | PENNY A |
| 01143752 | 0811 | SANCHEZ | ELLIOT |
| 01218094 | 0811 | DUDLEY | SARAH C |
| 01012904 | 0811 | HOLMES | MAACHAH S |
| 01326055 | 0811 | APPLETON | SUSAN |
| 01224090 | 0811 | STALLINGS | MICHAEL E |
| 01224086 | 0811 | SKRTIC | MICHAEL A |
| 01326299 | 0811 | BALL DAVIS | MARSHA |
| 01143511 | 0811 | ETIENNE | HERVE |
| 01012931 | 0811 | GOINS | KENNETH V |
| 01012934 | 0811 | LAMARCO | BRIAN J |
| 01218084 | 0811 | BURKE | RYAN A |
| 01218097 | 0811 | ELOVECKY | ELIZABETH A |
| 01224017 | 0811 | RICHARDSON | SARINA F |
| 01218104 | 0811 | GERMOND | KEVIN A |
| 01012937 | 0811 | DACOSTA | DANIEL B |
| 01143763 | 0811 | VALENTIN | WILMA |
| 01327085 | 0811 | BEGGS | JASON |
| 01143506 | 0811 | CRUZ | JESSICA M |
| 01143729 | 0811 | KELLY | CHRISTOPHER WA |
| 01218107 | 0811 | HAYDEN | MEGAN L |
| 01181868 | 0811 | MELILLO | MICHAEL A |
| 01218077 | 0811 | BILOTTI | MICHAEL R |
| 01218119 | 0811 | LONG | KIMBERLY D |
| 01224039 | 0811 | RUOTOLO | JUSTIN A |
| 01218099 | 0811 | FLORIDIA | MARIA L |
| 01012942 | 0811 | BROWN | CALVIN B |
| 01011954 | 0811 | STORLAZZI | TONI MICHELLE |
| 01143732 | 0811 | LAMARCO | BRIAN J |
| 01326034 | 0811 | ALLEN | JERRY |
| 01143516 | 0811 | HARGRAVE | NICOLE A |
| 01142445 | 0811 | BARNES | CASSANDRA R |
| 01020786 | 0811 | ONEIL | JAMES R |
| 01143757 | 0811 | SMITH | RYAN M |
| 01142451 | 0811 | BAROSY | GERLD M |
| 01143746 | 0811 | PATEL | PRIT |
| 01224120 | 0811 | WAUTHIER | ROBBIE B |
| 01326932 | 0811 | BARRETT | MARVIN |
| 01048171 | 0811 | EDWARDS | PATRICE E |
| 01143755 | 0811 | SILVA | DIANE |
| 01143733 | 0811 | LINK | JONATHAN W |
| 01143734 | 0811 | LONG JR | JAMES R |
| 01326040 | 0811 | ALVARANGA | KEDECIA |
| 01326010 | 0811 | ABNEY | DEVON |
| 01326288 | 0811 | AZIMA | JEAN |

| ID | Code | Last Name | First Name |
|---|---|---|---|
| 01143623 | 0811 | HUDAK | LORI R |
| 01143751 | 0811 | RUBY | MICHAEL J |
| 01326054 | 0811 | ANTO | MARY |
| 01021058 | 0811 | UNDERKOFLER | BRIAN P |
| 01326041 | 0811 | ALVES | DAVID |
| 01143753 | 0811 | SCOTT | ANTOINE A |
| 01012935 | 0811 | DOUGLAS | JENNIFER L |
| 01021137 | 0811 | BRITO | MARCO P |
| 01143514 | 0811 | GONCALVES | SUSANA L |
| 01143730 | 0811 | LABBE | MELISSA K |
| 01143742 | 0811 | ODOM | ERNEST L |
| 01143750 | 0811 | RODENHIZER | SARA L |
| 01143767 | 0811 | WATT | AJITA D |
| 01218074 | 0811 | BALAKIER | DANA |
| 01218089 | 0811 | DANDREA | DEAN M |
| 01012940 | 0811 | OSBORNE | JOHN C |
| 01224080 | 0811 | SCOTT | SHARNITA L |
| 01326317 | 0811 | BARNES | ANTHONY |
| 01327086 | 0811 | BELADE | GEORGE |
| 01326057 | 0811 | ARBACH | HASSAN |
| 01326285 | 0811 | AUGUSTINE | LYNITTA |
| 01012924 | 0811 | CARTER | NICHOLE L |
| 01143741 | 0811 | NEWMAN JR | MARTIN S |
| 01143737 | 0811 | MILLER | MICHEAL L |
| 01327027 | 0811 | BASONE | JOSEPH |
| 01012938 | 0811 | HARRIS | ARLEN |
| 01181828 | 0811 | BREAUX | ANTHONY J |
| 01327068 | 0811 | BAYNE | CLAIRE |
| 01181818 | 0811 | BOBO | ERNEST D |
| 01181812 | 0811 | AMIN | DHAFIR W |
| 01181816 | 0811 | BEAUDOIN | KEVIN L |
| 01326316 | 0811 | BARNABEI | STACY |
| 01181888 | 0811 | RIVERA | BRIAN |
| 01326033 | 0811 | ALLEN | CHRIS |
| 01326011 | 0811 | ADAMO | MICHAEL |
| 01326936 | 0811 | BARTONE | ROBERT |
| 01181835 | 0811 | CORTES | ARACELIS |
| 01326320 | 0811 | BARNES | GERMONE |
| 01326933 | 0811 | BANACK | CHRISTINA |
| 01326049 | 0811 | ANDERSON | STEPHEN |
| 01020789 | 0811 | WOODS | TONYA M |
| 01181884 | 0811 | PUREFOY | DEMETRIUS H |
| 01181837 | 0811 | DANIELS | LATONYA R |
| 01326008 | 0811 | ABDULLAH | RODNEY |
| 01143722 | 0811 | IASPARRA III | ROCCO F |
| 01327070 | 0811 | BEACH | JESSICA |
| 01181826 | 0811 | BRADLEY | BESENA K |
| 01181889 | 0811 | RIVERA | JOSE J |
| 01181844 | 0811 | ELLIS | MAURICE E |
| 01181843 | 0811 | EDMONDS | MIKEL H |

| | | | |
|---|---|---|---|
| 01020858 | 0811 | DANIELS | GENT L |
| 01181881 | 0811 | PRESTASH | MARK S |
| 01181885 | 0811 | PYCH | MICHELLE L |
| 01181831 | 0811 | CAESAR | MERRILL A |
| 01181880 | 0811 | PATTERSON | MARVIN |
| 01326941 | 0811 | BARVENIK | ALLISON L |
| 01181846 | 0811 | FRANCESCHI | HECTOR A |
| 01326323 | 0811 | BARNUM | CHRISTOPHER |
| 01326931 | 0811 | BARRETT | LLOYD |
| 01181877 | 0811 | NUNEZ | JESSICA D |
| 01326295 | 0811 | BAKER | TASHIMA |
| 01181814 | 0811 | BAILEY | MARLENE A |
| 01181879 | 0811 | OH | CHANG W |
| 01326035 | 0811 | ALLEN | KIMBERLY |
| 01326048 | 0811 | ANDERSON | HELENE |
| 01326283 | 0811 | ASTROM | ANNA |
| 01326292 | 0811 | BACKMAN | MONICA |
| 01326304 | 0811 | BANKS | KAVIN D |
| 01181833 | 0811 | CORMIER | CRYSTAL M |
| 01181946 | 0811 | STALLINGS | MICHAEL E |
| 01181857 | 0811 | JONES | TYRONE M |
| 01326051 | 0811 | ANDZULIS | JEAN MARIE |
| 01327088 | 0811 | BELARDINELLI | PATRICIA |
| 01181851 | 0811 | GIORDANO | DAVID |
| 01181892 | 0811 | SCRIBA | JOSEPH |
| 01143508 | 0811 | CZARNECKE | LISA L |
| 01223995 | 0811 | PAPIA | BERNICE B |
| 01326945 | 0811 | BASHA | JOSEPH |
| 01327032 | 0811 | BAUER | WAYNE |
| 01326312 | 0811 | BARBER | HAROLD |
| 01143754 | 0811 | SHERRY | DANIELLE B |
| 01326012 | 0811 | ADELBERG | COURTNEY |
| 01326291 | 0811 | BABULA | SOFRONIO |
| 01181855 | 0811 | JONES | AMBER R |
| 01326113 | 0811 | ARIAS | ANGEL |
| 01326307 | 0811 | BANKS | MICHELLE |
| 01327083 | 0811 | BEDNARZ | JENNIFER |
| 01143512 | 0811 | GARCIA | JENNIFER A |
| 01326297 | 0811 | BALDWIN | RYAN |
| 01326015 | 0811 | ADORNO | MAYRA |
| 01181820 | 0811 | BOSCO | CHRISTA L |
| 01326037 | 0811 | ALLI-BALOGUN | OLUSEYI H |
| 01181824 | 0811 | BOURQUE | CHRISTINE M |
| 01326019 | 0811 | ALBRECHT | TERRIANN |
| 01326009 | 0811 | ABEL | DANIELLE |
| 01326281 | 0811 | ARTIS | ERNEST |
| 01181849 | 0811 | FRANCO | BENJAMIN M |
| 01181866 | 0811 | MCMILLAN | CATRICE D |
| 01020782 | 0811 | SHETH | CHIRAG |
| 01181871 | 0811 | MENNILLO | MICHELE M |

| ID | Code | Last Name | First Name |
|---|---|---|---|
| 01326043 | 0811 | AMIN | DYASHA |
| 01048173 | 0811 | IFEJIKA | NNEANATA C |
| 01181950 | 0811 | YAGLOWSKI | ROBERT P |
| 01327034 | 0811 | BAUGHN | ALICE MARIE |
| 01327066 | 0811 | BAUGHN | RICHARD |
| 01326038 | 0811 | ALMONTE | MILEISSA |
| 01326056 | 0811 | ARABOLOS | JONATHAN |
| 01326059 | 0811 | ARCARESE | BRIAN |
| 01021101 | 0811 | GLICKMAN | ELIZABETH K |
| 01326289 | 0811 | AZIZI | ANUAR A |
| 01021128 | 0811 | VALENCIA | CRISTIAN F |
| 01021202 | 0811 | HART JR | JOHN D |
| 01181882 | 0811 | PRIMUS | DESIREE LILY |
| 01326280 | 0811 | ARPAIA | ROSANNA |
| 01020880 | 0811 | MITCHELL | ERIC N |
| 01143761 | 0811 | ULRICH | ELISE M |
| 01143739 | 0811 | MONROE | ERIN C |
| 01011913 | 0811 | WARMSLEY | ANDRE D |
| 01012880 | 0811 | NATALINO | MICHELLE J |
| 01326047 | 0811 | ANDERSON | ANTOINETTE |
| 01326029 | 0811 | ALGUARD | DAVID |
| 01143499 | 0811 | CARDONA | YESENIA |
| 01218116 | 0811 | KOSCIELNY | KARINA M |
| 01326290 | 0811 | AZUKAS | MELISSA |
| 01327080 | 0811 | BEDNARZ | JEANETTE |
| 01326061 | 0811 | ARGENTO | DEBORA |
| 01326039 | 0811 | ALONGI | JACQUELINE |
| 01218102 | 0811 | GARCIA | SHANIQUA N |
| 01143736 | 0811 | MCGUINNESS | KELLY A |
| 01143748 | 0811 | PINTO | JULIA M |
| 01223971 | 0811 | MUS | FILIZ |
| 01326944 | 0811 | BASCOM | ELEANOR J |
| 01223973 | 0811 | NAGY | DANIEL V |
| 01223999 | 0811 | PRISCO | VICTORIA I |
| 01181883 | 0811 | PUGLIARES | MELINDA L |
| 01012911 | 0811 | CHADBOURNE | KATHERINE M |
| 01143747 | 0811 | PETERSON | JEREMY A |
| 01218115 | 0811 | KING | MICHELLE R |
| 01181874 | 0811 | MERCURY | KATHRYN A |
| 01181948 | 0811 | TENEDINE | CANDIDA M |
| 01143760 | 0811 | TRENT | WILLIAM H |
| 01224078 | 0811 | SCHWARTZ | ROBERTA |
| 01181859 | 0811 | KING | MICHELLE M |
| 01020888 | 0811 | WADE | THERESA A |
| 01143728 | 0811 | KAISER III | PAUL |
| 01143625 | 0811 | IANUCCI | VALERIE A |
| 01021081 | 0811 | COUNCIL | DAMIAN |
| 01012920 | 0811 | TURPIN | JESSICA R |
| 01020947 | 0811 | ANSALDO | JOSEPH V |
| 01021185 | 0811 | FUNARO | MATTHEW F |

| ID | Code | Last Name | First Name |
|---|---|---|---|
| 01020797 | 0811 | ROSARIO | MARITZA E |
| 01020800 | 0811 | ROSARIO | IRIS M |
| 01181891 | 0811 | SANTORO | MICHAEL D |
| 01143502 | 0811 | COLON | RAFAEL E |
| 01143611 | 0811 | HEALEY | KATHERINE R |
| 01137571 | 0811 | ADAMO | KRISTEN M |
| 01142458 | 0811 | BOLES | STEFANIE L |
| 01143770 | 0811 | WILLIAMS | BRIAN J |
| 01181841 | 0811 | DUMAINE | CHRISTINE L |
| 01142442 | 0811 | ALFISI | ESTHER L |
| 01181861 | 0811 | KROM | BETHANY M |
| 01181863 | 0811 | MCDERMOTT | MELISSA M |
| 01143515 | 0811 | BROWN GOTELL | MELISSA |
| 01218093 | 0811 | DOBYNS | JONATHAN S |
| 01218118 | 0811 | LAFFIN | DANIEL |
| 01143724 | 0811 | JEROME | CARLINE |
| 01181886 | 0811 | RACCIO | NICOLE M |
| 01181890 | 0811 | SANFORD | JOHN M |
| 01218095 | 0811 | EDWARDS | TANYA B |
| 01020964 | 0811 | MAGLIULO | MEGAN A |
| 01223967 | 0811 | MEDEIROS | KEVIN R |
| 01218079 | 0811 | BRECHLIN | JENNIFER J |
| 01218111 | 0811 | JAKIELA | DANIEL R |
| 01223982 | 0811 | OCONNELL | MARGARET |
| 01218101 | 0811 | GALARZA | JUAN C |
| 01223960 | 0811 | MCKEITHEN | KEVIN D |
| 01326293 | 0811 | BADIO | KERLINE |
| 01218092 | 0811 | DIVITO | JOHN P |
| 01143510 | Southern Ct State Univ. | DOSTIE | JESSE G |
| 00458572 | Eastern Ct State Univ. (0883) | WARE | COREY M |
| 00458563 | 0883 | SAPP | MEGAN |
| 01193309 | 0883 | KATSIS | BOBBY |
| 00458552 | 0883 | MADDOX | CHRISTOPHER D |
| 00457652 | 0883 | ALLEN | TRACY |
| 00458555 | 0883 | MARTIN | CHARMAINE |
| 00458553 | 0883 | MADDOX | SHERYL |
| 00458526 | 0883 | KHAN | WAQAR |
| 01193273 | 0883 | FRANCIS | SIMONE A |
| 01193134 | 0883 | ACKLES | JODY N |
| 00457655 | 0883 | ATTYGALLA | TIRANTHI |
| 00296285 | 0883 | PETAWAY | JOHN |
| 00296288 | 0883 | POLVERELLI | ASHLEY |
| 00458403 | 0883 | DOUGLAS | DWAYNE A |
| 01193152 | 0883 | ALEXIS | NANCY |
| 00296346 | 0883 | THOMAS | RENA |
| 00294683 | 0883 | MELCH | AMANDA |
| 00294686 | 0883 | MILLAN | AIONIE |
| 01193130 | 0883 | DOYLE | JAMES E |
| 00458560 | 0883 | PEDRONCELLI | RAYMOND |
| 00294699 | 0883 | NELSON | SCOTT |

| ID | Code | Last Name | First Name |
|---|---|---|---|
| 00457658 | 0883 | BAKER | MARLENA O |
| 00458520 | 0883 | KAPUSTINSKI | LISA A |
| 01193186 | 0883 | CHRISTOFOROU | STEROS |
| 01193195 | 0883 | CRESSEY | THOMAS A |
| 00296300 | 0883 | RUIZ | AMANDA L |
| 00294624 | 0883 | BUCHAS | BRANDI |
| 00458571 | 0883 | TRACY | DENNIS |
| 00457660 | 0883 | CARDOZO | KAREN |
| 00292283 | 0883 | AVENT | ASHON |
| 01193349 | 0883 | NAPOLI | LEAH S |
| 00458575 | 0883 | YAKUSHEWICH | JAMIE A |
| 00294665 | 0883 | HAYNES | JASON |
| 01193363 | 0883 | PIRRERA | TRACEY A |
| 01193180 | 0883 | BOGUE | KRISTOPHER L |
| 01193407 | 0883 | VINCENT | JASON M |
| 00294677 | 0883 | LAMPING | JESSICA |
| 01193390 | 0883 | SIECZKOWSKI | VERONICA S |
| 00294611 | 0883 | BLOUIN | TRICIA |
| 00292279 | 0883 | ANGELL | ERIN |
| 00296283 | 0883 | PELLES | LYLE ANNE |
| 00296312 | 0883 | SHAFER | MEGGAN |
| 01193382 | 0883 | SANDERS | MONIQUE C |
| 00296336 | 0883 | SOBOLESKI | ANDREA |
| 00458391 | 0883 | CORMIER | DANIEL |
| 00457661 | 0883 | CERPOVICZ | KARL |
| 00294642 | 0883 | DIFIORE | ANDREW |
| 00458576 | 0883 | ZAHANSKY | ANDREW |
| 00294655 | 0883 | FULSE | MARGUERITE |
| 00458549 | 0883 | MACUNAS | MATTHEW |
| 00458401 | 0883 | DIXON | DION |
| 00294608 | 0883 | BELLEVILLE | JAYSON |
| 00294709 | 0883 | NESTOR | TADIYA |
| 00292281 | 0883 | ARNOLD | REBECCA |
| 00458388 | 0883 | COLLEONI | WILLIAM |
| 00458404 | 0883 | EXAVIER | FABIENNE |
| 00458408 | 0883 | FORD | ADAM |
| 00458412 | 0883 | HIGGINBOTHAM | BRITTANY N |
| 01193312 | 0883 | KLAWUHN | JENNIFER J |
| 00294620 | 0883 | BROWN | CYNLINTHIA |
| 01193208 | 0883 | DOUGLAS | ELISE D |
| 00294668 | 0883 | HOPPERSTAD | JAMES |
| 01193168 | 0883 | ARCHER | KEVIN G |
| 00457659 | 0883 | BLAUBERG | RACHEL |
| 00294644 | 0883 | DONOVAN | SHANNON |
| 01193280 | 0883 | GILHA | RYAN |
| 00458394 | 0883 | CZARNESKI | JONATHAN |
| 01193387 | 0883 | SEYMOUR | BRIAN D |
| 00296308 | 0883 | SCOFIELD | KIMBERLY |
| 00458387 | 0883 | CLARK | JAMES O |
| 00294646 | 0883 | DUNN | ANTHONY ROBERT |

| ID | Code | Last Name | First Name |
|---|---|---|---|
| 01193269 | 0883 | FRACCHIA | MICHAEL |
| 01193169 | 0883 | BAGGE | LYNN J |
| 01193393 | 0883 | SINDELAR | ROBERT E |
| 00294663 | 0883 | GRIFFITH | LISA |
| 00294693 | 0883 | MUNSELL | ELIZABETH |
| 01193172 | 0883 | BARBER | DOREEN R |
| 00296355 | 0883 | WOODLAND | JAMES |
| 00296344 | 0883 | SZLINSKY | AARON |
| 01193348 | 0883 | METACARPA | MATTHEW D |
| 01193490 | 0883 | YOUNG | CELESTINE B |
| 00457656 | 0883 | AYALA | HECTOR |
| 00458554 | 0883 | MARQUEZ | ANGEL |
| 00294690 | 0883 | MONGILLO | KATIE |
| 01193190 | 0883 | COLLOCK | AMY J |
| 00458562 | 0883 | ROCK | CHELSEA |
| 01193319 | 0883 | LACOSSE | KRISTIN A |
| 01193343 | 0883 | MCCLURE | STEPHEN M |
| 00294684 | 0883 | MIKKELSON | DAVID |
| 00296340 | 0883 | STAPLETON | NATASHA |
| 00294713 | 0883 | PECK | SARAH |
| 00294672 | 0883 | KING | CHERRY |
| 00296286 | 0883 | PETTWAY | TAMIKA |
| 00458559 | 0883 | OLIVER | BRANDON |
| 01193314 | 0883 | KNIGHT | MATTHEW J |
| 00458517 | 0883 | JOHNSON | KENNETH |
| 00296319 | 0883 | SIMONS | GEORGE |
| 01193374 | 0883 | RICHARDSON | THERESA |
| 00294682 | 0883 | MANN | SUKHWINDER |
| 00294609 | 0883 | BENSON | LAUREN |
| 01193356 | 0883 | PEPPER | ERIC S |
| 01193155 | 0883 | ALSOP | SAM C |
| 00458558 | 0883 | OCONNOR | CHRISTOPHER |
| 00458569 | 0883 | TINGLIN | SHEENA |
| 00294671 | 0883 | JAMES | MONEISH |
| 00294587 | 0883 | BEAMS | MARIANNE |
| 00294643 | 0883 | DILEO | ANDREW J |
| 01193333 | 0883 | MALARKEY | ANDREA LYNN |
| 01193150 | 0883 | ALEJANDRO | MIKKI |
| 01193211 | 0883 | ESPONDA | PETER J |
| 01193344 | 0883 | MCWILLIAMS | DIANE M |
| 01193283 | 0883 | GONZALEZ | INES |
| 00294695 | 0883 | MURRAY | DONOVAN |
| 00458567 | 0883 | SINGER | JEFFREY |
| 01193412 | 0883 | WALKABOUT | SUMMER D |
| 00458397 | 0883 | DEHNER | KELLY |
| 01193322 | 0883 | LAMIRANDE | DAVID M |
| 01193291 | 0883 | GRIFFIN | CHRISTOPHER M |
| 01193329 | 0883 | MAGOULAS | JUSTIN J |
| 00294584 | 0883 | BANNON | STEPHANIE |
| 01193342 | 0883 | MAZIARZ | MICHAEL M |

| ID | Code | Last Name | First Name |
|---|---|---|---|
| 01193193 | 0883 | COURNOYER | CHARLES H |
| 01193174 | 0883 | BARRY | JASON M |
| 00458566 | 0883 | SHIPPEE | MATTHEW |
| 00294669 | 0883 | IANNOTTI | DUSTIN |
| 01193164 | 0883 | ALTIERI | NEIL R |
| 00458407 | 0883 | FERRARO | TIMOTHY |
| 01193204 | 0883 | DAVIS | CHRISTOPHER |
| 01193310 | 0883 | KILHEFNER | SHANE M |
| 00296349 | 0883 | WALKABOUT | SUMMER D |
| 00294650 | 0883 | EDWARDS | JASON |
| 01193396 | 0883 | SOSSIN | LISA M |
| 00294657 | 0883 | GALLICCHIO | CARRIE |
| 00294651 | 0883 | FINLAYSON | EDWARD |
| 00294634 | 0883 | DANILEY | FRANK B |
| 00294692 | 0883 | MORENO | ANDREW |
| 00294629 | 0883 | CRUZ | JASON |
| 01193354 | 0883 | PEGUES | LAKISHA S K |
| 00296304 | 0883 | RUIZ | SHIRLEY |
| 00294648 | 0883 | DURNIK | ROBERT |
| 00294616 | 0883 | BRICENO | SALOME |
| 01193372 | 0883 | RICHARDSON | LATOYA SAMONE |
| 01193197 | 0883 | CUSHMAN | JASON C |
| 00296296 | 0883 | RIVERS | MICHAEL |
| 01193184 | 0883 | CHARLES | VLADIMIR |
| 01193277 | 0883 | GILE | PETER U |
| 01193409 | 0883 | VOIGHT | JENNIFER L |
| 01193306 | 0883 | JOHNSON | JANE D |
| 00296295 | 0883 | RENE | MARIE |
| 01193188 | 0883 | CLARK | NIKKOLE C |
| 00296315 | 0883 | SIHARATH | DAVID |
| 00458570 | 0883 | TOMASI | LEAH |
| 00294658 | 0883 | GERUM | JASON |
| 00296306 | 0883 | RUSSO | PETER |
| 00457657 | 0883 | BAKER | JAMES |
| 01193351 | 0883 | NOWAK | KATHRYN J |
| 00458406 | 0883 | FALLON | CASSANDRA |
| 01193171 | 0883 | BALDWIN | TRAVIS D |
| 00458548 | 0883 | LONGOLUCCO | AMBER |
| 00294711 | 0883 | OLAVE | IRMA |
| 01193206 | 0883 | DOEBRICK | ANTHONY P |
| 01193411 | 0883 | VOLLONO | CHRISTOPHER A |
| 00294678 | 0883 | LINGENHELD | ROSE |
| 01193353 | 0883 | PANICO | IRIS N |
| 01193300 | 0883 | HARTLING | ROBERTA L |
| 00458392 | 0883 | COURNOYER | JUDITH |
| 01193383 | 0883 | SAVAGE | NATHAN M |
| 00294637 | 0883 | DIAZ | YESMARIE |
| 00458398 | 0883 | DINKINS | LAFREEDA |
| 00294610 | 0883 | BLIVEN | THOMAS |
| 00458556 | 0883 | MCALOON | MATTHEW |

| ID | Code | Last Name | First Name |
|---|---|---|---|
| 01193212 | 0883 | FENSORE | ANTHONY V |
| 00294674 | 0883 | KING | PATRICIA |
| 00294680 | 0883 | LIPPI | KRIS |
| 00296357 | 0883 | YARMOSH | PAUL |
| 00458396 | 0883 | DANISIEWICZ | BRIAN |
| 00458573 | 0883 | WOODARD | MICHELLE |
| 00294636 | 0883 | DETROY | MATTHEW |
| 01193217 | 0883 | FOSTER | BENJAMIN B |
| 01193336 | 0883 | MALHOTRA | DEVINDER K |
| 00458561 | 0883 | REILLY | DANIEL |
| 00296328 | 0883 | SNYDER | DAWN |
| 00294666 | 0883 | HERLIHY | BRAD |
| 00294681 | 0883 | MANISENE | TOULA |
| 00294688 | 0883 | MONASTERO | SHAUN |
| 00294712 | 0883 | PANU | GREGORY |
| 00296359 | 0883 | YOUNGS | JOY |
| 01193209 | 0883 | DREW | BRIAN M |
| 00294660 | 0883 | GRANDY | LATOYA |
| 00294654 | 0883 | FLETCHER | CARYL |
| 00294647 | 0883 | DUNN | TIMOTHY |
| 01193303 | 0883 | ERICA L HODGE | |
| 01193370 | 0883 | RICHARDS | LORNA E |
| 01193401 | 0883 | SUNDHOM | SCOTT S |
| 01193178 | 0883 | BILODEAU | ROBERT E |
| 00294618 | 0883 | BRIDEAU | KRISTINE |
| 01193404 | 0883 | THIBODEAU | CASSANDRA M |
| 00296352 | 0883 | WOLFRADT | GARY |
| 00296327 | 0883 | SJOQUIST | HEATHER |
| 00294437 | 0883 | BACHMAN | SALIM |
| 00294698 | 0883 | MUSTAFA | AFSHAN |
| 00296298 | 0883 | RODRIGUEZ | JULIE |
| 01193318 | 0883 | LABARCA | ELIZABETH |
| 01193296 | 0883 | HARRIS | BENTON S |
| 01193359 | 0883 | PETTY | JOHN D |
| 01193360 | 0883 | PIEKARSKI | KRISTEN E |
| 01193398 | 0883 | STEDMAN | SONYA L |
| 01193166 | 0883 | ANDERSEN | ANGELA A |
| 01193341 | 0883 | MARCY | JESSICA L |
| 01193368 | 0883 | POPIELARCZYK | RYAN J |
| 01193489 | 0883 | WILSON | ELIZABETH M |
| 01193200 | 0883 | CZEPIEL | PETER E |
| 01193375 | 0883 | RIEDL | ASHLEY L |
| 00294627 | Eastern Ct State Univ. | CLERVEAU | CHARLYNE |
| 01154154 | Clark University | ROCA DE TOGORES | BEATRIZ |
| 01083569 | Clark University | FIORETTI | JENNIFER |
| 00311773 | Clark University | MAGBANUA | HERMINIA |
| 01198083 | Clark University | DAMARJIAN | ALAN R |
| 01154159 | Clark University | WOODS | MATTHEW |
| 00291528 | Menlo College | GUIGNI | BIOR GUIMEL |
| 01280448 | Wesleyan University | CHAVEZ | MIGUEL A |

| ID | Entity | Last Name | First Name |
|---|---|---|---|
| 01232117 | Central Ct State Univ. (1148) | DOLAN | ANNA |
| 01232116 | Central Ct State Univ. | DRUMMOND | DIANA |
| 01280655 | Central Ct State Univ. | FAGAN | MICHAEL |
| 01280676 | Central Ct State Univ. | EVANS ASSOCIATES | |
| 01280591 | Central Ct State Univ. | FARMER | CARLA |
| 01280642 | Central Ct State Univ. | JACKSON | FREDERICK |
| 01280640 | Central Ct State Univ. | LIAU | BA |
| 01280638 | Central Ct State Univ. | LOVETERE | JOHN |
| 01280639 | Central Ct State Univ. | LOVETERE | JOHN |
| 01280634 | Central Ct State Univ. | MEKRUT | BARBARA |
| 01280632 | Central Ct State Univ. | MOSEL | MICHAEL |
| 01280628 | Central Ct State Univ. | PADUA | REYES |
| 01280624 | Central Ct State Univ. | RAY | SYDNEY |
| 01280599 | Central Ct State Univ. | WHITE | MICHELLE |
| 01211108 | Central Ct State Univ. | ALEWITZ | MEYER |
| 01211110 | Central Ct State Univ. | ALEWITZ | MEYER |
| 01211082 | Central Ct State Univ. | ALEXANDER | HOMER |
| 01211079 | Central Ct State Univ. | ALFRED | RIHHAD |
| 01211083 | Central Ct State Univ. | ANDERSON | HARRY |
| 01211086 | Central Ct State Univ. | ANDERSON | TRACEY |
| 01211088 | Central Ct State Univ. | ARCHER | TREVINO |
| 01211094 | Central Ct State Univ. | AVERY | KATHLEEN |
| 01232075 | Central Ct State Univ. | BAKO | ALEX |
| 01232079 | Central Ct State Univ. | BARILLARD | CARRIE |
| 01232081 | Central Ct State Univ. | BEDER | KRISTOFFER |
| 01232084 | Central Ct State Univ. | BENNETT | GIBSON |
| 01232085 | Central Ct State Univ. | BENSEGHIR | NAJIB |
| 01232087 | Central Ct State Univ. | BENSON | CHRISTOPHER |
| 01232088 | Central Ct State Univ. | BERNARDO | JOHN |
| 01232092 | Central Ct State Univ. | BITTERMAN | JAMES |
| 01232098 | Central Ct State Univ. | BOINSKE | TERE |
| 01232100 | Central Ct State Univ. | BROWN | ANGELA |
| 01232101 | Central Ct State Univ. | BURT | ERIC |
| 01232119 | Central Ct State Univ. | CAMRAC INC | |
| 01232159 | Central Ct State Univ. | CAMRAC INC | |
| 01232150 | Central Ct State Univ. | CHASTANG | APRIL |
| 01232152 | Central Ct State Univ. | CHRISTENSEN | ARNOLD |
| 01232155 | Central Ct State Univ. | CHUCHRO | ADAM |
| 01232157 | Central Ct State Univ. | CIFALDI | PETER |
| 01232072 | Central Ct State Univ. | CORREA | CHRISTIAN |
| 01232073 | Central Ct State Univ. | CT STATE OF DAS | |
| 01232074 | Central Ct State Univ. | CZERWINSKI | LOUIS |
| 01232122 | Central Ct State Univ. | DAVIS | JEFFREY |
| 01232123 | Central Ct State Univ. | DAVIS | JEFFREY |
| 01232127 | Central Ct State Univ. | DAVIS JR | ROSCOE |
| 01232126 | Central Ct State Univ. | DEPERRY | JENIFER |
| 01232133 | Central Ct State Univ. | DEPERRY | JENIFER |
| 01232138 | Central Ct State Univ. | DEUTSCH | LARRY |
| 01232139 | Central Ct State Univ. | DEUTSCH | LARRY |
| 01232140 | Central Ct State Univ. | DIEGUEZ | ALBERTO |

| ID | Institution | Last Name | First Name |
|---|---|---|---|
| 01232105 | Central Ct State Univ. | BYSIEWCZ | PHYLLIS |
| 01280678 | Central Ct State Univ. | EUSTACE | LINDA |
| 01280681 | Central Ct State Univ. | EUSTACE | LINDA |
| 01280644 | Central Ct State Univ. | GYURIK | JOHN |
| 01280623 | Central Ct State Univ. | REYNOLDS | MABLE |
| 01280597 | Central Ct State Univ. | ZAKRZEWSKI | JOHN |
| 00994405 | Central Ct State Univ. | MICHELSON | ELECTRICAL |
| 01232082 | Central Ct State Univ. | BELLACICCO | GLORIA |
| 01232095 | Central Ct State Univ. | BLACKMAN | JAMES |
| 01232097 | Central Ct State Univ. | BLANCO | IVAN |
| 01232103 | Central Ct State Univ. | BURT | ERIC |
| 01232158 | Central Ct State Univ. | CLAFFEY | GLYNIS |
| 01280612 | Central Ct State Univ. | STODDARD | JANET |
| 01280630 | Central Ct State Univ. | OBRERO | FLORIANO |
| 01280610 | Central Ct State Univ. | STUNECK | ANNE |
| 01280689 | Central Ct State Univ. | ELDER | LISA SPENCE |
| 01280643 | Central Ct State Univ. | HARRINGTON | ANDRE |
| 01280595 | Central Ct State Univ. | ZIOLKOWSKI | JOY ANN |
| 01280652 | Central Ct State Univ. | FORTH | VIVIAN |
| 01280653 | Central Ct State Univ. | FORTH | VIVIAN |
| 01232149 | Central Ct State Univ. | CARPENTER | PHILLIP |
| 01232077 | Central Ct State Univ. | BAIA | INES |
| 01232134 | Central Ct State Univ. | DEBOIS | MICHELLE |
| 01232130 | Central Ct State Univ. | DELVENTHAL | TRACY |
| 01232108 | Central Ct State Univ. | BUYNISKI | JOSEPH |
| 01280627 | Central Ct State Univ. | PETERS | SANDRA LEE |
| 01280645 | Central Ct State Univ. | GILLIS | HOWARD |
| 01280606 | Central Ct State Univ. | TITA | ROBERT |
| 01280672 | Central Ct State Univ. | EVANS | TIMOTHY |
| 01280618 | Central Ct State Univ. | SMITH | BARBARA |
| 01232143 | Central Ct State Univ. | DUFRESNE | TODD |
| 01280604 | Central Ct State Univ. | VALENTE | MARLA |
| 01280641 | Central Ct State Univ. | LATHROP | DAVID |
| 01280620 | Central Ct State Univ. | SCRIVANO | JESSICA |
| 01280594 | Central Ct State Univ. | VANCE | REGINA |
| 01280650 | Central Ct State Univ. | GRIKIS | JOHN |
| 01280636 | Central Ct State Univ. | MARCHUT | FRANCISZEK |
| 01001966 | Assumption College | GRAY | DERRICK |
| 01229630 | NH Tech. College | KHALID | MARIAM |
| 01229609 | NH Tech. College | WOODWORTH BENNETT | JAMIE |
| 01242034 | Art Institute of Colorado | PEARCE | JESSICA |
| 01068346 | Dean College | SHERIDAN | CHRISTINE |
| 01068328 | Dean College | GALLUP | MARA |
| 01069747 | Dean College | TAVERNEY | JOSEPH P |
| 01068325 | Dean College | FRASIER | DEAN |
| 01069583 | Dean College | JUNE | ERIKA |
| 01069688 | Dean College | PASQUA | SUSAN |
| 01069592 | Dean College | KING | KEVIN |
| 01069611 | Dean College | LYDDY | RYAN |
| 01069757 | Dean College | TOPALIS | GREGORY |

| ID | Institution | Last Name | First Name |
|---|---|---|---|
| 01068331 | Dean College | GARCIA | IVETTE |
| 01068237 | Dean College | APICELLO | MICHAEL |
| 01069645 | Dean College | MIMS | GERREN |
| 01069779 | Dean College | WASSERMAN | AMY |
| 01068192 | Dean College | DUMAS | TIM R |
| 01069741 | Dean College | SUAREZ | LESLIE |
| 01069581 | Dean College | JONES | LINDSAY |
| 01069612 | Dean College | LYDDY | RYAN |
| 01069597 | Dean College | LADUCA | NICHOLAS |
| 01068436 | Dean College | HEBERT | MATTHEW |
| 01069569 | Dean College | HORAN | AMY |
| 01069740 | Dean College | SUAREZ | LESLIE |
| 01069574 | Dean College | JESSIE | MICHAEL |
| 01069679 | Dean College | PALMA | MICHELLE |
| 01068299 | Dean College | UCCELLO | PAUL A |
| 01068259 | Dean College | HOLLERAN | SHANE J |
| 01068295 | Dean College | SANCHEZ | DEMPSEY G |
| 01068193 | Dean College | FLETCHER | KARL |
| 01069770 | Dean College | VANCE | JOHN |
| 01069622 | Dean College | MATKOVIC | PHILIP |
| 01189725 | Anne Arundel Comm. College | WHITE | STEVEN R |
| 01288557 | Anne Arundel Comm. College | RIOJA | ISADELA |
| 00389230 | Worcester State College | JUDAY | COURTNEY E |
| 00389399 | Worcester State College | ORTEGA | NELSON E |
| 00390735 | Worcester State College | ZOCCO | AMANDA M |
| 00389580 | Worcester State College | SCHOLAN | JACOB J |
| 01204166 | Worcester State College | BOTTASSO | KAREN L |
| 00389396 | Worcester State College | OATES | ROBERT J |
| 00389299 | Worcester State College | MCCOY | BARBARA W |
| 01129838 | NH Tech. Comm. College | PALMENTA | SCOTT R |
| 00328568 | Columbia College | HASTINGS | NEIL S |
| 01328183 | Columbia College | LITTLETON | GLORIA A |
| 01195269 | Teikyo Post Univ. | HUSSEX | JENNIFER |
| 01195283 | Teikyo Post Univ. | GADDY | JESSICA REYES |
| 01194815 | Wheelock College | YORKER | GERALD |
| 00164445 | Lakeland College | RUSSO | KAREN |
| 01309002 | American Int'l College | HAMILTON | WARREN |
| 01258694 | Atlantic Culinary Academy | REMEKIE | SHAMELLE |
| 01301032 | Granite State Management | STROUP | SHERYL |
| 01143417 | Wheelock College | STYKOWSKI | LYNN |
| 01070811 | St. Mary's University | GARCIA | FRANK |
| 01313371 | Dartmouth College | HARPER | TALMADGE |
| 01245742 | Wheelock College | WARGA | SARA |
| 00257341 | Wheelock College | WARREN | AIMEE |
| 00269480 | Wheelock College | BEAUCHEMIN | DENISE |
| 01197370 | Commonwealth of Mass – No Interest Loan | WILLIAMS | DANIELLE |
| 01186215 | Commonwealth of Mass – | CAPOCCIA | JOSEPH |

| ID | Lender | Last Name | First Name |
|---|---|---|---|
| 01111487 | Commonwealth of Mass – No Interest Loan | PAXTON | DARRYLYN |
| 01111490 | Commonwealth of Mass – No Interest Loan | PAXTON | DARRYLYN |
| 01111736 | Commonwealth of Mass – No Interest Loan | MABRY | CYNELLA |
| 01109587 | Commonwealth of Mass – No Interest Loan | MCNALLY | KEITH |
| 01109589 | Commonwealth of Mass – No Interest Loan | MCNALLY | KEITH |
| 01109918 | Commonwealth of Mass – No Interest Loan | COLEMAN | KYLE |
| 01109919 | Commonwealth of Mass – No Interest Loan | COLEMAN | KYLE |
| 01104919 | Commonwealth of Mass – No Interest Loan | DANIEL | ANGELA |
| 01104920 | Commonwealth of Mass – No Interest Loan | DANIEL | ANGELA |
| 01104849 | Commonwealth of Mass – No Interest Loan | DAVIS | LEAH |
| 01104850 | Commonwealth of Mass – No Interest Loan | DAVIS | LEAH |
| 01124136 | Commonwealth of Mass – No Interest Loan | GOMES | NADIA |
| 01110086 | Commonwealth of Mass – No Interest Loan | JACKSON | SHEREE |
| 01192958 | Commonwealth of Mass – No Interest Loan | KAPKLAN | SCOTT |
| 01117209 | Granite State Management | LOMBARD | CHRISTOPHER |
| 01317998 | Granite State Management | BUXTON | MARK |
| 01317999 | Granite State Management | BUXTON | MARK |
| 00159559 | Granite State Management | BROADIE | LEVON |
| 00159563 | Granite State Management | LEFKIMIATIS | SPYRO |
| 01254839 | Granite State Management | MATTOX | LADONDRA |
| 00176461 | Granite State Management | RACE | SEAN |
| 00176464 | Granite State Management | RACE | SEAN |
| 00386590 | Granite State Management | SESTITO | ROBERT |
| 00176478 | Granite State Management | VANBUREN | HEIDI |
| 00176479 | Granite State Management | VANBUREN | HEIDI |
| 00101374 | Chittenden Bank (0896) | ABAIR | CHERYL M |
| 00101375 | 0896 | ABAIR | CHERYL M |
| 00101395 | 0896 | ALVALLE | LUIS A |
| 00093967 | 0896 | ANGLIS SR | JOHN |
| 00101419 | 0896 | ASHGAR | ADEL |
| 00093992 | 0896 | BAKER | GLEN |
| 00094000 | 0896 | BARBER | KEVIN |
| 00094002 | 0896 | BARNES | KRISTI |
| 00094007 | 0896 | BARRETTE | MICHAEL J |
| 00101596 | 0896 | BUCK | KAREN |
| 00094064 | 0896 | BUCKBERROUGH JR | THOMAS |
| 00094073 | 0896 | CALDER | WILLIAM K |

| ID | Code | Last Name | First Name |
|---|---|---|---|
| 00101626 | 0896 | CALDWELL | DIONNE A |
| 00101650 | 0896 | CASSERNO | MARK A |
| 00101657 | 0896 | CAVANAUGH | JOSEPH |
| 00108334 | 0896 | COREY | ALAN E |
| 00094146 | 0896 | COYLE | LARRY D |
| 00094148 | 0896 | CRAAYBEEK | CHRISTOPHER |
| 00094154 | 0896 | CUMBA | EDDIE |
| 00108336 | 0896 | DANIELS | ANN |
| 00101774 | 0896 | DANIELS | DEBRA |
| 00094173 | 0896 | DECKER | MICHAEL |
| 00094174 | 0896 | DEEP | TONYA |
| 00094198 | 0896 | DIFRONZO | ANTHONY C |
| 00101829 | 0896 | DOMINGUE | HEATHER |
| 00094205 | 0896 | DUBE | GEORGE |
| 00094209 | 0896 | EATMON | DAYNA |
| 00094222 | 0896 | ESTEY | MICHAEL P |
| 00094274 | 0896 | GARRETTO | ANDREW J |
| 00094277 | 0896 | GATTO | JEAN |
| 00101998 | 0896 | GORDON | JESSICA |
| 00094304 | 0896 | GOSSELIN | KAREN |
| 00229357 | 0896 | GRASS | AMY L |
| 00094320 | 0896 | GRUCCI | KEVIN M |
| 00102099 | 0896 | HOLDER | BARBARA |
| 00099747 | 0896 | HOOKS | LAVETTE |
| 00094354 | 0896 | HOYTE | JOSEPH G |
| 00102162 | 0896 | JOBB | TERRY M |
| 00102163 | 0896 | JOHNSON | BRUCE |
| 00094412 | 0896 | KNIGHTON | QUILLA |
| 00229385 | 0896 | KURAS | NICOLE |
| 00094443 | 0896 | LAFOUNTAIN | BERNARD |
| 00094449 | 0896 | LANDRIE | LARRY |
| 00102250 | 0896 | LANGAN | DANIEL |
| 00094469 | 0896 | LEONARD | NANCY E |
| 00094473 | 0896 | LINSCOTT | AMY E |
| 00102311 | 0896 | LOPEZ | EDWARD |
| 00102312 | 0896 | LOPEZ | ISABEL |
| 00102348 | 0896 | MANGO | MARK |
| 00094507 | 0896 | MARTINEZ | CARLOS E |
| 00094511 | 0896 | MATOS | TERESA |
| 00094512 | 0896 | MATSEN | DONALD J |
| 00102426 | 0896 | MILLER | JEFFREY |
| 00094548 | 0896 | MILLER | ROBIN J |
| 00094561 | 0896 | MONTELEONE | TIMOTHY |
| 00094562 | 0896 | MONTERIO | GINO P |
| 00102441 | 0896 | MORGAN | JEREMY |
| 00102464 | 0896 | MUNSON | JOANNE R |
| 00094580 | 0896 | MURRAY | THOMAS M |
| 00102550 | 0896 | PATTERSON | KAT |
| 00094634 | 0896 | PEART | STEPHEN J |
| 00102584 | 0896 | PINKNEY | MELVIN |

| | | | |
|---|---|---|---|
| 00102649 | 0896 | RAULS | TRAVIS |
| 00094693 | 0896 | RIVERA | VILMA |
| 00102747 | 0896 | SAVARY III | ROBERT E |
| 00094739 | 0896 | SAVELLI | HENRY J |
| 00094791 | 0896 | SOUTHERN NE SEAFOOD | |
| 00094803 | 0896 | STANTON | CHRISTINA R |
| 00094814 | 0896 | STJULIEN | MCWARENS |
| 00094846 | 0896 | THE STATION | |
| 00108325 | 0896 | TIRILLO | MARIO A |
| 00094859 | 0896 | TORRES | LUIS A |
| 00094861 | 0896 | TORRES | ROSA |
| 00236348 | 0896 | TOTH | LAJOS |
| 00094871 | 0896 | VALIGURSKY | BRYAN T |
| 00102956 | 0896 | VEGA | BRANDI |
| 00094891 | 0896 | VUMBACK | JACQUELINE C |
| 00094904 | 0896 | WILCOX | KAREN M |
| 00094906 | 0896 | WILLARD JR | DENNIS |
| 00104208 | Digital Employers Federal Credit Union (0898) | CYR | ANTHONY J |
| 00106985 | Digital Employers Federal Credit Union | RANGACHARI | JITHARAMAN |
| 00107016 | Digital Employers Federal Credit Union | RAWLINS | STEPHEN A |
| 00189733 | Digital Employers Federal Credit Union (0901) | CHAWLA | VIVEK |
| 00189530 | 0901 | DEGALA | SRINIVASA R |
| 00189534 | 0901 | DEGALA | SRINIVASA R |
| 00189799 | 0901 | GALE | JOCELYN |
| 00094268 | 0901 | GANTE | NORIEL R |
| 00094269 | 0901 | GANTE | NORIEL R |
| 00094418 | 0901 | KOLINJIVADI | RAMKUMAR V |
| 00106417 | 0901 | NAQVI | SYED ZIA |
| 00106805 | 0901 | POGAKU | PRABHAKAR |
| 00094748 | 0901 | SELVAMUTHU | KATHIRAVAN |
| 00107393 | 0901 | SHEIKH | MOHAMMED |
| 00094821 | 0901 | SUAREZ | CAROL |
| 00107618 | 0901 | SUDHAKARAN | SUDEEP |
| 00096147 | Northeast Credit Union | GOODRIDGE | ELLEN M |
| 00224647 | Northeast Credit Union | PEACE | LISA A |
| 00153168 | Passumpsic Savings Bank | SAVARY | ROBERT E |
| 00168345 | Peoples Credit Union | NGUYEN | JOHN V |
| 00098950 | Vermont Federal Credit Union | MCCORMICK | MICHELLE |