EXHIBIT "B"

Northeastern University – (Client No. 0017)

Wentworth Institute — (Client No. 0028)

University of Mass/Lowell – (Client No. 0126)

Marlboro College – (Client No. 0245)

Worcester Polytechnical Institute – (Client No. 0251)

University of New Hampshire – (Client No. 0320)

Katharine Gibbs – (Client No. 0327 or 0876)

University of Arizona – (Client No. 0350)

New Hampshire Community Technical College – (Client No. 0507)

Southern Oregon University – (Client No. 0603)

Massachusetts College of Liberal Arts – (Client No. 0641)

University of Maine/Augusta – (Client No. 0701)

Western Connecticut State University – (Client No. 0807)

Central Connecticut State University – (Client No. 0810, 1148 or 0879)

Southern Connecticut State University – (Client No. 0811)

Eastern Connecticut State University – (Client No. 0883)

Assumption College – (Client No. 1113)

Art Institute of Colorado – (Client No. 1188)

Dean College – (Client No. 1226)

Anne Arundel Community College – (Client No. 1276)

Worcester State College – (Client No. 1277)

Columbia College – (Client No. 1363)

Wheelock College – (Client No. 0401)

Clark University – (Client No. 0990)

Lakeland College – (Client No. 1374)

American International College – (Client No. 1426)

Atlantic Culinary Academy – (Client No. 1449)

Commonwealth of Massachusetts No Interest Loans – (Client No. 0683 and 0684)

Granite State Management – (Client No. 0011)

St. Mary's University – (Client No. 1056)

Dartmouth College – (Client No. 0215)

Teikyo Post University – we no longer added costs for this client – the two accounts in question had costs left on them when they went to the legal department – we have taken those costs off. (Client No. 1365)

Chittenden Bank – (Client No. 0896)

Digital Employers Federal Credit Union – (Client No. 0898 and 0901)

Northeast Credit Union – (Client No. 0919)

Passumpsic Savings Bank – (Client No. 0920)

Peoples Credit Union – (Client No. 0923)

Vermont Federal Credit Union – (Client No. 0948)