| Acct# | CLT# | For | Last Name | First Name |
|---|---|---|---|---|
| 01303844 | 0017 | TUITION | COUGHLIN | ELISSA |
| 01303847 | 0017 | TUITION | NISTICO | DARYL W |
| 01303873 | 0017 | TUITION | PARK | JIN-AH |
| 01303842 | 0017 | TUITION | GOCLOWSKI | ERIC P |
| 01303843 | 0017 | TUITION | HARRISON | KURT M |
| 01223770 | 0017 | TUITION | RICKETTS | CHRISTINE |
| 01223549 | 0017 | TUITION | GREGORY | ROBIN |
| 01160067 | 0028 | TUITION | MANSFIELD | GARY |
| 01167119 | 0028 | TUITION | GOMEZ | RICHARD D |
| 01159692 | 0028 | TUITION | WILLIAMS | DOUGLAS H |
| 01189782 | 0028 | TUITION | GRENIER | NICHOLAS J |
| 01192890 | 0126 | TUITION | LEWIS | JUSTIN S |
| 01094787 | 0126 | TUITION | GRAHAM | MALON S |
| 01193916 | 0245 | TUITION | OBRIEN | AMANDA |
| 01211016 | 0251 | TUITION | JASTREMSKI | MARK VICTOR |
| 00397149 | 0321 | TUITION | THOMPSON | JENNIFER E |
| 01107260 | 0321 | TUITION | SANTOS | GREGORY ROBERT |
| 01107257 | 0321 | TUITION | ORR | JOHN DEAN |
| 01309129 | 0321 | TUITION | GAINES | MADELYN A |
| 01309131 | 0321 | TUITION | GIBSON | SEAN |
| 01174044 | 0321 | TUITION | ETTORE | PATRICIA |
| 01179134 | 0327 | TUITION | POOLE | NOAH |
| 00046068 | 0350 | STDNT RECEIVABLES | FORTIER | BRETT M |
| 00046064 | 0350 | STDNT RECEIVABLES | JOHNSON | RAPHIELLE |
| 00046063 | 0350 | STDNT RECEIVABLES | SMITH | GARRISON W |
| 00046061 | 0350 | STDNT RECEIVABLES | HAWVERMALE | SARAH B |
| 01337295 | 0448 | TUITION | ZWIEBACH | MINDY |
| 01304657 | 0448 | TUITION | SKINNER | HEATHER |
| 01120307 | 0448 | TUITION | MILLER | SUE ELLEN |
| 01193501 | 0448 | TUITION | VICTOR | NATALIE |
| 01193413 | 0448 | TUITION | RIVERA | JUAN E III |
| 00994543 | 0448 | TUITION | GONZALEZ | LUIS |
| 01103938 | 0507 | TUITION | KEHOE | CHRISTINE |
| 01002552 | 0507 | TUITION | VANDAL | JAMIE |
| 01323141 | 0507 | TUITION | DUPRE | JOANNE |
| 01323277 | 0507 | TUITION | ROSE | CHRISTOPHER |
| 00198398 | 0603 | A/R | GOTTMAN | GREGORY P |
| 00311380 | 0641 | TUITION/02S | PINETTE | NATHAN |
| 00155868 | 0701 | TUITION | CHAZIN | JESSICA |
| 01217605 | 0807 | TUITION & FEES | BERNARD | BRIAN J |
| 01159622 | 0807 | TUITION & FEES | SMITH | ERWIN |
| 01217642 | 0807 | TUITION & FEES | JULEAU | RODCHILD |
| 01094796 | 0807 | TUITION&FEES | PAGANO | DAVID |
| 00169712 | 0807 | TUITION&FEES | EDWARDS | ELIZABETH |
| 00169704 | 0807 | TUITION&FEES | ALEXANDER | NICOLE E |
| 01159501 | 0807 | TUITION & FEES | RODRIGUEZ | DAVID |
| 01217629 | 0807 | TUITION & FEES | AMBROSE | KEITH |
| 01280742 | 0807 | TUITION & FEES | DELAO | GHISSELLE H |
| 01159696 | 0807 | TUITION & FEES | WILLIAMS | KAREEMA DELUXE |
| 01217626 | 0807 | TUITION & FEES | BARBARESI | JUSTIN C |
| 01094799 | 0807 | TUITION&FEES | PIRES | PAUL |

| ID | Code | Description | Last Name | First Name |
|---|---|---|---|---|
| 01094792 | 0807 | TUITION&FEES | NAPPI | MICHEAL |
| 00169709 | 0807 | TUITION&FEES | CHAMPAGNE | MICHAEL C |
| 01094800 | 0807 | TUITION&FEES | POLLARD | SHEILA |
| 01094790 | 0807 | TUITION&FEES | MONTOOMERY | KIMBERLY |
| 01160206 | 0807 | TUI042002 FEES | TORRES | CYNTHIA |
| 01227230 | 0807 | TUITION & FEES | KETTELSEN | LEIF W |
| 01280748 | 0807 | TUITION & FEES | DELANEY | ERIN E |
| 01010160 | 0807 | TUITION & FEES | RODRIQUEZ | SCOTT |
| 01227231 | 0807 | TUITION & FEES | JONES | ADRIA L |
| 01227235 | 0807 | TUITION & FEES | IYEN | PREFERENCE |
| 01159635 | 0807 | TUITION & FEES | SCROFANI | FRANK |
| 01160182 | 0807 | TUITION & FEES | WILMAT | DEBORAH |
| 01280751 | 0807 | TUITION & FEES | CARDELLA | JENNIFER |
| 01217594 | 0807 | TUITION & FEES | CRUZ | ARIANA M |
| 01094798 | 0807 | TUITION&FEES | PAULSON | DANYELLE C |
| 01227229 | 0807 | TUITION & FEES | LANCASTER | CLARA |
| 01227244 | 0807 | TUITION & FEES | ESPOSITO | FRANK H |
| 01010162 | 0807 | TUITION & FEES | HARSHAW | PATRICK |
| 00169707 | 0807 | TUITION&FEES | AUSTIN | ALICIA |
| 00169715 | 0807 | TUITION&FEES | ESPOSITO | ANGELA |
| 01159506 | 0807 | TUITION & FEES | ROBALINO | YEZEBEL C |
| 01280720 | 0807 | TUITION & FEES | DULLARD | KATE E |
| 01160209 | 0807 | TUITION & FEES | TOCE | JUDITH |
| 01227228 | 0807 | TUITION & FEES | LEIGHTON | TIFFANY A |
| 01160184 | 0807 | TUITION & FEES | WALKER | CHRISTOPHER C |
| 01227232 | 0807 | TUITION & FEES | JIMENEZ | CESAR |
| 01094794 | 0807 | TUITION&FEES | NEORI | SUZANNE |
| 01011538 | 0807 | TUITION & FEES | PISELLI | JEANNINE |
| 01159681 | 0807 | TUITION & FEES | STOKES | ROBERT |
| 01094769 | 0807 | TUITION&FEES | MCCULLOCH | DAVE L |
| 01159517 | 0807 | TUITION & FEES | NEUMANN | ADRIA |
| 01159625 | 0807 | TUITION & FEES | SMITH II | CRAIG |
| 01227236 | 0807 | TUITION & FEES | HUTCHERSON BURT | STAC |
| 01094795 | 0807 | TUITION&FEES | OSTREICHER | HERMAN |
| 01160159 | 0807 | TUITION & FEES | WHITE | CHRISTOPHER J |
| 01011542 | 0807 | TUITION & FEES | CAMPBELL | RICHARD |
| 01160174 | 0807 | TUITION & FEES | WOOLVEN | CASEY M |
| 01011534 | 0807 | TUITION & FEES | MORRONE | KIMBERLY G |
| 01217622 | 0807 | TUITION & FEES | BASILE | JOHN P |
| 01094767 | 0807 | TUITION&FEES | MASON | DOUGLAS P |
| 01280759 | 0807 | TUITION & FEES | BOYAJIAN | AMY C |
| 01160196 | 0807 | TUITION & FEES | VAUGHN | JAMES |
| 01280756 | 0807 | TUITION & FEES | BROWN | SHAYNE P |
| 01217627 | 0807 | TUITION & FEES | AZCONA | RAFAELITO |
| 01217577 | 0807 | TUITION & FEES | DESOUZA | TATIANE G |
| 01227233 | 0807 | TUITION & FEES | JAMES | THOMAS J |
| 01094772 | 0807 | TUITION&FEES | MCGLOIN | BRIAN G |
| 01217598 | 0807 | TUITION & FEES | CAMAROTA | TIMOTHY A |
| 01094781 | 0807 | TUITION&FEES | MILLER | LEONARD |
| 01159496 | 0807 | TUITION & FEES | SALAMON | MARK T |
| 01159659 | 0807 | TUITION & FEES | SCOTT | KEYANDA S |
| 01159682 | 0807 | TUITION & FEES | STATON | DWAYNE |

| ID | Code | Description | Last Name | First Name |
|---|---|---|---|---|
| 01160187 | 0807 | TUITION & FEES | WAGNER | LISA M |
| 01159507 | 0807 | TUITION & FEES | RIPLEY | JASON D |
| 01280708 | 0807 | TUITION & FEES | GORDON | SHAKINA |
| 01160203 | 0807 | TUITION & FEES | TURSKI II | JOHN S |
| 01159509 | 0807 | TUITION & FEES | RIBAS | SHAUN |
| 01217631 | 0807 | TUITION & FEES | ALMODOVAR | MICHELLE L |
| 01159728 | 0807 | TUITION & FEES | WALTON | CHAZ D |
| 01217576 | 0807 | TUITION & FEES | DATIL | NELSON |
| 01217590 | 0807 | PHONE & HALL DAMAGE | DICROSTA III | WILLIAM B |
| 01217601 | 0807 | DORM DAMAGE | BOUCHER | ANNETTE A |
| 01159488 | 0807 | TUITION & FEES | SCHANIEL | MERISSA |
| 01217635 | 0807 | DORM DAMAGE | ALEXANDER | ANTONIO J |
| 01159632 | 0807 | TUITION & FEES | SEBJAN | STEPHEN A |
| 01094759 | 0807 | TUITION&FEES | MACHCUA | CARLOS |
| 01217600 | 0807 | PARKING FINES | BRAUN | PHILIP D |
| 01159628 | 0807 | TUITION & FEES | SMITH | ANDRE |
| 00169713 | 0807 | TUITION&FEES | ERHO | STACY |
| 01227242 | 0807 | TUITION & FEES | GARRISON | AUDREY J |
| 01217596 | 0807 | OVERDUE PHONE | COLEMAN | LADRINA S |
| 01159490 | 0807 | TUITION & FEES | SCAVACINI | WILBER |
| 01227241 | 0807 | TUITION & FEES | GLOVER | WILLIAM A |
| 01217638 | 0807 | LIBRARY BOOKS & ID | BATTISTA | JOSEPH M |
| 01159687 | 0807 | TUITION & FEES | SOUZA | ALINE |
| 01280713 | 0807 | TUITION & FEES | GRACY III | JOHN |
| 01160215 | 0807 | TUITION & FEES | THOMAS | SEAN |
| 00169714 | 0807 | TUITION&FEES | ESPINAL | YANIRA |
| 00169711 | 0807 | TUITION&FEES | EASON | ANTONIO |
| 00169718 | 0807 | TUITION&FEES | HUTCHINS | CHARLES |
| 01227243 | 0807 | TUITION & FEES | FLEENER | MICHAEL J |
| 00169716 | 0807 | TUITION&FEES | GANNON | ELIZABETH A |
| 00169708 | 0807 | TUITION&FEES | BOTTICELLI | LISA |
| 01280718 | 0807 | TUITION & FEES | EISSMAN | CHRIS C |
| 01227237 | 0807 | TUITION & FEES | HOLLERAN | SHANE J |
| 01217575 | 0807 | TUITION & FEES | BARANOWSKY | SEAN MICHAEL |
| 00169717 | 0807 | TUITION&FEES | HADAD | YOLA M |
| 01094762 | 0807 | TUITION&FEES | MARASCO | GEORGE L |
| 01280764 | 0807 | TUITION & FEES | BENINSON | SHAY B |
| 01159505 | 0807 | TUITION & FEES | ROBERTS | REBECCA E |
| 01217640 | 0807 | TUITION & FEES | BLOM | ANA S |
| 01159685 | 0807 | TUITION & FEES | SOUZA | JOSE |
| 01159500 | 0807 | TUITION & FEES | ROSA | GABRIELLE M |
| 01011513 | 0807 | TUITION & FEES | DEWALT | DANIEL J |
| 01159724 | 0807 | TUITION & FEES | WALTON | NENA |
| 01217599 | 0807 | DORM DAMAGE | BRYAN | ANDREW H |
| 00169706 | 0807 | TUITION&FEES | ALICEA | JESSICA |
| 01190789 | 0810 | TUITION/FINES | KAFI | MOHAMMAD H |
| 01285661 | 0810 | TUITION/FINES | LACIC | DOROTHY IRENA |
| 01098404 | 0810 | TUITION/FINES | HAYRE | BRYANT A |
| 00164064 | 0810 | TUITION/FINES | LOPEZ | ANGELA ANDREA |
| 01216778 | 0810 | TUITION/FINES | KENNEY | SCOTT A |
| 01190767 | 0810 | TUITION/FINES | SUHOZA | SARAH L |
| 01124149 | 0810 | TUITION/FINES | BRISCOE | MICHAEL |

| ID | Code | Type | Last Name | First Name |
|---|---|---|---|---|
| 01216771 | 0810 | TUITION/FINES | MAYO | MELISSA A |
| 01283855 | 0810 | TUITION/FEES | PEREZ | DANIELA L |
| 01098563 | 0810 | TUITION/FINES | TORRES | TANIA E |
| 00164048 | 0810 | TUITION/FINES | ZUNIGA | ALINA |
| 01216804 | 0810 | TUITION/FINES | CARON | AMY LEE |
| 01190807 | 0810 | TUITION/FINES | KOPLOWITZ | KAARA L |
| 00164176 | 0810 | TUITION/FINES | AMOS BOWEN | ALTHEA ANNETTE |
| 01312079 | 0810 | TUITION/FINES | FRENCH | MYRA G |
| 01098405 | 0810 | TUITION/FINES | PARKS | KAREEM D |
| 01313326 | 0810 | TUITION/FINES | STARK | BRETT W |
| 01283853 | 0810 | TUITION/FEES | GALARZA | KARINA J |
| 00399624 | 0810 | TUITION | VEGA | OMAR W |
| 01098447 | 0810 | TUITION/FINES | MORGAN | SHANIQUA D |
| 01283716 | 0810 | TUITION/FEES | CHAVEZ | DORA |
| 01190747 | 0810 | TUITION/FINES | CAULEY | TAMYSHA S |
| 01312077 | 0810 | TUITION/FINES | FAZIO | ANGELO THOMAS |
| 01313295 | 0810 | TUITION/FINES | ORIE | RANDAL |
| 01216794 | 0810 | TUITION/FINES | DESJARDINS | JAMIE L |
| 01216805 | 0810 | TUITION/FINES | BUTCHER | TIFFANY B |
| 01216751 | 0810 | TUITION/FINES | STALLWORTH | BRANDON N |
| 00399579 | 0810 | TUITION | DUFAULT | AVA D |
| 01216811 | 0810 | TUITION/FINES | BAILEY | ROSA M |
| 00399694 | 0810 | TUITION | WALSH | JUSTIN A |
| 01312059 | 0810 | TUITION/FINES | DELANEY | KIMBERLY A |
| 01285656 | 0810 | TUITION/FINES | SAMUELS BALLET | PATRICE L |
| 01111652 | 0810 | TUITION | AMOAKOH | ALICIA A |
| 01313325 | 0810 | TUITION/FINES | SMITH | ROBERT L |
| 01312081 | 0810 | TUITION/FINES | GALOYAN | MARINA |
| 00399583 | 0810 | TUITION | JAFFERY | KAMRAN H |
| 01313336 | 0810 | TUITION/FINES | WILLIAMS | KRISTEN |
| 00164167 | 0810 | TUITION/FINES | CARPENING | ERICA R |
| 00164013 | 0810 | TUITION/FINES | ROGERS | DONALD |
| 01216795 | 0810 | TUITION/FINES | DEROY | WAYNE A |
| 01111800 | 0810 | TUITION | WALKER | HLALELENI |
| 00399575 | 0810 | TUITION | CAMPBELL | SHANTA M |
| 01216767 | 0810 | TUITION/FINES | MICHAUD | ANN MARIE |
| 01190748 | 0810 | TUITION/FINES | STEIN | TABITHA |
| 01190803 | 0810 | TUITION/FINES | HURRLE | JESSICA |
| 01312090 | 0810 | TUITION/FINES | GRISWOLD | KEVIN |
| 01216809 | 0810 | TUITION/FINES | BEVERLY | DEMERY D |
| 01136383 | 0810 | TUITION/FINES | BOWENS | JASMYN A |
| 01098677 | 0810 | TUITION/FINES | STUMACHER KATES | MONICA |
| 00399695 | 0810 | TUITION | WITKOVIC | MATTHEW JOHN |
| 01283715 | 0810 | TUITION/FEES | CELLA | JOSEPH J |
| 01283791 | 0810 | TUITION/FEES | MOUTOGIANNIS | EFFIE |
| 01283807 | 0810 | TUITION/FEES | PERRY | JASON T |
| 01283840 | 0810 | TUITION/FEES | STONE | RUSSELL L |
| 01190744 | 0810 | TUITION/FINES | CALKINS | JAMES F |
| 01190796 | 0810 | TUITION/FINES | MCTEAGUE | MATTHEW D |
| 01190808 | 0810 | TUITION/FINES | JOHNSON | KHIEKA K |
| 01190706 | 0810 | TUITION/FINES | ALLARD | ERIN ANN |
| 01190777 | 0810 | TUITION/FINES | ZALESKI | JENNIFER M |

| ID | Code | Type | Last Name | First Name |
|---|---|---|---|---|
| 01312027 | 0810 | TUITION/FINES | ARMOUR | REGINALD E |
| 01190755 | 0810 | TUITION/FINES | COLBY | TIMOTHY H |
| 01190793 | 0810 | TUITION/FINES | HOLNESS | WARREN A |
| 01111654 | 0810 | TUITION | CARVALHO | NUNO M |
| 01111779 | 0810 | TUITION | ST. AMANT | MELINDA S |
| 01111790 | 0810 | TUITION | TANSKI | LESTER |
| 01313334 | 0810 | TUITION/FINES | WHALEN | MICHAEL C |
| 00399576 | 0810 | TUITION | COTRINA | DYCK |
| 01190797 | 0810 | TUITION/FINES | LEWIS | TERRELL J |
| 01283767 | 0810 | TUITION/FEES | LOMBARDO | SALVATORE |
| 01283839 | 0810 | TUITION/FEES | STARZYK | MAGDALENA A |
| 00164009 | 0810 | TUITION/FINES | NGUYEN | HUY M |
| 01285663 | 0810 | TUITION/FINES | PELOSI | MARIA G |
| 01190771 | 0810 | TUITION/FINES | VALDEZ | JOHN |
| 00399615 | 0810 | TUITION | NADIMI | AMIR |
| 01098512 | 0810 | TUITION/FINES | FAIENZA | VICENZO |
| 01283804 | 0810 | TUITION/FEES | PENNANT | ANTHONY G |
| 01283755 | 0810 | TUITION/FEES | KOLENOVIC | AZRA |
| 01190756 | 0810 | TUITION/FINES | TALAREVA | ERICA S |
| 01313269 | 0810 | TUITION/FINES | LYTE | SHAHARA A |
| 01190787 | 0810 | TUITION/FINES | INGRAM | MS LAKEITHA M |
| 01216756 | 0810 | TUITION/FINES | PORTER | HEATHER M |
| 01190779 | 0810 | TUITION/FINES | BATISTE | MAUREEN M |
| 01190724 | 0810 | TUITION/FINES | BACON | PETER JOSEPH |
| 01216762 | 0810 | TUITION/FINES | MORAIS | REBEKAH MIRIAN |
| 01098393 | 0810 | TUITION/FINES | PEGUERO | ANEUDYS |
| 01283719 | 0810 | TUITION/FEES | CUDWORTH | HEATHER C |
| 01285668 | 0810 | TUITION/FINES | WALKER | DAWN |
| 01111750 | 0810 | TUITION | PERRY | TAMMY |
| 01313338 | 0810 | TUITION/FINES | ZETTLER | KAREN D |
| 01313318 | 0810 | TUITION/FINES | RYALS | JASON A |
| 01190763 | 0810 | TUITION/FINES | DUBE | SANDRA L |
| 00164002 | 0810 | TUITION/FINES | MILLER | NICKIA M |
| 00164043 | 0810 | TUITION/FINES | ROBIDOUX | BRIAN A |
| 01190778 | 0810 | TUITION/FINES | GIGNAC | KAREN M |
| 01216797 | 0810 | TUITION/FINES | ABABIO | FRANK KOFI |
| 01111734 | 0810 | TUITION | NAMNOUN | TODD G |
| 01111673 | 0810 | TUITION | GRADY | LATASHA |
| 01104210 | 0810 | TUITION/FINES | DEMERVILLE | PHILIPPE |
| 01283851 | 0810 | TUITION/FEES | ZONIGA | VICTOR |
| 01313332 | 0810 | TUITION/FINES | TUSCANO | AMANDA MARIE |
| 01283709 | 0810 | TUITION/FEES | BOCKER | KEVIN L |
| 00164040 | 0810 | TUITION/FINES | MARTIN | JOSHUA T |
| 01285659 | 0810 | TUITION/FINES | DONAHUE | MAUREEN |
| 00164030 | 0810 | TUITION/FINES | CARRERO | HECTOR LUIS |
| 01136365 | 0810 | TUITION/FINES | WILLIAMS | ANNE C |
| 00399612 | 0810 | TUITION | MIRAMANT | MATTHEW A |
| 01190692 | 0810 | TUITION/FINES | ODONNELL | LINDSEY A |
| 00998763 | 0810 | TUITION/FINES | PEART | DWAYNE A |
| 01216813 | 0810 | TUITION/FINES | ARANGO | MANUEL |
| 01283825 | 0810 | TUITION/FEES | SAMPSON | IDELL CHEREE |
| 01111649 | 0810 | TUITION | ASKEW | DON T |

| ID | Code | Type | Last Name | First Name |
|---|---|---|---|---|
| 01283739 | 0810 | TUITION/FEES | HAMID | FARAH F |
| 01313291 | 0810 | TUITION/FINES | MURPHY | BRENDAN J |
| 01313330 | 0810 | TUITION/FINES | STONE | DUSTIN M |
| 00164072 | 0810 | TUITION/FINES | DIXON | NICHELLE M |
| 01098608 | 0810 | TUITION/FINES | TAYLOR | ANDREA DAWN |
| 01098674 | 0810 | TUITION/FINES | MCCALLA | DARRIN C |
| 01283721 | 0810 | TUITION/FEES | DEVANNEY | JULIE C |
| 01283726 | 0810 | TUITION/FEES | FELICIANO | LUIS D |
| 01283838 | 0810 | TUITION/FEES | SMITH | WILLOW JENNIE |
| 01283842 | 0810 | TUITION/FEES | THURSTON | KEVIN R |
| 01190717 | 0810 | TUITION/FINES | SALAZAR | YENDER O |
| 01190735 | 0810 | TUITION/FINES | BOOTH | KELLIE |
| 01098665 | 0810 | TUITION/FINES | STEWART | JORDON A |
| 01136370 | 0810 | TUITION/FINES | RICKETTS | EBONY D |
| 01098412 | 0810 | TUITION/FINES | PANETTO | JERMAINE |
| 01283718 | 0810 | TUITION/FEES | COX | TERRIAN N |
| 01098417 | 0810 | TUITION/FINES | HARVEY | ROSE A |
| 01111739 | 0810 | TUITION | OESTRICHER | CLAIRE |
| 00164067 | 0810 | TUITION/FINES | KUBICZA | PAUL J |
| 00164172 | 0810 | TUITION/FINES | BOWEN | SAMANTHA M |
| 01313339 | 0810 | TUITION/FINES | MILO | MARK A |
| 01111659 | 0810 | TUITION | CRANDELL | ARETHA |
| 01098418 | 0810 | TUITION/FINES | ORTIZ | RICARDO J |
| 01313265 | 0810 | TUITION/FINES | LADD | MICHAEL SCOTT |
| 01111710 | 0810 | TUITION | MARSHALL | JUSTIN A |
| 00164044 | 0810 | TUITION/FINES | RODRIGUEZ | ALXA D |
| 00164012 | 0810 | TUITION/FINES | RIORDAN | MARY |
| 01190770 | 0810 | TUITION/FINES | UYANWUNE-DAVIS | MIRIA V |
| 00164057 | 0810 | TUITION/FINES | MATTIS | CLINTON SIMON |
| 01312100 | 0810 | TUITION/FINES | JONES | PRINCETON N |
| 00399584 | 0810 | TUITION | JOHNSON | JASMINE TANIKA |
| 01136455 | 0810 | TUITION/FINES | ARMSTRONG | TIANA |
| 01313298 | 0810 | TUITION/FINES | PEREZ | STEPHANIE |
| 00399573 | 0810 | TUITION | BROWNE EDWARDS | ANGELA H |
| 00399582 | 0810 | TUITION | HOROZY | JASON M |
| 00399610 | 0810 | TUITION | MCWHORTER | TABIA |
| 00399616 | 0810 | TUITION | ORTEGA | FELIX |
| 00399622 | 0810 | TUITION | TEALE | CHARLES A |
| 00399623 | 0810 | TUITION | TROUNG | DUY Q |
| 01136380 | 0810 | TUITION/FINES | COOK | JASON M |
| 01190751 | 0810 | TUITION/FINES | STEIN | TIMOTHY WALTER |
| 01190728 | 0810 | TUITION/FINES | SCHAFFER | ERICA DIANE |
| 00164038 | 0810 | TUITION/FINES | LAFLAMME | ERIC |
| 00164036 | 0810 | TUITION/FINES | ELCSICS | ERIK |
| 01216754 | 0810 | TUITION/FINES | RUDOLPH | JEREMIAH |
| 01190775 | 0810 | TUITION/FINES | EMBACKER | JOANN E |
| 01136372 | 0810 | TUITION/FINES | HYDE | ROBERT F |
| 01190754 | 0810 | TUITION/FINES | STEVENSON | ERIN S |
| 01098363 | 0810 | TUITION/FINES | RUDEWICZ | MICHAEL R |
| 01313279 | 0810 | TUITION/FINES | MAY | ALEXANDR V |
| 01285657 | 0810 | TUITION/FINES | BROWN | ORVILLE ERROL |
| 00399621 | 0810 | TUITION | SMITH | NATOYA A |

| Account | Code | Type | Last Name | First Name |
|---|---|---|---|---|
| 01190732 | 0810 | TUITION/FINES | SIDDIQI | NADIA |
| 01190720 | 0810 | TUITION/FINES | SALEH | KANI A |
| 00164169 | 0810 | TUITION/FINES | BRENKER | NATHAN |
| 01313268 | 0810 | TUITION/FINES | LYONS | ARON R |
| 01136381 | 0810 | TUITION/FINES | CHAMBERS | CHRIS R |
| 01190801 | 0810 | TUITION/FINES | MARSHALL | ANTHONY A |
| 00399585 | 0810 | TUITION | JONES | SHAMILLE K |
| 00399581 | 0810 | TUITION | HOFF | JENNIFER L |
| 00164053 | 0810 | TUITION/FINES | MANFORTE | LAUREN M |
| 01190773 | 0810 | TUITION/FINES | WALKER | HERBERT C |
| 01190737 | 0810 | TUITION/FINES | BOURGEOIS | AMIE E |
| 00164070 | 0810 | TUITION/FINES | ETHERIDGE | KAREN D |
| 01312072 | 0810 | TUITION/FINES | FAILE | SCOT D |
| 01285667 | 0810 | TUITION/FINES | SOUZA | VITOMAR |
| 01283811 | 0810 | TUITION/FEES | QUILES | CARLOS M |
| 01190723 | 0810 | TUITION/FINES | SANTANIELLO | ANTHONY A |
| 01313352 | 0810 | TUITION/FINES | DALEY | MARLON |
| 01190726 | 0810 | TUITION/FINES | SARPONG | PAUL |
| 00399577 | 0810 | TUITION | CRANDALL TORRES | REBECCA A |
| 01190769 | 0810 | TUITION/FINES | URCINAS | HEATHER E |
| 01190800 | 0810 | TUITION/FINES | MAGEE | CHARLIE E |
| 01190768 | 0810 | TUITION/FINES | DUNN | LORRAINE |
| 01136402 | 0810 | TUITION/FINES | BAKER | JACQUELINE P |
| 01104164 | 0810 | TUITION/FINES | ALBORNOZ | VANESSA |
| 00164042 | 0810 | TUITION/FINES | PAXTON | SARAH B |
| 01283723 | 0810 | TUITION/FEES | DUTILLY | CHRIS |
| 00164006 | 0810 | TUITION/FINES | MUNIZ | YVONNE |
| 01312023 | 0810 | TUITION/FINES | ANDERSON | ANDREW J |
| 01283727 | 0810 | TUITION/FEES | FREEDMAN | DEBORAH A |
| 01098701 | 0810 | TUITION/FINES | SALES | SHAWN P |
| 01283784 | 0810 | TUITION/FEES | MILLER | STEPHANIE L |
| 01283710 | 0810 | TUITION/FEES | BOUCINO | MICHAEL S |
| 01136375 | 0810 | TUITION/FINES | KLAR TOMKUNAS | NANCY E |
| 01111810 | 0810 | TUITION | WRIGHT | CATRINA A |
| 01111703 | 0810 | TUITION | LINEHAN | CHRISTOPHER J |
| 01283751 | 0810 | TUITION/FEES | JENKINS | DEBRA |
| 01283711 | 0810 | TUITION/FEES | BOYNTON | JEFFREY A |
| 01283731 | 0810 | TUITION/FEES | GAWITT | JAY W |
| 01283749 | 0810 | TUITION/FEES | JAQUEZ | JANIS A |
| 01190752 | 0810 | TUITION/FINES | CLOUGH | CHRISTOPHER B |
| 01111754 | 0810 | TUITION | POWELL | SHARON A |
| 01190742 | 0810 | TUITION/FINES | BROUSSEAU | MILES DAVID |
| 01136366 | 0810 | TUITION/FINES | WILSON | JOHN T |
| 01111653 | 0810 | TUITION | BECK | BENJAMIN D |
| 01111651 | 0810 | TUITION | APANAVICH | MELISSA L |
| 01313289 | 0810 | TUITION/FINES | MULLER | JULIAN |
| 01313344 | 0810 | TUITION/FINES | KANAR | THOMAS |
| 00399578 | 0810 | TUITION | DOODY | ERIC B |
| 00399598 | 0810 | TUITION | MARTORAL BOLORIN | WANDA I |
| 00399620 | 0810 | TUITION | SMITH | JACK LEON |
| 01313290 | 0810 | TUITION/FINES | MURPHY | JOHN P |
| 01104205 | 0810 | TUITION/FINES | CONGDON | JAMES E |

| ID | Code | Type | Last Name | First Name |
|---|---|---|---|---|
| 01190694 | 0810 | TUITION/FINES | OLEARY | JAMES LAWRENCE |
| 01136362 | 0810 | TUITION/FINES | VENTER | NATALY A |
| 01190759 | 0810 | TUITION/FINES | THOMAS | STANLEY |
| 01312045 | 0810 | TUITION/FINES | BUNKLEY | KALVIN L |
| 01111656 | 0810 | TUITION | CHATFIELD | NINA L |
| 01313274 | 0810 | TUITION/FINES | MANCARELLA | KYLENE N |
| 00399580 | 0810 | TUITION | GARCIA | ROSANNE M |
| 01111665 | 0810 | TUITION | DIMERY | BARBARA I |
| 01111795 | 0810 | TUITION | TKACZUK | PETER A |
| 01098409 | 0810 | TUITION/FINES | HATZIVASILIADIS | DEBBIE |
| 01283714 | 0810 | TUITION/FEES | BULLARD | SCOTT A |
| 01283735 | 0810 | TUITION/FEES | GAYLE | ALMA J |
| 01283793 | 0810 | TUITION/FEES | NASH | DONNA D |
| 01283797 | 0810 | TUITION/FEES | PABEY ARROYO | TANIA L |
| 01283819 | 0810 | TUITION/FEES | QUINTERO | CHERYL A |
| 01283828 | 0810 | TUITION/FEES | SEN | STEPHAN M |
| 01190714 | 0810 | TUITION/FINES | SALAS | ANA MARIA |
| 01190799 | 0810 | TUITION/FINES | LUGO | LILLIAN |
| 00164019 | 0810 | TUITION/FINES | SATROHAN | SHARON |
| 01098729 | 0810 | TUITION/FINES | JANES | DIANE M |
| 01283724 | 0810 | TUITION/FEES | ETIM | JOSEPH EDEM |
| 01283722 | 0810 | TUITION/FEES | DEVOE | WILLIAM C |
| 01313270 | 0810 | TUITION/FINES | MACK | ALISON W |
| 01190733 | 0810 | TUITION/FINES | BLAUVETT | MR DAVID S |
| 01216749 | 0810 | TUITION/FINES | STEWART | ANTHONY |
| 01283783 | 0810 | TUITION/FEES | MICHAELS | LEW E |
| 00399696 | 0810 | TUITION | ZUNIGA | SONIA |
| 01216738 | 0810 | TUITION/FINES | VANVALKENBURGH | NICOLE |
| 01313346 | 0810 | TUITION/FINES | CHAPONIS | HEATHER N |
| 01312053 | 0810 | TUITION/FINES | COLONGHI | JASON S |
| 01098474 | 0810 | TUITION/FINES | MEIN | AUDRA D |
| 01190695 | 0810 | TUITION/FINES | PEREZ | JOSEFA |
| 01216796 | 0810 | TUITION/FINES | DACOSTA | GARY N |
| 01104216 | 0810 | TUITION/FINES | DUDLEY | GRAHAM |
| 01283708 | 0810 | TUITION/FEES | ADAMS | JOHN PAUL N |
| 00998775 | 0810 | TUITION/FINES | KAYAMBA | MUSAPUTA EMERY |
| 01283744 | 0810 | TUITION/FEES | HEALY | MARELENE D |
| 01283762 | 0810 | TUITION/FEES | LEVITZ | DAVID J |
| 00399613 | 0810 | TUITION | MORELLI | SARINA E |
| 00399614 | 0810 | TUITION | MORGAN | MICHELLE |
| 00164069 | 0810 | TUITION/FINES | JONES | PRINCETON N |
| 01190688 | 0810 | TUITION/FINES | NELSON | MELISSA R |
| 01104186 | 0810 | TUITION/FINES | BRASCHE | ELEANOR A |
| 01098460 | 0810 | TUITION/FINES | GISCOMBE | KAMILAH L |
| 01312041 | 0810 | TUITION/FINES | BLAKE | VALENTINO R |
| 01098730 | 0810 | TUITION/FINES | IRIZARRY | JAVIER E |
| 01136376 | 0810 | TUITION/FINES | JONES | CHRISTOPHER R |
| 01111689 | 0810 | TUITION | KING | LENA R |
| 01190687 | 0810 | TUITION/FINES | MURPHY | PATRICK W |
| 01190740 | 0810 | TUITION/FINES | BRAMSON | ANN G |
| 01313284 | 0810 | TUITION/FINES | MIKOLAJCZYK | MATT |
| 01216792 | 0810 | TUITION/FINES | GAGE | DUSTIN W |

| ID | Code | Type | Last Name | First Name |
|---|---|---|---|---|
| 01098693 | 0810 | TUITION/FINES | SARETTE | DANIELLE |
| 01098613 | 0810 | TUITION/FINES | SUCHAR | LISA D |
| 01283713 | 0810 | TUITION/FEES | BUI | TUAN A |
| 01098519 | 0810 | TUITION/FINES | MCGEE | STEVEN |
| 01313271 | 0810 | TUITION/FINES | MAIGNAN | JEAN SACINE |
| 01190798 | 0810 | TUITION/FINES | HOUSER | TERI M |
| 01098493 | 0810 | TUITION/FINES | FRANK | GREGORY S |
| 01312082 | 0810 | TUITION/FINES | GARCIA | BRENDALIS |
| 01312044 | 0810 | TUITION/FINES | BOUSAADA | MICHAEL C |
| 01216807 | 0810 | TUITION/FINES | BRIGGS | KATHY ANNE |
| 00399617 | 0810 | TUITION | PASTORMERLO | LAURIE JEAN |
| 01111806 | 0810 | TUITION | WILLIAMS | CHARLES R |
| 00399586 | 0810 | TUITION | JUALL | ROBERT P |
| 00399611 | 0810 | TUITION | MICHAUD | CHRISTINE L |
| 00399618 | 0810 | TUITION | REILLY | THOMAS E |
| 01111657 | 0810 | TUITION | CHRISTIE | SIMONE |
| 01216777 | 0810 | TUITION/FINES | LATTARULA | KARA A |
| 01313266 | 0810 | TUITION/FINES | LANG | CHARLES W |
| 01098370 | 0810 | TUITION/FINES | RIGBY | JEFFREY M |
| 01104181 | 0810 | TUITION/FINES | BOOTHROYD | DAMON M |
| 01312098 | 0810 | TUITION/FINES | JACKSON | BRIAN K |
| 01098727 | 0810 | TUITION/FINES | KAMINSKI | KRISTY M |
| 01104185 | 0810 | TUITION/FINES | BRANNAN | CYNTHIA H |
| 01285664 | 0810 | TUITION/FINES | RAVIZZA | MARIA A |
| 01124146 | 0810 | TUITION/FINES | SWING | ALICIA M |
| 00164015 | 0810 | TUITION/FINES | SANTIAGO | MANUEL A |
| 01098379 | 0810 | TUITION/FINES | HOMAR | ANITA T |
| 01098678 | 0810 | TUITION/FINES | MAULUCCI | EDWARD J |
| 01098685 | 0810 | TUITION/FINES | SPEIGHT | SUSWAN M |
| 01313276 | 0810 | TUITION/FINES | MARKOWSKI | CHRIS M |
| 01313286 | 0810 | TUITION/FINES | MOLLOY | MEAGAN |
| 01216769 | 0810 | TUITION/FINES | MCTIGUE | JOHN M |
| 01313320 | 0810 | TUITION/FINES | SANTANA | SANTOS |
| 01098688 | 0810 | TUITION/FINES | SHRESTHA | MAHESH |
| 01313322 | 0810 | TUITION/FINES | SHANNON | MELISSA J |
| 00399596 | 0810 | TUITION | LUGO | ELSA |
| 01104187 | 0810 | TUITION/FINES | BAKER | NILCE S |
| 01104202 | 0810 | TUITION/FINES | CLARK | DOUGLASS P |
| 01098450 | 0810 | TUITION/FINES | GOODICH | KEITH S |
| 01098679 | 0810 | TUITION/FINES | MASTALISZ | BROOKE A |
| 01313277 | 0810 | TUITION/FINES | MARKS | RICHARD P |
| 01313264 | 0810 | TUITION/FINES | KYEREMEH | FREDERICK K |
| 01098604 | 0810 | TUITION/FINES | THOMAS | BRIAN J |
| 01104194 | 0810 | TUITION/FINES | CAPAREL | ROSEMARIE C |
| 01104198 | 0810 | TUITION/FINES | CASSARINO | ELIZABETH F |
| 01104201 | 0810 | TUITION/FINES | CHO | SHARON C |
| 01098557 | 0810 | TUITION/FINES | VENTURO | DAVID T |
| 01098713 | 0810 | TUITION/FINES | LEWANDOSKY | LINDA |
| 01190731 | 0810 | TUITION/FINES | SHEA | EDWARD M |
| 01283843 | 0810 | TUITION/FEES | VANCE | SHARON D |
| 01190710 | 0810 | TUITION/FINES | ALLISON | CALLIE S |
| 01312048 | 0810 | TUITION/FINES | CANNON | WILLIAM A |

| ID | Code | Type | Last Name | First Name |
|---|---|---|---|---|
| 01098444 | 0810 | TUITION/FINES | GORALSKI | CHRIS M |
| 00164011 | 0810 | TUITION/FINES | PUCKOWSKI | MARZENA A |
| 01111708 | 0810 | TUITION | MARINELLI | KRISTOFER W |
| 01098365 | 0810 | TUITION/FINES | ROSS | CARISSA |
| 01312019 | 0810 | TUITION/FINES | ALDRIDGE | JUSTIN J |
| 01283707 | 0810 | TUITION/FEES | BEKIER | ZYGMUNT |
| 01190788 | 0810 | TUITION/FINES | HOLLENS | CANDRA K |
| 01104175 | 0810 | TUITION/FINES | BAXTER | CHRISTINA M |
| 01104188 | 0810 | TUITION/FINES | BROWN | STEVEN T |
| 01313292 | 0810 | TUITION/FINES | NICHOLS | HEATHER A |
| 01313300 | 0810 | TUITION/FINES | PITURA | CHRISTOPHER M |
| 01313310 | 0810 | TUITION/FINES | REYES | OLGA J |
| 01313319 | 0810 | TUITION/FINES | SALLUHI | TONY C |
| 01216758 | 0810 | TUITION/FINES | OHRT | JOHN R |
| 01190786 | 0810 | TUITION/FINES | GONZALEZ WEIMAN | JANE L |
| 01104160 | 0810 | TUITION/FINES | ADAMIK | TRACY L |
| 00164165 | 0810 | TUITION/FINES | CHOW | CELIA C |
| 01312039 | 0810 | TUITION/FINES | BILSKIS | SARAH R |
| 01216775 | 0810 | TUITION/FINES | LILJEDAHL | PETER C |
| 01104172 | 0810 | TUITION/FINES | AVILES | MADELINE |
| 01312068 | 0810 | TUITION/FINES | ELLIOTT | NAOMI |
| 01313343 | 0810 | TUITION/FINES | MPOWE | LEBOGANG |
| 00164180 | 0810 | TUITION/FINES | BALDONI | CHRISTOPHER T |
| 01312088 | 0810 | TUITION/FINES | GRANDISON | LORNA P |
| 01313348 | 0810 | TUITION/FINES | REID | NADINE V |
| 01313285 | 0810 | TUITION/FINES | MILES | DAVID |
| 01313342 | 0810 | TUITION/FINES | TAYLOR | GUY |
| 01098687 | 0810 | TUITION/FINES | SLATER | BRIAN M |
| 01190709 | 0810 | TUITION/FINES | RICHTERS | MICHAEL H |
| 01104180 | 0810 | TUITION/FINES | BOHLKE | THOMAS WESLEY |
| 01190738 | 0810 | TUITION/FINES | SMITH | GARY K |
| 01111679 | 0810 | TUITION | HARDY | SHAWN P |
| 01190776 | 0810 | TUITION/FINES | WHITTER | KAREN P |
| 01313273 | 0810 | TUITION/FINES | MALDONADO | BENJAMIN |
| 00399619 | 0810 | TUITION | SANTIESTEBAN | JULIO |
| 01216747 | 0810 | TUITION/FINES | SULLIVAN | JOHN P |
| 01312086 | 0810 | TUITION/FINES | GOPIE | GLAISTER O |
| 01283746 | 0810 | TUITION/FEES | HEBERT | ROBERT J |
| 01285669 | 0810 | TUITION/FINES | WARREN | NICOLE D |
| 01104199 | 0810 | TUITION/FINES | CASTILLO | ADDYS MARIE |
| 01111658 | 0810 | TUITION | CIRINNA | CLAUDIA |
| 00164045 | 0810 | TUITION/FINES | STECHLINSKI | ALA T |
| 01283776 | 0810 | TUITION/FEES | MARTINEZ | MICHELLE |
| 01190696 | 0810 | TUITION/FINES | POLLOCK | EMILY L |
| 00163999 | 0810 | TUITION/FINES | MEDEIROS | ERIKA LACEY |
| 00164033 | 0810 | TUITION/FINES | CUIFALO | ELEANOR ROSE |
| 01313331 | 0810 | TUITION/FINES | TROJANOWSKI | KELLY ANN |
| 01313329 | 0810 | TUITION/FINES | STAVIS | HASSON L |
| 01313302 | 0810 | TUITION/FINES | POUNCEY | JEFFREY L |
| 01312080 | 0810 | TUITION/FINES | FREEMAN | AMY A |
| 01283848 | 0810 | TUITION/FEES | WHITNEY | MICHAEL R |
| 01285665 | 0810 | TUITION/FINES | SAWICKI | DENISE M |

| Account | Code | Type | Last Name | First Name |
|---|---|---|---|---|
| 01190722 | 0810 | TUITION/FINES | ANGELICA | JEFFREY J |
| 01190758 | 0810 | TUITION/FINES | CONKLIN | BRYAN |
| 01313267 | 0810 | TUITION/FINES | LEVIN | JACQUELINE B |
| 01190792 | 0810 | TUITION/FINES | MCGUINESS | CAROL A |
| 01313263 | 0810 | TUITION/FINES | KWANT | CHRISTINA M |
| 01312028 | 0810 | TUITION/FINES | ASENCIOS | RUBEN P |
| 00164408 | 0810 | TUITION/FINES | BOUTIN | ALLEN MARC |
| 01312096 | 0810 | TUITION/FINES | HOLMES | SARAH J |
| 01313260 | 0810 | TUITION/FINES | KING | KIANA C |
| 01111747 | 0810 | TUITION | PATTERSON | DENISE A |
| 01312032 | 0810 | TUITION/FINES | BENNETT | MATTHEW R |
| 01312084 | 0810 | TUITION/FINES | GIRARD | JORDAN |
| 01313350 | 0810 | TUITION/FINES | HENNINGER | JOHNATHON M |
| 01312052 | 0810 | TUITION/FINES | CARRASQUILLO | JULIO |
| 01313281 | 0810 | TUITION/FINES | MCCRANN | KELLY J |
| 01312050 | 0810 | TUITION/FINES | CARON | SCOTT G |
| 01216798 | 0810 | TUITION/FINES | COLACCHIO | MATTHEW D |
| 01216745 | 0810 | TUITION/FINES | THOMAS | DENISE A |
| 01111669 | 0810 | TUITION | EDISON | RONALD L |
| 01313306 | 0810 | TUITION/FINES | RANSOM | CATHERINE A |
| 00998776 | 0810 | TUITION/FINES | MANGIN | JOHN J |
| 01283832 | 0810 | TUITION/FEES | SMITH | BRIAN J |
| 01283712 | 0810 | TUITION/FEES | BROUSSEAU | ERIC |
| 01283706 | 0810 | TUITION/FEES | BARRETT | ROBERT R |
| 01283759 | 0810 | TUITION/FEES | LEON | ALEX MANUEL |
| 01190698 | 0810 | TUITION/FINES | ROCE | LORI L |
| 01190805 | 0810 | TUITION/FINES | IRIAGHOMO | MONDAY A |
| 01313314 | 0810 | TUITION/FINES | RIEMAN | KRISTOPHER M |
| 01313340 | 0810 | TUITION/FINES | MICHELSON | SARAH B |
| 01312055 | 0810 | TUITION/FINES | DANIEWICZ | JASON R |
| 01313315 | 0810 | TUITION/FINES | RITCHIE | JENNIFER S |
| 01312075 | 0810 | TUITION/FINES | FARRINGTON | ADAM J |
| 01313278 | 0810 | TUITION/FINES | MASSELLE | JOSEPH A |
| 01312060 | 0810 | TUITION/FINES | DIXON | JARAH D |
| 01313299 | 0810 | TUITION/FINES | PEREZ | LUZ GISELA |
| 01313323 | 0810 | TUITION/FINES | SHARP | MEGHAN D |
| 01313304 | 0810 | TUITION/FINES | RAFFONE | CHRISTOPHER M |
| 01111757 | 0810 | TUITION | PROSPERE | LISSETTE D |
| 01190783 | 0810 | TUITION/FINES | FORT | TEKENYA G |
| 01190764 | 0810 | TUITION/FINES | TOFIL | BOZENA M |
| 01111713 | 0810 | TUITION | MARTINEZ | OMARR |
| 01283769 | 0810 | TUITION/FEES | MACDONALD | ANNE E |
| 01216761 | 0810 | TUITION/FINES | O CONNORS | PATRICK |
| 01098374 | 0810 | TUITION/FINES | HUMISTON | RONALD J |
| 01136368 | 0810 | TUITION/FINES | SMITH | PATRICIA A |
| 01216793 | 0810 | TUITION/FINES | GABER | STEVEN M |
| 01098699 | 0810 | TUITION/FINES | SANTANA | LEONARDO F |
| 01216814 | 0810 | TUITION/FINES | ALLARD | DENNIS R |
| 01190762 | 0810 | TUITION/FINES | TOBIO | MARY E |
| 01136373 | 0810 | TUITION/FINES | HERNANDEZ | EDGARDO |
| 01098564 | 0810 | TUITION/FINES | TOOMEY | SARA E |
| 01190741 | 0810 | TUITION/FINES | SOTO | REBECCA |

| | | | | |
|---|---|---|---|---|
| 01190719 | 0810 | TUITION/FINES | ANDERSON | ANDREA A |
| 01136378 | 0810 | TUITION/FINES | DUVAL | KAREN J |
| 01190705 | 0810 | TUITION/FINES | REIS | TANIA |
| 01190749 | 0810 | TUITION/FINES | CICHY | EVA |
| 01190780 | 0810 | TUITION/FINES | DOUGLAS | STANLEY C |
| 01190685 | 0810 | TUITION/FINES | MENDOZA | JUAN C |
| 01190795 | 0810 | TUITION/FINES | DONALDSON | MICHELLE L |
| 01098387 | 0810 | TUITION/FINES | HOLT | BETHANY M |
| 01098530 | 0810 | TUITION/FINES | KAHN | INGRID KARINA |
| 01111730 | 0810 | TUITION | MORGAN | JON |
| 00998764 | 0810 | TUITION/FINES | ROSADO JAVIER | NORMA E |
| 01104215 | 0810 | TUITION/FINES | DRUMMOND | DIANA I |
| 01111775 | 0810 | TUITION | SIPES | CHRISTINE M |
| 01136369 | 0810 | TUITION/FINES | SALAZAR | DANIEL LII |
| 01190784 | 0810 | TUITION/FINES | GISCOMBE | OMARI L |
| 01098367 | 0810 | TUITION/FINES | ROANE | AARON F |
| 01190790 | 0810 | TUITION/FINES | KYEREMATENG | EUGENE |
| 01098415 | 0810 | TUITION/FINES | HATCHER | KEVIN L |
| 01190716 | 0810 | TUITION/FINES | AMUTICE | RUTH M |
| 01098709 | 0810 | TUITION/FINES | LOCKHART | AUBRIE |
| 01216779 | 0810 | TUITION/FINES | HORAN | LISA M |
| 01190703 | 0810 | TUITION/FINES | ABELLI | RICHARD J |
| 01216774 | 0810 | TUITION/FINES | LIVINGSTON | JOHNATHAN D |
| 01190766 | 0810 | TUITION/FINES | TALIT | AMY |
| 01111761 | 0810 | TUITION | REYNOSO | HECTOR F |
| 01216782 | 0810 | TUITION/FINES | GONZALEZ | LIDANIA Y |
| 01190686 | 0810 | TUITION/FINES | MILLER | DURAND V |
| 01216753 | 0810 | TUITION/FINES | RUSSELL | GREGORY A |
| 01190690 | 0810 | TUITION/FINES | NOEL | DARIANNE |
| 01190734 | 0810 | TUITION/FINES | SINCLAIR | SCOTT F |
| 01190760 | 0810 | TUITION/FINES | DREPAUL | PERDITA |
| 01190785 | 0810 | TUITION/FINES | HALLORAN | MARK |
| 01098364 | 0810 | TUITION/FINES | ROULEAU | CHRIS |
| 01190772 | 0810 | TUITION/FINES | DUQUETTE | RANDY P |
| 01190727 | 0810 | TUITION/FINES | BARTLETT | KATHERINE A |
| 01190809 | 0810 | TUITION/FINES | KHANG | QUYNH |
| 01190711 | 0810 | TUITION/FINES | ROWE | TOWANNA P |
| 01098433 | 0810 | TUITION/FINES | GREGORY | ROBERT C |
| 01216783 | 0810 | TUITION/FINES | GIRGENTI | MICHAEL D |
| 01285655 | 0810 | TUITION/FINES | BACON | PETER JOSEPH |
| 01285660 | 0810 | TUITION/FINES | DOYLE | ALISON D |
| 01190781 | 0810 | TUITION/FINES | FARNSWORTH | BENJAMIN C |
| 01283780 | 0810 | TUITION/FEES | MCCULLOUGH | EDWARD N |
| 01313275 | 0810 | TUITION/FINES | MANTEL | BLAKE M |
| 01216803 | 0810 | TUITION/FINES | CHARETTE | JESSICA |
| 01313259 | 0810 | TUITION/FINES | JURCZEWSKI | PAWEL G |
| 01283841 | 0810 | TUITION/FEES | TERSEY | TENZIN D |
| 01312062 | 0810 | TUITION/FINES | ECONOMOPOULOS | LYNN |
| 01285666 | 0810 | TUITION/FINES | SEGARRA | DIANETTE |
| 01190745 | 0810 | TUITION/FINES | SPENCE | MICHELLE C |
| 01312037 | 0810 | TUITION/FINES | BERASI | JEREMY T |
| 01136382 | 0810 | TUITION/FINES | CASIANO | MARGIE E |

| Account | Code | Description | Last Name | First Name |
|---|---|---|---|---|
| 01104211 | 0810 | TUITION/FINES | DILLON | LEANNE M |
| 01313347 | 0810 | TUITION/FINES | TRAN | TRINH |
| 01312025 | 0810 | TUITION/FINES | ANTUNES | CARLOS A |
| 01223968 | 0811 | TUITION FA01 | MELIUS | DLYMA S |
| 01224087 | 0811 | TUITION SPFA01 | SPELLMAN | RONALD L |
| 01218086 | 0811 | TUITION SP FA 01 | CABRAL JR | RICARDO J |
| 01003338 | 0811 | TUITION SPFA98 | MCCLOUD JR | LEAN E |
| 01223954 | 0811 | TUITION SU00 FA01 | MCINTOSH | DADRIAN S |
| 01224122 | 0811 | TUITION FA01 | WILLIAMS | DION M |
| 01224097 | 0811 | TUITION FA01 | STEVENSON | KHARI T |
| 01011883 | 0811 | TUITION FA/00 | ELLIS | JAIME E |
| 01218088 | 0811 | TUITION SP FA 01 | CONYERS | NAKEYSHA Y |
| 01143723 | 0811 | TUITION SP01 | JARVIS | CLINTON R |
| 01143745 | 0811 | TUITION SP01 | PAPPAS III | TRENT P |
| 01143744 | 0811 | TUITION SP01 | PALMISANO | ANDREW J |
| 01224109 | 0811 | TUITION FA01 | TAYLOR | LARRY D |
| 01011894 | 0811 | TUITION FA/00 | KHAN | REHAN |
| 01327029 | 0811 | TUITION | BASS | AROR |
| 01143769 | 0811 | TUI021502P01 | WEYMER | ROBERT J |
| 01326930 | 0811 | TUITION | BARRETT | DANIEL |
| 01326052 | 0811 | TUITION | ANIGALA | CHRISTOPHER |
| 01143513 | 0811 | TUITION SP01 | GARTH | CHELSEA F |
| 01326284 | 0811 | TUITION | ATKINSON | JAMIE |
| 01218114 | 0811 | TUITION SP FA 01 | JULES | FRANCESCA |
| 01218117 | 0811 | TUITION FA 01 | KUNJUPPY | ALEXANDER |
| 01218106 | 0811 | TUITION FA 01 | GREENGAS | JOSEPH G |
| 01224124 | 0811 | TUITION FA01 | YACHYMCZYK | JILLIAN F |
| 01218098 | 0811 | TUITION FA 01 | EVERICH | TAYLOR D |
| 01011874 | 0811 | TUITION FA/00 | CLARKE | STUART C |
| 01224044 | 0811 | TUITION FA01 | SANDAGATA | ROBYN C |
| 00386618 | 0811 | TUITION | BURHANS | THEODORE O |
| 01143509 | 0811 | TUITION SP01 | DENSON | SHARMATO T |
| 01011952 | 0811 | TUITION SU/00 | SNIPES | SHEILENE L |
| 01224019 | 0811 | TUITION FA01 | ROCHELLE | KRISTYN J |
| 01224020 | 0811 | TUITION FA01 | ROSE | SAVRINA |
| 01218108 | 0811 | TUITION FA 01 | HAYNES II | WILLIAM L |
| 01218085 | 0811 | TUITION FA 01 | BUSH | HELEN M |
| 01218090 | 0811 | TUITION FA 01 | DECUSATI | ANDREA M |
| 01218103 | 0811 | TUITION FA 01 | GATISON | TAMARA D |
| 01224000 | 0811 | TUITION FA01 | PULLEN | TERRENCE B |
| 01224083 | 0811 | TUITION FA01 | SHEPPARD | CHRISTOPHER D |
| 01048178 | 0811 | TUITION SPFA00 | SMITH | CAROLYN |
| 01011978 | 0811 | TUITION FA/00 | JONES | ROBERT L |
| 01011980 | 0811 | TUITION FA/00 | PALMER | THERESA |
| 01224125 | 0811 | TUITION FA01 | ZAMBORY | ERIC P |
| 01011982 | 0811 | TUITION FA/00 | TUCKER | SHAUNTE M |
| 01143500 | 0811 | TUITION SP01 | COBB WELLE | SHEILA D |
| 01223997 | 0811 | TUITION FA01 | PIRONE | DANIELLE J |
| 01218081 | 0811 | TUITION FA 01 | BROWN | JOHN C |
| 01218110 | 0811 | TUITION FA 01 | HUCKINS | MEGHAN E |
| 01143766 | 0811 | TUITION FA98 SP01 | WARD | LAURA M |
| 01218075 | 0811 | TUITION FA 01 | BARNES | ANDREA S |