| | | | | |
|---|---|---|---|---|
| 01224081 | **0811** | TUITION FA01 | SCOTT | STEPHEN J |
| 01326058 | **0811** | TUITION | ARBOGAST | BRENT |
| 01326050 | **0811** | TUITION | ANDREWS | JAIME |
| 01143610 | **0811** | TUITION SP01 | HARRIS | MICHELE A |
| 01218100 | **0811** | TUITION FA 01 | FURINO | ROSE |
| 01142470 | **0811** | TUITION SP01 | BRICE JR | REMUS M |
| 01224118 | **0811** | TUITION FA01 | VINCA | LEE |
| 01012889 | **0811** | TUI021502A/00 | WEYMER | ROBERT J |
| 01143764 | **0811** | TUITION SP01 | VITTI | MICHELLE L |
| 01218087 | **0811** | TUITION FA 01 | CHACHO | TIMOTHY R |
| 01218076 | **0811** | TUITION FA 01 | BENTILL | BENEDICTA |
| 01020783 | **0811** | TUIT FALL 00 SPR 01 | ABBATELLO | JAMES B |
| 01326309 | **0811** | TUITION | BARBER | GUY |
| 01143505 | **0811** | TUITION SP01 | CRUTCHFIELD | CHARLES A |
| 01143762 | **0811** | TUITION FA00 SP01 | UZUN | ILYAS |
| 01143507 | **0811** | TUITION SP01 | CRUZ | JULIE G |
| 01224107 | **0811** | TUITION FA01 | TAYLOR | EDWARD P |
| 01143501 | **0811** | TUITION SP01 | COFRANCESCO | RONALD J |
| 01218091 | **0811** | TUITION FA 01 | DENNIS | MARKELL J |
| 01218080 | **0811** | TUITION FA 00/01 | BROWN | EFRAIN R |
| 01326286 | **0811** | TUITION | AUSTIN | KACY |
| 01218109 | **0811** | TUITION FA 01 | HORTON | MICHAEL P |
| 01224103 | **0811** | TUITION FA01 | TAVARES | MICO S |
| 01143758 | **0811** | TUITION SP01 | STABILE JR | JOHN A |
| 01218113 | **0811** | TUITION FA 01 | JONES | SAITU R |
| 01012894 | **0811** | TUITION FA/00 | HARRIS | MICHELE A |
| 01218078 | **0811** | TUITION FA 01 | BLACKWOOD | DWAYNE W |
| 01143740 | **0811** | TUITION SP01 | MUSBEK | PENNY A |
| 01143752 | **0811** | TUITION SP01 | SANCHEZ | ELLIOT |
| 01218094 | **0811** | TUITION FA 01 | DUDLEY | SARAH C |
| 01012904 | **0811** | TUITION FA/00 | HOLMES | MAACHAH S |
| 01326055 | **0811** | TUITION | APPLETON | SUSAN |
| 01224090 | **0811** | TUITION FA01 | STALLINGS | MICHAEL E |
| 01224086 | **0811** | TUITION FA01 | SKRTIC | MICHAEL A |
| 01326299 | **0811** | TUITION | BALL DAVIS | MARSHA |
| 01143511 | **0811** | TUITION SP01 | ETIENNE | HERVE |
| 01012931 | **0811** | TUITION FA/00 | GOINS | KENNETH V |
| 01012934 | **0811** | TUITION FA/00 | LAMARCO | BRIAN J |
| 01218084 | **0811** | TUITION SP 01 | BURKE | RYAN A |
| 01218097 | **0811** | TUITION SP FA 01 | ELOVECKY | ELIZABETH A |
| 01224017 | **0811** | TUITION FA01 | RICHARDSON | SARINA F |
| 01218104 | **0811** | TUITION FA 01 | GERMOND | KEVIN A |
| 01012937 | **0811** | TUITION FA/00 | DACOSTA | DANIEL B |
| 01143763 | **0811** | TUITION SP01 | VALENTIN | WILMA |
| 01327085 | **0811** | TUITION | BEGGS | JASON |
| 01143506 | **0811** | TUITION SP01 | CRUZ | JESSICA M |
| 01143729 | **0811** | TUITION SP01 | KELLY | CHRISTOPHER WA |
| 01218107 | **0811** | TUITION FA 01 | HAYDEN | MEGAN L |
| 01181868 | **0811** | TUITION SPSU01 | MELILLO | MICHAEL A |
| 01218077 | **0811** | TUITION FA 01 | BILOTTI | MICHAEL R |
| 01218119 | **0811** | TUITION FA 01 | LONG | KIMBERLY D |
| 01224039 | **0811** | TUITION FA01 | RUOTOLO | JUSTIN A |

| | | | | |
|---|---|---|---|---|
| 01218099 | **0811** | TUITION SP FA 01 | FLORIDIA | MARIA L |
| 01012942 | **0811** | TUITION FA/00 | BROWN | CALVIN B |
| 01011954 | **0811** | TUITION SU/00 | STORLAZZI | TONI MICHELLE |
| 01143732 | **0811** | TUITION SP01 | LAMARCO | BRIAN J |
| 01326034 | **0811** | TUITION | ALLEN | JERRY |
| 01143516 | **0811** | TUITION SP01 | HARGRAVE | NICOLE A |
| 01142445 | **0811** | TUITION SP01 | BARNES | CASSANDRA R |
| 01020786 | **0811** | TUITION FALL 00 | ONEIL | JAMES R |
| 01143757 | **0811** | TUITION SP01 | SMITH | RYAN M |
| 01142451 | **0811** | TUITION SP01 | BAROSY | GERLD M |
| 01143746 | **0811** | TUITION SP01 | PATEL | PRIT |
| 01224120 | **0811** | TUITION FA01 | WAUTHIER | ROBBIE B |
| 01326932 | **0811** | TUITION | BARRETT | MARVIN |
| 01048171 | **0811** | TUITION FA00 | EDWARDS | PATRICE E |
| 01143755 | **0811** | TUITION SP01 | SILVA | DIANE |
| 01143733 | **0811** | TUITION SP01 | LINK | JONATHAN W |
| 01143734 | **0811** | TUITION SP01 | LONG JR | JAMES R |
| 01326040 | **0811** | TUITION | ALVARANGA | KEDECIA |
| 01326010 | **0811** | TUITION | ABNEY | DEVON |
| 01326288 | **0811** | TUITION | AZIMA | JEAN |
| 01143623 | **0811** | TUITION SP01 | HUDAK | LORI R |
| 01143751 | **0811** | TUITION SP01 | RUBY | MICHAEL J |
| 01326054 | **0811** | TUITION | ANTO | MARY |
| 01021058 | **0811** | TUITION FALL 00 | UNDERKOFLER | BRIAN P |
| 01326041 | **0811** | TUITION | ALVES | DAVID |
| 01143753 | **0811** | TUITION SP01 | SCOTT | ANTOINE A |
| 01012935 | **0811** | TUITION FA/00 | DOUGLAS | JENNIFER L |
| 01021137 | **0811** | TUITION FALL 00 | BRITO | MARCO P |
| 01143514 | **0811** | TUITION SP01 | GONCALVES | SUSANA L |
| 01143730 | **0811** | TUITION SP01 | LABBE | MELISSA K |
| 01143742 | **0811** | TUITION SP01 | ODOM | ERNEST L |
| 01143750 | **0811** | TUITION SP01 | RODENHIZER | SARA L |
| 01143767 | **0811** | TUITION SP01 | WATT | AJITA D |
| 01218074 | **0811** | TUITION FA 01 | BALAKIER | DANA |
| 01218089 | **0811** | TUITION FA 01 | DANDREA | DEAN M |
| 01012940 | **0811** | TUITION FA/00 | OSBORNE | JOHN C |
| 01224080 | **0811** | TUITION FA01 | SCOTT | SHARNITA L |
| 01326317 | **0811** | TUITION | BARNES | ANTHONY |
| 01327086 | **0811** | TUITION | BELADE | GEORGE |
| 01326057 | **0811** | TUITION | ARBACH | HASSAN |
| 01326285 | **0811** | TUITION | AUGUSTINE | LYNITTA |
| 01012924 | **0811** | TUITION FA/00 | CARTER | NICHOLE L |
| 01143741 | **0811** | TUITION SP01 | NEWMAN JR | MARTIN S |
| 01143737 | **0811** | TUITION SP01 | MILLER | MICHEAL L |
| 01327027 | **0811** | TUITION | BASONE | JOSEPH |
| 01012938 | **0811** | TUITION FA/00 | HARRIS | ARLEN |
| 01181828 | **0811** | TUITION SP01 | BREAUX | ANTHONY J |
| 01327068 | **0811** | TUITION | BAYNE | CLAIRE |
| 01181818 | **0811** | TUITION SP01 | BOBO | ERNEST D |
| 01181812 | **0811** | TUITION SP01 | AMIN | DHAFIR W |
| 01181816 | **0811** | TUITION SP01 | BEAUDOIN | KEVIN L |
| 01326316 | **0811** | TUITION | BARNABEI | STACY |

| | | | | | |
|---|---|---|---|---|---|
| 01181888 | **0811** | TUITION SP01 | RIVERA | BRIAN |
| 01326033 | **0811** | TUITION | ALLEN | CHRIS |
| 01326011 | **0811** | TUITION | ADAMO | MICHAEL |
| 01326936 | **0811** | TUITION | BARTONE | ROBERT |
| 01181835 | **0811** | TUITION SP01 | CORTES | ARACELIS |
| 01326320 | **0811** | TUITION | BARNES | GERMONE |
| 01326933 | **0811** | TUITION | BANACK | CHRISTINA |
| 01326049 | **0811** | TUITION | ANDERSON | STEPHEN |
| 01020789 | **0811** | TUITION FALL 00 | WOODS | TONYA M |
| 01181884 | **0811** | TUITION SP01 | PUREFOY | DEMETRIUS H |
| 01181837 | **0811** | TUITION SP01 | DANIELS | LATONYA R |
| 01326008 | **0811** | TUITION | ABDULLAH | RODNEY |
| 01143722 | **0811** | TUITION SP01 | IASPARRA III | ROCCO F |
| 01327070 | **0811** | TUITION | BEACH | JESSICA |
| 01181826 | **0811** | TUITION SP01 | BRADLEY | BESENA K |
| 01181889 | **0811** | TUITION SP01 | RIVERA | JOSE J |
| 01181844 | **0811** | TUITION SP01 | ELLIS | MAURICE E |
| 01181843 | **0811** | TUITION SP01 | EDMONDS | MIKEL H |
| 01020858 | **0811** | TUITION FALL 00 | DANIELS | GENT L |
| 01181881 | **0811** | TUITION SP01 | PRESTASH | MARK S |
| 01181885 | **0811** | TUITION SP01 | PYCH | MICHELLE L |
| 01181831 | **0811** | TUITION SP01 | CAESAR | MERRILL A |
| 01181880 | **0811** | TUITION SP01 | PATTERSON | MARVIN |
| 01326941 | **0811** | TUITION | BARVENIK | ALLISON L |
| 01181846 | **0811** | TUITION SP01 | FRANCESCHI | HECTOR A |
| 01326323 | **0811** | TUITION | BARNUM | CHRISTOPHER |
| 01326931 | **0811** | TUITION | BARRETT | LLOYD |
| 01181877 | **0811** | TUITION SP01 | NUNEZ | JESSICA D |
| 01326295 | **0811** | TUITION | BAKER | TASHIMA |
| 01181814 | **0811** | TUITION SP01 | BAILEY | MARLENE A |
| 01181879 | **0811** | TUITION SP01 | OH | CHANG W |
| 01326035 | **0811** | TUITION | ALLEN | KIMBERLY |
| 01326048 | **0811** | TUITION | ANDERSON | HELENE |
| 01326283 | **0811** | TUITION | ASTROM | ANNA |
| 01326292 | **0811** | TUITION | BACKMAN | MONICA |
| 01326304 | **0811** | TUITION | BANKS | KAVIN D |
| 01181833 | **0811** | TUITION SP01 | CORMIER | CRYSTAL M |
| 01181946 | **0811** | TUITION SP01 | STALLINGS | MICHAEL E |
| 01181857 | **0811** | TUITION SP01 | JONES | TYRONE M |
| 01326051 | **0811** | TUITION | ANDZULIS | JEAN MARIE |
| 01327088 | **0811** | TUITION | BELARDINELLI | PATRICIA |
| 01181851 | **0811** | TUITION SP01 | GIORDANO | DAVID |
| 01181892 | **0811** | TUITION SP01 | SCRIBA | JOSEPH |
| 01143508 | **0811** | TUITION SP01 | CZARNECKE | LISA L |
| 01223995 | **0811** | TUITION FA01 | PAPIA | BERNICE B |
| 01326945 | **0811** | TUITION | BASHA | JOSEPH |
| 01327032 | **0811** | TUITION | BAUER | WAYNE |
| 01326312 | **0811** | TUITION | BARBER | HAROLD |
| 01143754 | **0811** | TUITION SP01 | SHERRY | DANIELLE B |
| 01326012 | **0811** | TUITION | ADELBERG | COURTNEY |
| 01326291 | **0811** | TUITION | BABULA | SOFRONIO |
| 01181855 | **0811** | TUITION SP01 | JONES | AMBER R |

| | | | | |
|---|---|---|---|---|
| 01326113 | **0811** | TUITION | ARIAS | ANGEL |
| 01326307 | **0811** | TUITION | BANKS | MICHELLE |
| 01327083 | **0811** | TUITION | BEDNARZ | JENNIFER |
| 01143512 | **0811** | TUITION SP01 | GARCIA | JENNIFER A |
| 01326297 | **0811** | TUITION | BALDWIN | RYAN |
| 01326015 | **0811** | TUITION | ADORNO | MAYRA |
| 01181820 | **0811** | TUITION SP01 | BOSCO | CHRISTA L |
| 01326037 | **0811** | TUITION | ALLI-BALOGUN | OLUSEYI H |
| 01181824 | **0811** | TUITION SP01 | BOURQUE | CHRISTINE M |
| 01326019 | **0811** | TUITION | ALBRECHT | TERRIANN |
| 01326009 | **0811** | TUITION | ABEL | DANIELLE |
| 01326281 | **0811** | TUITION | ARTIS | ERNEST |
| 01181849 | **0811** | TUITION SP01 | FRANCO | BENJAMIN M |
| 01181866 | **0811** | TUITION SP01 | MCMILLAN | CATRICE D |
| 01020782 | **0811** | TUITION FALL 00 | SHETH | CHIRAG |
| 01181871 | **0811** | TUITION SP01 | MENNILLO | MICHELE M |
| 01326043 | **0811** | TUITION | AMIN | DYASHA |
| 01048173 | **0811** | TUITION FA00 | IFEJIKA | NNEANATA C |
| 01181950 | **0811** | TUITION SP01 | YAGLOWSKI | ROBERT P |
| 01327034 | **0811** | TUITION | BAUGHN | ALICE MARIE |
| 01327066 | **0811** | TUITION | BAUGHN | RICHARD |
| 01326038 | **0811** | TUITION | ALMONTE | MILEISSA |
| 01326056 | **0811** | TUITION | ARABOLOS | JONATHAN |
| 01326059 | **0811** | TUITION | ARCARESE | BRIAN |
| 01021101 | **0811** | TUITION FALL 00 | GLICKMAN | ELIZABETH K |
| 01326289 | **0811** | TUITION | AZIZI | ANUAR A |
| 01021128 | **0811** | TUITION FALL 00 | VALENCIA | CRISTIAN F |
| 01021202 | **0811** | TUITION FALL 00 | HART JR | JOHN D |
| 01181882 | **0811** | TUITION SP01 | PRIMUS | DESIREE LILY |
| 01326280 | **0811** | TUITION | ARPAIA | ROSANNA |
| 01020880 | **0811** | TUITION FALL 00 | MITCHELL | ERIC N |
| 01143761 | **0811** | TUITION SP01 | ULRICH | ELISE M |
| 01143739 | **0811** | TUITION SP01 | MONROE | ERIN C |
| 01011913 | **0811** | TUITION FA/00 | WARMSLEY | ANDRE D |
| 01012880 | **0811** | TUITION FA/00 | NATALINO | MICHELLE J |
| 01326047 | **0811** | TUITION | ANDERSON | ANTOINETTE |
| 01326029 | **0811** | TUITION | ALGUARD | DAVID |
| 01143499 | **0811** | TUITION SP01 | CARDONA | YESENIA |
| 01218116 | **0811** | TUITION FA 01 | KOSCIELNY | KARINA M |
| 01326290 | **0811** | TUITION | AZUKAS | MELISSA |
| 01327080 | **0811** | TUITION | BEDNARZ | JEANETTE |
| 01326061 | **0811** | TUITION | ARGENTO | DEBORA |
| 01326039 | **0811** | TUITION | ALONGI | JACQUELINE |
| 01218102 | **0811** | TUITION FA 01 | GARCIA | SHANIQUA N |
| 01143736 | **0811** | TUITION SP00 SP01 | MCGUINNESS | KELLY A |
| 01143748 | **0811** | TUITION SP01 | PINTO | JULIA M |
| 01223971 | **0811** | TUITION FA01 | MUS | FILIZ |
| 01326944 | **0811** | TUITION | BASCOM | ELEANOR J |
| 01223973 | **0811** | TUITION FA01 | NAGY | DANIEL V |
| 01223999 | **0811** | TUITION FA01 | PRISCO | VICTORIA I |
| 01181883 | **0811** | TUITION SP01 | PUGLIARES | MELINDA L |
| 01012911 | **0811** | TUITION FA/00 | CHADBOURNE | KATHERINE M |

| | | | | |
|---|---|---|---|---|
| 01143747 | **0811** | TUITION SP01 | PETERSON | JEREMY A |
| 01218115 | **0811** | TUITION FA 01 | KING | MICHELLE R |
| 01181874 | **0811** | TUITION SP01 | MERCURY | KATHRYN A |
| 01181948 | **0811** | TUITION SP01 | TENEDINE | CANDIDA M |
| 01143760 | **0811** | TUITION SP01 | TRENT | WILLIAM H |
| 01224078 | **0811** | TUITION SUFA01 | SCHWARTZ | ROBERTA |
| 01181859 | **0811** | TUITION SP01 | KING | MICHELLE M |
| 01020888 | **0811** | TUITION FALL 00 | WADE | THERESA A |
| 01143728 | **0811** | TUITION SP01 | KAISER III | PAUL |
| 01143625 | **0811** | TUITION SP01 | IANUCCI | VALERIE A |
| 01021081 | **0811** | TUITION FALL 00 | COUNCIL | DAMIAN |
| 01012920 | **0811** | TUITION FA/00 | TURPIN | JESSICA R |
| 01020947 | **0811** | TUITION FALL 00 | ANSALDO | JOSEPH V |
| 01021185 | **0811** | TUITION FALL 00 | FUNARO | MATTHEW F |
| 01020797 | **0811** | TIOTION FALL 00 | ROSARIO | MARITZA E |
| 01020800 | **0811** | TIUTION FALL 00 | ROSARIO | IRIS M |
| 01181891 | **0811** | TUITION SP01 | SANTORO | MICHAEL D |
| 01143502 | **0811** | TUITION SP01 | COLON | RAFAEL E |
| 01143611 | **0811** | TUITION SP01 | HEALEY | KATHERINE R |
| 01137571 | **0811** | TUITION SP01 | ADAMO | KRISTEN M |
| 01142458 | **0811** | TUITION SP01 | BOLES | STEFANIE L |
| 01143770 | **0811** | TUITION SP01 | WILLIAMS | BRIAN J |
| 01181841 | **0811** | TUITION SP01 | DUMAINE | CHRISTINE L |
| 01142442 | **0811** | TUITION SP01 | ALFISI | ESTHER L |
| 01181861 | **0811** | TUITION SP01 | KROM | BETHANY M |
| 01181863 | **0811** | TUITION SP01 | MCDERMOTT | MELISSA M |
| 01143515 | **0811** | TUITION SP01 | BROWN GOTELL | MELISSA |
| 01218093 | **0811** | TUITION FA 01 | DOBYNS | JONATHAN S |
| 01218118 | **0811** | TUITION FA 01 | LAFFIN | DANIEL |
| 01143724 | **0811** | TUITION SP01 | JEROME | CARLINE |
| 01181886 | **0811** | TUITION SP01 | RACCIO | NICOLE M |
| 01181890 | **0811** | TUITION SP01 | SANFORD | JOHN M |
| 01218095 | **0811** | TUITION FA 01 | EDWARDS | TANYA B |
| 01020964 | **0811** | TUITION FALL 00 | MAGLIULO | MEGAN A |
| 01223967 | **0811** | TUITION FA01 | MEDEIROS | KEVIN R |
| 01218079 | **0811** | TUITION FA 01 | BRECHLIN | JENNIFER J |
| 01218111 | **0811** | TUITION FA 01 | JAKIELA | DANIEL R |
| 01223982 | **0811** | TUITION FA01 | OCONNELL | MARGARET |
| 01218101 | **0811** | TUITION FA 01 | GALARZA | JUAN C |
| 01223960 | **0811** | TUITION FA01 | MCKEITHEN | KEVIN D |
| 01326293 | **0811** | TUITION | BADIO | KERLINE |
| 01218092 | **0811** | TUITION FA 01 | DIVITO | JOHN P |
| 01143510 | **0811** | TUI031202P01 | DOSTIE | JESSE G |
| 00458572 | **0883** | TUITION | WARE | COREY M |
| 00458563 | **0883** | TUITION | SAPP | MEGAN |
| 01193309 | **0883** | TUITION | KATSIS | BOBBY |
| 00458552 | **0883** | TUITION | MADDOX | CHRISTOPHER D |
| 00457652 | **0883** | TUITION | ALLEN | TRACY |
| 00458555 | **0883** | TUITION | MARTIN | CHARMAINE |
| 00458553 | **0883** | TUITION | MADDOX | SHERYL |
| 00458526 | **0883** | TUITION | KHAN | WAQAR |
| 01193273 | **0883** | TUITION | FRANCIS | SIMONE A |

| | | | | |
|---|---|---|---|---|
| 01193134 | **0883** | TUITION | ACKLES | JODY N |
| 00457655 | **0883** | TUITION | ATTYGALLA | TIRANTHI |
| 00296285 | **0883** | TUITION | PETAWAY | JOHN |
| 00296288 | **0883** | TUITION | POLVERELLI | ASHLEY |
| 00458403 | **0883** | TUITION | DOUGLAS | DWAYNE A |
| 01193152 | **0883** | TUITION | ALEXIS | NANCY |
| 00296346 | **0883** | TUITION | THOMAS | RENA |
| 00294683 | **0883** | TUITION | MELCH | AMANDA |
| 00294686 | **0883** | TUITION | MILLAN | AIONIE |
| 01193130 | **0883** | TUITION | DOYLE | JAMES E |
| 00458560 | **0883** | TUITION | PEDRONCELLI | RAYMOND |
| 00294699 | **0883** | TUITION | NELSON | SCOTT |
| 00457658 | **0883** | TUITION | BAKER | MARLENA O |
| 00458520 | **0883** | TUITION | KAPUSTINSKI | LISA A |
| 01193186 | **0883** | TUITION | CHRISTOFOROU | STEROS |
| 01193195 | **0883** | TUITION | CRESSEY | THOMAS A |
| 00296300 | **0883** | TUITION | RUIZ | AMANDA L |
| 00294624 | **0883** | TUITION | BUCHAS | BRANDI |
| 00458571 | **0883** | TUITION | TRACY | DENNIS |
| 00457660 | **0883** | TUITION | CARDOZO | KAREN |
| 00292283 | **0883** | TUITION | AVENT | ASHON |
| 01193349 | **0883** | TUITION | NAPOLI | LEAH S |
| 00458575 | **0883** | TUITION | YAKUSHEWICH | JAMIE A |
| 00294665 | **0883** | TUITION | HAYNES | JASON |
| 01193363 | **0883** | TUITION | PIRRERA | TRACEY A |
| 01193180 | **0883** | TUITION | BOGUE | KRISTOPHER L |
| 01193407 | **0883** | TUITION | VINCENT | JASON M |
| 00294677 | **0883** | TUITION | LAMPING | JESSICA |
| 01193390 | **0883** | TUITION | SIECZKOWSKI | VERONICA S |
| 00294611 | **0883** | TUITION | BLOUIN | TRICIA |
| 00292279 | **0883** | TUITION | ANGELL | ERIN |
| 00296283 | **0883** | TUITION | PELLES | LYLE ANNE |
| 00296312 | **0883** | TUITION | SHAFER | MEGGAN |
| 01193382 | **0883** | TUITION | SANDERS | MONIQUE C |
| 00296336 | **0883** | TUITION | SOBOLESKI | ANDREA |
| 00458391 | **0883** | TUITION | CORMIER | DANIEL |
| 00457661 | **0883** | TUITION | CERPOVICZ | KARL |
| 00294642 | **0883** | TUITION | DIFIORE | ANDREW |
| 00458576 | **0883** | TUITION | ZAHANSKY | ANDREW |
| 00294655 | **0883** | TUITION | FULSE | MARGUERITE |
| 00458549 | **0883** | TUITION | MACUNAS | MATTHEW |
| 00458401 | **0883** | TUITION | DIXON | DION |
| 00294608 | **0883** | TUITION | BELLEVILLE | JAYSON |
| 00294709 | **0883** | TUITION | NESTOR | TADIYA |
| 00292281 | **0883** | TUITION | ARNOLD | REBECCA |
| 00458388 | **0883** | TUITION | COLLEONI | WILLIAM |
| 00458404 | **0883** | TUITION | EXAVIER | FABIENNE |
| 00458408 | **0883** | TUITION | FORD | ADAM |
| 00458412 | **0883** | TUITION | HIGGINBOTHAM | BRITTANY N |
| 01193312 | **0883** | TUITION | KLAWUHN | JENNIFER J |
| 00294620 | **0883** | TUITION | BROWN | CYNLINTHIA |
| 01193208 | **0883** | TUITION | DOUGLAS | ELISE D |

| | | | | | |
|---|---|---|---|---|---|
| 00294668 | **0883** | TUITION | HOPPERSTAD | JAMES | |
| 01193168 | **0883** | TUITION | ARCHER | KEVIN G | |
| 00457659 | **0883** | TUITION | BLAUBERG | RACHEL | |
| 00294644 | **0883** | TUITION | DONOVAN | SHANNON | |
| 01193280 | **0883** | TUITION | GILHA | RYAN | |
| 00458394 | **0883** | TUITION | CZARNESKI | JONATHAN | |
| 01193387 | **0883** | TUITION | SEYMOUR | BRIAN D | |
| 00296308 | **0883** | TUITION | SCOFIELD | KIMBERLY | |
| 00458387 | **0883** | TUITION | CLARK | JAMES O | |
| 00294646 | **0883** | TUITION | DUNN | ANTHONY ROBERT | |
| 01193269 | **0883** | TUITION | FRACCHIA | MICHAEL | |
| 01193169 | **0883** | TUITION | BAGGE | LYNN J | |
| 01193393 | **0883** | TUITION | SINDELAR | ROBERT E | |
| 00294663 | **0883** | TUITION | GRIFFITH | LISA | |
| 00294693 | **0883** | TUITION | MUNSELL | ELIZABETH | |
| 01193172 | **0883** | TUITION | BARBER | DOREEN R | |
| 00296355 | **0883** | TUITION | WOODLAND | JAMES | |
| 00296344 | **0883** | TUITION | SZLINSKY | AARON | |
| 01193348 | **0883** | TUITION | METACARPA | MATTHEW D | |
| 01193490 | **0883** | TUITION | YOUNG | CELESTINE B | |
| 00457656 | **0883** | TUITION | AYALA | HECTOR | |
| 00458554 | **0883** | TUITION | MARQUEZ | ANGEL | |
| 00294690 | **0883** | TUITION | MONGILLO | KATIE | |
| 01193190 | **0883** | TUITION | COLLOCK | AMY J | |
| 00458562 | **0883** | TUITION | ROCK | CHELSEA | |
| 01193319 | **0883** | TUITION | LACOSSE | KRISTIN A | |
| 01193343 | **0883** | TUITION | MCCLURE | STEPHEN M | |
| 00294684 | **0883** | TUITION | MIKKELSON | DAVID | |
| 00296340 | **0883** | TUITION | STAPLETON | NATASHA | |
| 00294713 | **0883** | TUITION | PECK | SARAH | |
| 00294672 | **0883** | TUITION | KING | CHERRY | |
| 00296286 | **0883** | TUITION | PETTWAY | TAMIKA | |
| 00458559 | **0883** | TUITION | OLIVER | BRANDON | |
| 01193314 | **0883** | TUITION | KNIGHT | MATTHEW J | |
| 00458517 | **0883** | TUITION | JOHNSON | KENNETH | |
| 00296319 | **0883** | TUITION | SIMONS | GEORGE | |
| 01193374 | **0883** | TUITION | RICHARDSON | THERESA | |
| 00294682 | **0883** | TUITION | MANN | SUKHWINDER | |
| 00294609 | **0883** | TUITION | BENSON | LAUREN | |
| 01193356 | **0883** | TUITION | PEPPER | ERIC S | |
| 01193155 | **0883** | TUITION | ALSOP | SAM C | |
| 00458558 | **0883** | TUITION | OCONNOR | CHRISTOPHER | |
| 00458569 | **0883** | TUITION | TINGLIN | SHEENA | |
| 00294671 | **0883** | TUITION | JAMES | MONEISH | |
| 00294587 | **0883** | TUITION | BEAMS | MARIANNE | |
| 00294643 | **0883** | TUITION | DILEO | ANDREW J | |
| 01193333 | **0883** | TUITION | MALARKEY | ANDREA LYNN | |
| 01193150 | **0883** | TUITION | ALEJANDRO | MIKKI | |
| 01193211 | **0883** | TUITION | ESPONDA | PETER J | |
| 01193344 | **0883** | TUITION | MCWILLIAMS | DIANE M | |
| 01193283 | **0883** | TUITION | GONZALEZ | INES | |
| 00294695 | **0883** | TUITION | MURRAY | DONOVAN | |

| | | | | |
|---|---|---|---|---|
| 00458567 | **0883** | TUITION | SINGER | JEFFREY |
| 01193412 | **0883** | TUITION | WALKABOUT | SUMMER D |
| 00458397 | **0883** | TUITION | DEHNER | KELLY |
| 01193322 | **0883** | TUITION | LAMIRANDE | DAVID M |
| 01193291 | **0883** | TUITION | GRIFFIN | CHRISTOPHER M |
| 01193329 | **0883** | TUITION | MAGOULAS | JUSTIN J |
| 00294584 | **0883** | TUITION | BANNON | STEPHANIE |
| 01193342 | **0883** | TUITION | MAZIARZ | MICHAEL M |
| 01193193 | **0883** | TUITION | COURNOYER | CHARLES H |
| 01193174 | **0883** | TUITION | BARRY | JASON M |
| 00458566 | **0883** | TUITION | SHIPPEE | MATTHEW |
| 00294669 | **0883** | TUITION | IANNOTTI | DUSTIN |
| 01193164 | **0883** | TUITION | ALTIERI | NEIL R |
| 00458407 | **0883** | TUITION | FERRARO | TIMOTHY |
| 01193204 | **0883** | TUITION | DAVIS | CHRISTOPHER |
| 01193310 | **0883** | TUITION | KILHEFNER | SHANE M |
| 00296349 | **0883** | TUITION | WALKABOUT | SUMMER D |
| 00294650 | **0883** | TUITION | EDWARDS | JASON |
| 01193396 | **0883** | TUITION | SOSSIN | LISA M |
| 00294657 | **0883** | TUITION | GALLICCHIO | CARRIE |
| 00294651 | **0883** | TUITION | FINLAYSON | EDWARD |
| 00294634 | **0883** | TUITION | DANILEY | FRANK B |
| 00294692 | **0883** | TUITION | MORENO | ANDREW |
| 00294629 | **0883** | TUITION | CRUZ | JASON |
| 01193354 | **0883** | TUITION | PEGUES | LAKISHA S K |
| 00296304 | **0883** | TUITION | RUIZ | SHIRLEY |
| 00294648 | **0883** | TUITION | DURNIK | ROBERT |
| 00294616 | **0883** | TUITION | BRICENO | SALOME |
| 01193372 | **0883** | TUITION | RICHARDSON | LATOYA SAMONE |
| 01193197 | **0883** | TUITION | CUSHMAN | JASON C |
| 00296296 | **0883** | TUITION | RIVERS | MICHAEL |
| 01193184 | **0883** | TUITION | CHARLES | VLADIMIR |
| 01193277 | **0883** | TUITION | GILE | PETER U |
| 01193409 | **0883** | TUITION | VOIGHT | JENNIFER L |
| 01193306 | **0883** | TUITION | JOHNSON | JANE D |
| 00296295 | **0883** | TUITION | RENE | MARIE |
| 01193188 | **0883** | TUITION | CLARK | NIKKOLE C |
| 00296315 | **0883** | TUITION | SIHARATH | DAVID |
| 00458570 | **0883** | TUITION | TOMASI | LEAH |
| 00294658 | **0883** | TUITION | GERUM | JASON |
| 00296306 | **0883** | TUITION | RUSSO | PETER |
| 00457657 | **0883** | TUITION | BAKER | JAMES |
| 01193351 | **0883** | TUITION | NOWAK | KATHRYN J |
| 00458406 | **0883** | TUITION | FALLON | CASSANDRA |
| 01193171 | **0883** | TUITION | BALDWIN | TRAVIS D |
| 00458548 | **0883** | TUITION | LONGOLUCCO | AMBER |
| 00294711 | **0883** | TUITION | OLAVE | IRMA |
| 01193206 | **0883** | TUITION | DOEBRICK | ANTHONY P |
| 01193411 | **0883** | TUITION | VOLLONO | CHRISTOPHER A |
| 00294678 | **0883** | TUITION | LINGENHELD | ROSE |
| 01193353 | **0883** | TUITION | PANICO | IRIS N |
| 01193300 | **0883** | TUITION | HARTLING | ROBERTA L |

| | | | | |
|---|---|---|---|---|
| 00458392 | 0883 | TUITION | COURNOYER | JUDITH |
| 01193383 | 0883 | TUITION | SAVAGE | NATHAN M |
| 00294637 | 0883 | TUITION | DIAZ | YESMARIE |
| 00458398 | 0883 | TUITION | DINKINS | LAFREEDA |
| 00294610 | 0883 | TUITION | BLIVEN | THOMAS |
| 00458556 | 0883 | TUITION | MCALOON | MATTHEW |
| 01193212 | 0883 | TUITION | FENSORE | ANTHONY V |
| 00294674 | 0883 | TUITION | KING | PATRICIA |
| 00294680 | 0883 | TUITION | LIPPI | KRIS |
| 00296357 | 0883 | TUITION | YARMOSH | PAUL |
| 00458396 | 0883 | TUITION | DANISIEWICZ | BRIAN |
| 00458573 | 0883 | TUITION | WOODARD | MICHELLE |
| 00294636 | 0883 | TUITION | DETROY | MATTHEW |
| 01193217 | 0883 | TUITION | FOSTER | BENJAMIN B |
| 01193336 | 0883 | TUITION | MALHOTRA | DEVINDER K |
| 00458561 | 0883 | TUITION | REILLY | DANIEL |
| 00296328 | 0883 | TUITION | SNYDER | DAWN |
| 00294666 | 0883 | TUITION | HERLIHY | BRAD |
| 00294681 | 0883 | TUITION | MANISENE | TOULA |
| 00294688 | 0883 | TUITION | MONASTERO | SHAUN |
| 00294712 | 0883 | TUITION | PANU | GREGORY |
| 00296359 | 0883 | TUITION | YOUNGS | JOY |
| 01193209 | 0883 | TUITION | DREW | BRIAN M |
| 00294660 | 0883 | TUITION | GRANDY | LATOYA |
| 00294654 | 0883 | TUITION | FLETCHER | CARYL |
| 00294647 | 0883 | TUITION | DUNN | TIMOTHY |
| 01193303 | 0883 | TUITION | ERICA L HODGE | |
| 01193370 | 0883 | TUITION | RICHARDS | LORNA E |
| 01193401 | 0883 | TUITION | SUNDHOM | SCOTT S |
| 01193178 | 0883 | TUITION | BILODEAU | ROBERT E |
| 00294618 | 0883 | TUITION | BRIDEAU | KRISTINE |
| 01193404 | 0883 | TUITION | THIBODEAU | CASSANDRA M |
| 00296352 | 0883 | TUITION | WOLFRADT | GARY |
| 00296327 | 0883 | TUITION | SJOQUIST | HEATHER |
| 00294437 | 0883 | TUITION | BACHMAN | SALIM |
| 00294698 | 0883 | TUITION | MUSTAFA | AFSHAN |
| 00296298 | 0883 | TUITION | RODRIGUEZ | JULIE |
| 01193318 | 0883 | TUITION | LABARCA | ELIZABETH |
| 01193296 | 0883 | TUITION | HARRIS | BENTON S |
| 01193359 | 0883 | TUITION | PETTY | JOHN D |
| 01193360 | 0883 | TUITION | PIEKARSKI | KRISTEN E |
| 01193398 | 0883 | TUITION | STEDMAN | SONYA L |
| 01193166 | 0883 | TUITION | ANDERSEN | ANGELA A |
| 01193341 | 0883 | TUITION | MARCY | JESSICA L |
| 01193368 | 0883 | TUITION | POPIELARCZYK | RYAN J |
| 01193489 | 0883 | TUITION | WILSON | ELIZABETH M |
| 01193200 | 0883 | TUITION | CZEPIEL | PETER E |
| 01193375 | 0883 | TUITION | RIEDL | ASHLEY L |
| 00294627 | 0883 | TUITION | CLERVEAU | CHARLYNE |
| 01154154 | 0990 | TUITION | ROCA DE TOGORES | BEATRIZ |
| 01083569 | 0990 | TUITION | FIORETTI | JENNIFER |
| 00311773 | 0990 | TUITION | MAGBANUA | HERMINIA |

| | | | | |
|---|---|---|---|---|
| 01198083 | 0990 | TUITION | DAMARJIAN | ALAN R |
| 01154159 | 0990 | TUITION | WOODS | MATTHEW |
| 00291528 | 1112 | TUITION | GUIGNI | BIOR GUIMEL |
| 01280448 | 1122 | TUITION | CHAVEZ | MIGUEL A |
| 01232117 | 1148 | NONSTUDENT/PARKING | DOLAN | ANNA |
| 01232116 | 1148 | NONSTUDENT PARKING | DRUMMOND | DIANA |
| 01280655 | 1148 | NONSTUDENT PARKING | FAGAN | MICHAEL |
| 01280676 | 1148 | NONSTUDENT PARKING | EVANS ASSOCIATES | |
| 01280591 | 1148 | NONSTUDENT PARKING | FARMER | CARLA |
| 01280642 | 1148 | NONSTUDENT PARKING | JACKSON | FREDERICK |
| 01280640 | 1148 | NONSTUDENT PARKING | LIAU | BA |
| 01280638 | 1148 | NONSTUDENT PARKING | LOVETERE | JOHN |
| 01280639 | 1148 | NONSTUDENT PARKING | LOVETERE | JOHN |
| 01280634 | 1148 | NONSTUDENT PARKING | MEKRUT | BARBARA |
| 01280632 | 1148 | NONSTUDENT PARKING | MOSEL | MICHAEL |
| 01280628 | 1148 | NONSTUDENT PARKING | PADUA | REYES |
| 01280624 | 1148 | NONSTUDENT PARKING | RAY | SYDNEY |
| 01280599 | 1148 | NONSTUDENT PARKING | WHITE | MICHELLE |
| 01211108 | 1148 | NONSTUDENT/PARKING | ALEWITZ | MEYER |
| 01211110 | 1148 | NONSTUDENT/PARKING | ALEWITZ | MEYER |
| 01211082 | 1148 | NONSTUDENT/PARKING | ALEXANDER | HOMER |
| 01211079 | 1148 | NONSTUDENT/PARKING | ALFRED | RIHHAD |
| 01211083 | 1148 | NONSTUDENT/PARKING | ANDERSON | HARRY |
| 01211086 | 1148 | NONSTUDENT/PARKING | ANDERSON | TRACEY |
| 01211088 | 1148 | NONSTUDENT/PARKING | ARCHER | TREVINO |
| 01211094 | 1148 | NONSTUDENT/PARKING | AVERY | KATHLEEN |
| 01232075 | 1148 | NONSTUDENT/PARKING | BAKO | ALEX |
| 01232079 | 1148 | NONSTUDENT/PARKING | BARILLARD | CARRIE |
| 01232081 | 1148 | NONSTUDENT/PARKING | BEDER | KRISTOFFER |
| 01232084 | 1148 | NONSTUDENT/PARKING | BENNETT | GIBSON |
| 01232085 | 1148 | NONSTUDENT/PARKING | BENSEGHIR | NAJIB |
| 01232087 | 1148 | NONSTUDENT/PARKING | BENSON | CHRISTOPHER |
| 01232088 | 1148 | NONSTUDENT/PARKING | BERNARDO | JOHN |
| 01232092 | 1148 | NONSTUDENT/PARKING | BITTERMAN | JAMES |
| 01232098 | 1148 | NONSTUDENT/PARKING | BOINSKE | TERE |
| 01232100 | 1148 | NONSTUDENT/PARKING | BROWN | ANGELA |
| 01232101 | 1148 | NONSTUDENT/PARKING | BURT | ERIC |
| 01232119 | 1148 | NONSTUDENT/PARKING | CAMRAC INC | |
| 01232159 | 1148 | NONSTUDENT/PARKING | CAMRAC INC | |
| 01232150 | 1148 | NONSTUDENT/PARKING | CHASTANG | APRIL |
| 01232152 | 1148 | NONSTUDENT/PARKING | CHRISTENSEN | ARNOLD |
| 01232155 | 1148 | NONSTUDENT/PARKING | CHUCHRO | ADAM |
| 01232157 | 1148 | NONSTUDENT/PARKING | CIFALDI | PETER |
| 01232072 | 1148 | NONSTUDENT/PARKING | CORREA | CHRISTIAN |
| 01232073 | 1148 | NONSTUDENT/PARKING | CT STATE OF DAS | |
| 01232074 | 1148 | NONSTUDENT/PARKING | CZERWINSKI | LOUIS |
| 01232122 | 1148 | NONSTUDENT/PARKING | DAVIS | JEFFREY |
| 01232123 | 1148 | NONSTUDENT/PARKING | DAVIS | JEFFREY |
| 01232127 | 1148 | NONSTUDENT/PARKING | DAVIS JR | ROSCOE |
| 01232126 | 1148 | NONSTUDENT/PARKING | DEPERRY | JENIFER |
| 01232133 | 1148 | NONSTUDENT/PARKING | DEPERRY | JENIFER |
| 01232138 | 1148 | NONSTUDENT/PARKING | DEUTSCH | LARRY |

| | | | | |
|---|---|---|---|---|
| 01232139 | 1148 | NONSTUDENT/PARKING | DEUTSCH | LARRY |
| 01232140 | 1148 | NONSTUDENT/PARKING | DIEGUEZ | ALBERTO |
| 01232105 | 1148 | NONSTUDENT/PARKING | BYSIEWCZ | PHYLLIS |
| 01280678 | 1148 | NONSTUDENT PARKING | EUSTACE | LINDA |
| 01280681 | 1148 | NONSTUDENT PARKING | EUSTACE | LINDA |
| 01280644 | 1148 | NONSTUDENT PARKING | GYURIK | JOHN |
| 01280623 | 1148 | NONSTUDENT PARKING | REYNOLDS | MABLE |
| 01280597 | 1148 | NONSTUDENT PARKING | ZAKRZEWSKI | JOHN |
| 00994405 | 1148 | NONSTUDENT PARKING | MICHELSON | ELECTRICAL |
| 01232082 | 1148 | NONSTUDENT/PARKING | BELLACICCO | GLORIA |
| 01232095 | 1148 | NONSTUDENT/PARKING | BLACKMAN | JAMES |
| 01232097 | 1148 | NONSTUDENT/PARKING | BLANCO | IVAN |
| 01232103 | 1148 | NONSTUDENT/PARKING | BURT | ERIC |
| 01232158 | 1148 | NONSTUDENT/PARKING | CLAFFEY | GLYNIS |
| 01280612 | 1148 | NONSTUDENT PARKING | STODDARD | JANET |
| 01280630 | 1148 | NONSTUDENT PARKING | OBRERO | FLORIANO |
| 01280610 | 1148 | NONSTUDENT PARKING | STUNECK | ANNE |
| 01280689 | 1148 | NONSTUDENT PARKING | ELDER | LISA SPENCE |
| 01280643 | 1148 | NONSTUDENT PARKING | HARRINGTON | ANDRE |
| 01280595 | 1148 | NONSTUDENT PARKING | ZIOLKOWSKI | JOY ANN |
| 01280652 | 1148 | NONSTUDENT PARKING | FORTH | VIVIAN |
| 01280653 | 1148 | NONSTUDENT PARKING | FORTH | VIVIAN |
| 01232149 | 1148 | NONSTUDENT/PARKING | CARPENTER | PHILLIP |
| 01232077 | 1148 | NONSTUDENT/PARKING | BAIA | INES |
| 01232134 | 1148 | NONSTUDENT/PARKING | DEBOIS | MICHELLE |
| 01232130 | 1148 | NONSTUDENT/PARKING | DELVENTHAL | TRACY |
| 01232108 | 1148 | NONSTUDENT/PARKING | BUYNISKI | JOSEPH |
| 01280627 | 1148 | NONSTUDENT PARKING | PETERS | SANDRA LEE |
| 01280645 | 1148 | NONSTUDENT PARKING | GILLIS | HOWARD |
| 01280606 | 1148 | NONSTUDENT PARKING | TITA | ROBERT |
| 01280672 | 1148 | NONSTUDENT PARKING | EVANS | TIMOTHY |
| 01280618 | 1148 | NONSTUDENT PARKING | SMITH | BARBARA |
| 01232143 | 1148 | NONSTUDENT/PARKING | DUFRESNE | TODD |
| 01280604 | 1148 | NONSTUDENT PARKING | VALENTE | MARLA |
| 01280641 | 1148 | NONSTUDENT PARKING | LATHROP | DAVID |
| 01280620 | 1148 | NONSTUDENT PARKING | SCRIVANO | JESSICA |
| 01280594 | 1148 | NONSTUDENT PARKING | VANCE | REGINA |
| 01280650 | 1148 | NONSTUDENT PARKING | GRIKIS | JOHN |
| 01280636 | 1148 | NONSTUDENT PARKING | MARCHUT | FRANCISZEK |
| 01001966 | 1159 | TUITION | GRAY | DERRICK |
| 01229630 | 1164 | TUITION | KHALID | MARIAM |
| 01229609 | 1164 | TUITION | WOODWORTH BENNETT | JAMIE |
| 01242034 | 1188 | TUITION | PEARCE | JESSICA |
| 01068346 | 1226 | PRIVATE LOAN | SHERIDAN | CHRISTINE |
| 01068328 | 1226 | PRIVATE LOAN | GALLUP | MARA |
| 01069747 | 1226 | PRIVATE LOAN | TAVERNEY | JOSEPH P |
| 01068325 | 1226 | PRIVATE LOAN | FRASIER | DEAN |
| 01069583 | 1226 | PRIVATE LOAN | JUNE | ERIKA |
| 01069688 | 1226 | PRIVATE LOAN | PASQUA | SUSAN |
| 01069592 | 1226 | PRIVATE LOAN | KING | KEVIN |
| 01069611 | 1226 | PRIVATE LOAN | LYDDY | RYAN |
| 01069757 | 1226 | PRIVATE LOAN | TOPALIS | GREGORY |

| | | | | |
|---|---|---|---|---|
| 01068331 | 1226 | PRIVATE LOAN | GARCIA | IVETTE |
| 01068237 | 1226 | PRIVATE LOAN | APICELLO | MICHAEL |
| 01069645 | 1226 | PRIVATE LOAN | MIMS | GERREN |
| 01069779 | 1226 | PRIVATE LOAN | WASSERMAN | AMY |
| 01068192 | 1226 | PRIVATE LOAN | DUMAS | TIM R |
| 01069741 | 1226 | PRIVATE LOAN | SUAREZ | LESLIE |
| 01069581 | 1226 | PRIVATE LOAN | JONES | LINDSAY |
| 01069612 | 1226 | PRIVATE LOAN | LYDDY | RYAN |
| 01069597 | 1226 | PRIVATE LOAN | LADUCA | NICHOLAS |
| 01068436 | 1226 | PRIVATE LOAN | HEBERT | MATTHEW |
| 01069569 | 1226 | PRIVATE LOAN | HORAN | AMY |
| 01069740 | 1226 | PRIVATE LOAN | SUAREZ | LESLIE |
| 01069574 | 1226 | PRIVATE LOAN | JESSIE | MICHAEL |
| 01069679 | 1226 | PRIVATE LOAN | PALMA | MICHELLE |
| 01068299 | 1226 | PRIVATE LOAN | UCCELLO | PAUL A |
| 01068259 | 1226 | PRIVATE LOAN | HOLLERAN | SHANE J |
| 01068295 | 1226 | PRIVATE LOAN | SANCHEZ | DEMPSEY G |
| 01068193 | 1226 | PRIVATE LOAN | FLETCHER | KARL |
| 01069770 | 1226 | PRIVATE LOAN | VANCE | JOHN |
| 01069622 | 1226 | PRIVATE LOAN | MATKOVIC | PHILIP |
| 01189725 | 1276 | TUITION | WHITE | STEVEN R |
| 01288557 | 1276 | TUITION | RIOJA | ISADELA |
| 00389230 | 1277 | TUITION | JUDAY | COURTNEY E |
| 00389399 | 1277 | TUITION | ORTEGA | NELSON E |
| 00390735 | 1277 | TUITION | ZOCCO | AMANDA M |
| 00389580 | 1277 | TUITION | SCHOLAN | JACOB J |
| 01204166 | 1277 | TUITION | BOTTASSO | KAREN L |
| 00389396 | 1277 | TUITION | OATES | ROBERT J |
| 00389299 | 1277 | TUITION | MCCOY | BARBARA W |
| 01129838 | 1286 | FLEX-TEC ED LOAN | PALMENTA | SCOTT R |
| 00328568 | 1363 | ACCOUNTS RECEIVABLE | HASTINGS | NEIL S |
| 01328183 | 1363 | ACCOUNTS RECEIVABLE | LITTLETON | GLORIA A |
| 01195269 | 1365 | TUITION | HUSSEX | JENNIFER |
| 01195283 | 1365 | TUITION | GADDY | JESSICA REYES |
| 01194815 | 1369 | TUITION | YORKER | GERALD |
| 00164445 | 1374 | TUITION | RUSSO | KAREN |
| 01309002 | 1426 | A/C LOAN | HAMILTON | WARREN |
| 01258694 | 1449 | TUITION | REMEKIE | SHAMELLE |

| Acct# | Last Name | First Name | Client# | For |
|---|---|---|---|---|
| 01301032 | STROUP | SHERYL A | 1443 | ALPV LOANS |
| 01070811 | GARCIA | FRANK G | 1056 | INSTITUTIONAL LOAN |
| 00269480 | BEAUCHEMIN | DENISE | 1004 | INSTITUTIONAL LOANS |
| 01111487 | PAXTON | DARRYLYN F | 0684 | NO INTEREST LOAN |
| 01111490 | PAXTON | DARRYLYN F | 0684 | NO INTEREST LOAN |
| 01109587 | MCNALLY | KEITH T | 0684 | NO INTEREST LOAN |
| 01109589 | MCNALLY | KEITH T | 0684 | NO INTEREST LOAN |
| 01111736 | MABRY | CYNELLA E | 0684 | NO INTEREST LOAN |
| 01110086 | JACKSON | SHEREE N | 0684 | NO INTEREST LOAN |
| 01124136 | GOMES | NADIA A | 0684 | NO INTEREST LOAN |
| 01104849 | DAVIS | LEAH S | 0684 | NO INTEREST LOAN |
| 01104850 | DAVIS | LEAH S | 0684 | NO INTEREST LOAN |
| 01104919 | DANIEL | ANGELA DENISE | 0684 | NO INTEREST LOAN |
| 01104920 | DANIEL | ANGELA DENISE | 0684 | NO INTEREST LOAN |
| 01109919 | COLMAN | KYLE A | 0684 | NO INTEREST LOAN |
| 01109918 | COLMAN | KYLE A | 0684 | NO INTEREST LOAN |
| 01197370 | WILLIAMS | DANIELLE C | 0683 | NO INTEREST LOAN |
| 01192958 | KAPLAN | SCOTT STEPHEN | 0683 | NO INTEREST LOAN |
| 01186215 | CAPOCCIA | JOSEPH E | 0683 | NO INTEREST LOAN |
| 00257341 | WARREN | AIMEE | 0401 | INSTITUTIONAL LOANS |
| 01245742 | WARGA | SARA | 0401 | INSTITUTIONAL LOANS |
| 01143417 | STYKOWSKI | LYNN | 0401 | INS022602ONAL LOANS |
| 01313371 | HARPER | TALMADGE | 0215 | INSTITUTIONAL LOAN |
| 00176478 | VANBUREN | HEIDI L | 0011 | TREE LOANS |
| 00176479 | VANBUREN | HEIDI L | 0011 | TREE LOANS |
| 00386590 | SESTITO | ROBERT | 0011 | TREE LOANS |
| 00176461 | RACE | SEAN M | 0011 | TREE LOANS |
| 00176464 | RACE | SEAN M | 0011 | TREE LOANS |
| 01254839 | MATTOX | LADONDRA | 0011 | TREE LOANS |
| 01117209 | LOMBARDI | CHRISTOPHER | 0011 | TREE |
| 00159563 | LEFKIMIATIS | SPYRO | 0011 | TREE LOANS |
| 01317998 | BUXTON JR | MARK W | 0011 | TREE LOANS |
| 01317999 | BUXTON JR | MARK W | 0011 | TREE LOANS |
| 00159559 | BROADIE | LEVON F | 0011 | TREE LOANS |

| Acct# | Client# | For | Last Name | First Name |
|-------|---------|-----|-----------|------------|
| 00101374 | 0896 | OVERDRAFT | ABAIR | CHERYL M |
| 00101375 | 0896 | OVERDRAFT | ABAIR | CHERYL M |
| 00101395 | 0896 | LOAN | ALVALLE | LUIS A |
| 00093967 | 0896 | LOAN | ANGLIS SR | JOHN |
| 00101419 | 0896 | LEASE FEES | ASHGAR | ADEL |
| 00093992 | 0896 | LOAN | BAKER | GLEN |
| 00094000 | 0896 | LOAN | BARBER | KEVIN |
| 00094002 | 0896 | LOAN | BARNES | KRISTI |
| 00094007 | 0896 | BERKSHIRE | BARRETTE | MICHAEL J |
| 00101596 | 0896 | LOAN | BUCK | KAREN |
| 00094064 | 0896 | LOAN | BUCKBERROUGH JR | THOMAS |
| 00094073 | 0896 | LEASE | CALDER | WILLIAM K |
| 00101626 | 0896 | LOAN | CALDWELL | DIONNE A |
| 00101650 | 0896 | LOAN | CASSERNO | MARK A |
| 00101657 | 0896 | LOAN | CAVANAUGH | JOSEPH |
| 00108334 | 0896 | LOAN | COREY | ALAN E |
| 00094146 | 0896 | BERKSHIRE | COYLE | LARRY D |
| 00094148 | 0896 | LOAN | CRAAYBEEK | CHRISTOPHER |
| 00094154 | 0896 | LOAN | CUMBA | EDDIE |
| 00108336 | 0896 | LOAN | DANIELS | ANN |
| 00101774 | 0896 | LOAN | DANIELS | DEBRA |
| 00094173 | 0896 | LOAN | DECKER | MICHAEL |
| 00094174 | 0896 | LOAN | DEEP | TONYA |
| 00094198 | 0896 | LOAN | DIFRONZO | ANTHONY C |
| 00101829 | 0896 | OVERDRAFT | DOMINGUE | HEATHER |
| 00094205 | 0896 | LEASE | DUBE | GEORGE |
| 00094209 | 0896 | LOAN | EATMON | DAYNA |
| 00094222 | 0896 | LEASE FEES | ESTEY | MICHAEL P |
| 00094274 | 0896 | LOAN | GARRETTO | ANDREW J |
| 00094277 | 0896 | BERKSHIRE | GATTO | JEAN |
| 00101998 | 0896 | LOAN | GORDON | JESSICA |
| 00094304 | 0896 | LOAN | GOSSELIN | KAREN |
| 00229357 | 0896 | LOAN | GRASS | AMY L |
| 00094320 | 0896 | LOAN | GRUCCI | KEVIN M |
| 00102099 | 0896 | LEASE FEES | HOLDER | BARBARA |
| 00099747 | 0896 | LOAN | HOOKS | LAVETTE |
| 00094354 | 0896 | BERKSHIRE | HOYTE | JOSEPH G |
| 00102162 | 0896 | LEASE FEES | JOBB | TERRY M |
| 00102163 | 0896 | LOAN | JOHNSON | BRUCE |
| 00094412 | 0896 | LOAN | KNIGHTON | QUILLA |
| 00229385 | 0896 | LOAN | KURAS | NICOLE |
| 00094443 | 0896 | LOAN | LAFOUNTAIN | BERNARD |
| 00094449 | 0896 | LOAN | LANDRIE | LARRY |
| 00102250 | 0896 | LOAN | LANGAN | DANIEL |
| 00094469 | 0896 | BERKSHIRE | LEONARD | NANCY E |
| 00094473 | 0896 | OVERDRAFT | LINSCOTT | AMY E |
| 00102311 | 0896 | LOAN | LOPEZ | EDWARD |
| 00102312 | 0896 | LOAN | LOPEZ | ISABEL |
| 00102348 | 0896 | LOAN | MANGO | MARK |
| 00094507 | 0896 | LOAN | MARTINEZ | CARLOS E |
| 00094511 | 0896 | LOAN | MATOS | TERESA |

| | | | | |
|---|---|---|---|---|
| 00094512 | 0896 | OVERDRAFT | MATSEN | DONALD J |
| 00102426 | 0896 | LOAN | MILLER | JEFFREY |
| 00094548 | 0896 | OVERDRAFT | MILLER | ROBIN J |
| 00094561 | 0896 | LOAN | MONTELEONE | TIMOTHY |
| 00094562 | 0896 | LOAN | MONTERIO | GINO P |
| 00102441 | 0896 | LOAN | MORGAN | JEREMY |
| 00102464 | 0896 | LEASE FEES | MUNSON | JOANNE R |
| 00094580 | 0896 | BERKSHIRE | MURRAY | THOMAS M |
| 00102550 | 0896 | OVERDRAFT | PATTERSON | KAT |
| 00094634 | 0896 | LOAN | PEART | STEPHEN J |
| 00102584 | 0896 | LOAN | PINKNEY | MELVIN |
| 00102649 | 0896 | LOAN | RAULS | TRAVIS |
| 00094693 | 0896 | LOAN | RIVERA | VILMA |
| 00102747 | 0896 | LEASE FEES | SAVARY III | ROBERT E |
| 00094739 | 0896 | LOAN | SAVELLI | HENRY J |
| 00094791 | 0896 | MERCHANT | SOUTHERN NE SEAFOOD | |
| 00094803 | 0896 | LOAN | STANTON | CHRISTINA R |
| 00094814 | 0896 | LOAN | STJULIEN | MCWARENS |
| 00094846 | 0896 | MERCHANT | THE STATION | |
| 00108325 | 0896 | LEASE | TIRILLO | MARIO A |
| 00094859 | 0896 | LOAN | TORRES | LUIS A |
| 00094861 | 0896 | LOAN | TORRES | ROSA |
| 00236348 | 0896 | LEASE FEES | TOTH | LAJOS |
| 00094871 | 0896 | BERKSHIRE | VALIGURSKY | BRYAN T |
| 00102956 | 0896 | LOAN | VEGA | BRANDI |
| 00094891 | 0896 | LEASE FEES | VUMBACK | JACQUELINE C |
| 00094904 | 0896 | LOAN | WILCOX | KAREN M |
| 00094906 | 0896 | LOAN | WILLARD JR | DENNIS |
| 00104208 | 0898 | OVERDRAFT | CYR | ANTHONY J |
| 00106985 | 0898 | OVERDRAFT | RANGACHARI | JITHARAMAN |
| 00107016 | 0898 | OVERDRAFT | RAWLINS | STEPHEN A |
| 00189733 | 0901 | CREDIT CARD | CHAWLA | VIVEK |
| 00189530 | 0901 | CREDIT CARD | DEGALA | SRINIVASA R |
| 00189534 | 0901 | LOAN | DEGALA | SRINIVASA R |
| 00189799 | 0901 | LOAN | GALE | JOCELYN |
| 00094268 | 0901 | CREDIT CARD | GANTE | NORIEL R |
| 00094269 | 0901 | LOAN | GANTE | NORIEL R |
| 00094418 | 0901 | CREDIT CARD | KOLINJIVADI | RAMKUMAR V |
| 00106417 | 0901 | CREDIT CARD | NAQVI | SYED ZIA |
| 00106805 | 0901 | CREDIT CARD | POGAKU | PRABHAKAR |
| 00094748 | 0901 | CREDIT CARD | SELVAMUTHU | KATHIRAVAN |
| 00107393 | 0901 | CREDIT CARD | SHEIKH | MOHAMMED |
| 00094821 | 0901 | CREDIT CARD | SUAREZ | CAROL |
| 00107618 | 0901 | LOAN | SUDHAKARAN | SUDEEP |
| 00096147 | 0919 | LOAN | GOODRIDGE | ELLEN M |
| 00224647 | 0919 | CREDIT CARD | PEACE | LISA A |
| 00153168 | 0920 | LOAN | SAVARY | ROBERT E |
| 00168345 | 0923 | CREDIT CARD | NGUYEN | JOHN V |
| 00098950 | 0948 | REPO | MCCORMICK | MICHELLE |