FILED

2004 JAN 20 P 1: 30

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| DIONNE CALDWELL, Individually | : | CIVIL ACTION NO. |
| On behalf of herself and all others | : | 3:03 CV 6649 (CFD) |
| Similaraly situated | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| WINDHAM PROFESSIONALS, INC. | : | JANUARY 16, 2004 |
| Defendant | | |

## MOTION FOR ENLARGEMENT OF TIME

The defendant, Windham Professional, Inc., hereby seeks additional time, to and including

January 30, 2004 within which to file its response to plaintiff's supplemental submissions in support of

her motion for class certification with plaintiff's reply to be due a week later, February 9, 2004. The

reason for the requested extension is that the undersigned was out due to illness for three weeks during

December and the additional time is necessary to complete the defendant's response. This is the first

such request directed to this time period and is made with the consent of the plaintiff's counsel.

THE DEFENDANT

By:_____
Jonathan D. Elliot
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06490
(203) 254-8968
Fed. Bar No. CT15762

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 16th day of January, 2004 to:

Daniel S. Blinn, Esq.
Matthew T. Theriault, Esq.
Sarah Poriss, Esq.
Consumer Law Group, LLC
2138 Silas Deane Highway
P.O. Box 1039
Rocky Hill, CT 06067-9997

Jonathan D. Elliot