FILED

2004 JAN 20 P 1:30

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIONNE CALDWELL, Individually<br>On behalf of herself and all others<br>Similaraly situated<br><br>    Plaintiff<br><br>vs.<br><br>WINDHAM PROFESSIONALS, INC.<br>    Defendant | : CIVIL ACTION NO.<br>: 3:03 CV 664 (CFD)<br>:<br>:<br>:<br>:<br>:<br>:<br>: JANUARY 16, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The defendant, Windham Professional, Inc., hereby seeks additional time, to and including January 30, 2004 within which to file its response to plaintiff's supplemental submissions in support of her motion for class certification with plaintiff's reply to be due a week later, February 9, 2004. The reason for the requested extension is that the undersigned was out due to illness for three weeks during December and the additional time is necessary to complete the defendant's response. This is the first such request directed to this time period and is made with the consent of the plaintiff's counsel.

THE DEFENDANT

By: _____
Jonathan D. Elliot
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06490
(203) 254-8968
Fed. Bar No. CT15762

Granted. So ordered.
/s/ 1/47/04