**Daniel S. Blinn**
Attorney at Law
Tel (860) 571-0408 Ext. 101
e-mail: <u>dblinn@consumerlawgroup.com</u>

**VIA FACSIMILE: 240-2637**

February 26, 2004

Hon. Christopher F. Droney
United States District Court
450 Main Street
Hartford, CT 06103

    Re: *Dionne Caldwell v. Windham Professionals, Inc.*, 3:03CV0664(CFD)

Dear Judge Droney:

    I am the attorney for the plaintiff in the referenced matter. I am writing this letter with the knowledge and consent of Attorney Jonathan Elliot, counsel for the defendant.

    This case is scheduled for a hearing on the plaintiff's motion to certify the class, to take place tomorrow, February 27, 2004 at 4:00 p.m. The parties have very recently commenced settlement discussions, and it is the opinion of both attorneys that the prospects for a settlement are promising. It is also our opinion that it would be counterproductive to proceed with the scheduled hearing, although we are both prepared to do so.

    For this reason, we are jointly requesting that the Court adjourn the hearing and permit us to have time to continue our settlement discussions.

    Thank you for your consideration of this request.

Sincerely,

Daniel S. Blinn

cc: Jonathan Elliot, Esq. (via facsimile #203 259-9617)

[Handwritten margin note: The motion to adjourn the hearing is GRANTED. So ordered. The Clerk is directed to docket this letter and include it in the Court's file.
Christopher F. Droney
United States District Judge
02/26/04]

**CONSUMER LAW GROUP**

P.O. Box 1039
2138 Silas Deane Highway
Rocky Hill, CT 06067-9997
tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457
lawyer@consumerlawgroup.com

TOTAL P.02