#12

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIONNE CALDWELL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>    Plaintiff<br>v.<br>WINDHAM PROFESSIONALS, INC.<br>    Defendant | CASE NUMBER:<br>3:03CV0664(CFD)<br><br>MOTION FOR CERTIFICATION OF THE CLASS<br><br>June 11, 2003 |

Pursuant to F.R.C.P. Rule §23, the Plaintiff, Dionne Caldwell, by her counsel, hereby moves that the Court enter an Order that the instant action may proceed on behalf of a class against Windham Professionals, Inc. In support of this Motion, the Plaintiff states:

The Complaint alleges that the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*, by attempting to collect fees associated with its collection of consumer debts, other than student loans, from Plaintiff and a class of persons, in excess of that permitted by Conn. Gen. Stat. § 36a-805(13). Plaintiff seeks to represent a class of persons who:

    a. were residents of Connecticut when Defendant attempted collection of the debt;

    b. were subject to Defendant's attempts to collect a consumer debt, other than a student loan;

    c. were requested by Defendant to pay a fee associated with the collection in an amount greater than 15% of the amount which could be collected; and,

    d. were subject to Defendant's attempts to collect such fees, identified in c., within one year of the complaint, or April 11, 2002.

[Handwritten margin note: DENIED without prejudice. The plaintiff may revive the Motion for Certification of the Class by filing a notice and it will be revived as of the original filing date. So ordered.
Christopher F. Droney
United States District Judge
03/29/04]