UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DIONNE CALDWELL

V                                        CASE NO. 3:03cv664 (CFD)

WINDHAM PROFESSIONAL, INC.

### NOTICE TO COUNSEL

The above-entitled case was reported to the Court on May 13, 2004 to be settled. Under Local Rule 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on **June 13, 2004** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.

It is so ordered.

Dated at Hartford, Connecticut this 13th day of May, 2004.

KEVIN F. ROWE, CLERK

BY_____
Devorah Johnson
Deputy Clerk