UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DIONNE CALDWELL          :

Vs.                      :          CASE NO. 3:03CV664 (CFD)

WINDHAM PROFESSIONALS, INC.  :

### JUDGMENT

Counsel of record having reported to the court on May 13, 2004 that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, July 15, 2004

KEVIN F. ROWE, CLERK

BY _____
Deborah Johnson
Deputy Clerk

EOD_____