UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIONNE CALDWELL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>    Plaintiff<br>v.<br>WINDHAM PROFESSIONALS, INC.<br>    Defendant | CASE NUMBER:<br>3-03-cv-664 (CFD)<br><br>MOTION TO<br>AMEND COMPLAINT<br><br>August 19, 2004 |

## MOTION TO AMEND COMPLAINT

Pursuant to F.R.C.P. Rule 15(a), Plaintiff, Dionne Caldwell, and Defendant, Windham Professionals, Inc. jointly move for leave to amend Plaintiff's class action complaint dated April 4, 2003, in order to redefine the definition of the class, defined in paragraphs eleven and twelve of Plaintiff's Class Action Complaint, to include only those individuals whose debts arose in Connecticut. Good cause exists to allow the parties to amend the class action complaint. A copy of said Amended Complaint is attached hereto.

        **PLAINTIFF, Dionne Caldwell**

By: _____
    Daniel S. Blinn,  ct02188
    dblinn@consumerlawgroup.com
    Matthew T. Theriault,  ct23077
    mtheriault@consumerlawgroup.com
    Sarah Poriss, ct24372
    sporiss@consumerlawgroup.com
    Consumer Law Group, LLC
    P. O. Box 1039   2138 Silas Deane Highway
    Rocky Hill, Connecticut 06067-9997
    Tel. (860) 571-0408  Fax (860) 571-7457

**DEFENDANT,** Windham Professionals, Inc.
Group, Inc**.**


By: _____
    Jonathan D. Elliot, ct18879
    Sabato Pellegrino Fiano, ct05762
    Kleban & Samor, PC
    2425 Post Road, P.O. Box 763
    Southport, CT 06490
    Tel. (203) 254-8968 Fax. (203) 259-9617