UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIONNE CALDWELL, INDIVIDUALLY ) <br> AND ON BEHALF OF ALL OTHERS ) <br> SIMILARLY SITUATED, ) <br>     Plaintiff ) <br> ) <br>     v. ) <br> ) <br> WINDHAM PROFESSIONALS, INC. ) <br>     Defendants ) | Case No. 3-03-cv-664 (CFD) <br><br><br><br> Hon. Christopher F. Droney, U.S.D.J. <br><br><br> Notice of Manual Filing |

    Please take notice that Plaintiff, Dionne Caldwell, has manually filed the following documents:

    Exhibits A in Support of Plaintiff's Motion to Amend Complaint, dated August 19, 2004.

These documents have not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure
        5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                  Respectfully submitted,

                                  _____
                                  Sarah Poriss
                                  35 Cold Spring Rd., Suite 512
                                  Rocky Hill, CT 06067
                                  Phone: (860) 571-0408
                                  Fax: (860) 571-7457
                                  E-mail: sporiss@consumerlawgroup.com
                                  ct24372