UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIONNE CALDWELL, individually and on behalf of all others similarly situated, | : : | |
| Plaintiff, | : : | Civil Action No. 3:03 CV 664 (CFD) |
| v. | : : | |
| WINDHAM PROFESSIONALS, INC., Defendant. | : : | |

## ORDER

Pending are the Plaintiff's Motion to Amend Complaint and Joint Motion for Preliminary Approval of Settlement Agreement, Conditional Certification of Settlement Class, and Approval of Form and Manner of Notice.  Upon review, Plaintiff's Motion to Amend Complaint [Doc. #34] is GRANTED, as good cause has been shown to amend the complaint.

The Joint Motion for Preliminary Approval of Settlement Agreement, Conditional Certification of Settlement Class, and Approval of Form and Manner of Notice [Doc. #35] also is GRANTED.  Procedures concerning class certification, notice, and a hearing on the fairness of the settlement agreement will be addressed in a separate order.

The Court also orders that the Judgment in this case [Doc. # 33] be VACATED and the case REOPENED to the extent necessary to effect the above orders.

So ordered this __10th__ day of August 2005 at Hartford, Connecticut.

    /s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**