UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIONNE CALDWELL, individually | : | CIVIL ACTION NO. |
| on behalf of herself and all others | : | 3:03 CV 00664 (CFD) |
| similaraly situated | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| WINDHAM PROFESSIONALS, INC. | : | SEPTEMBER 16, 2005 |
| Defendant | | |

## **AFFIDAVIT**

STATE OF CONNECTICUT)
                ) ss:   Southport
COUNTY OF FAIRFIELD   )

I, BRIAN CHAPMAN, do hereby state:

1. I am over the age of eighteen (18) and believe in the obligation of an oath.

2. I am an employee of the law firm of Kleban & Samor, P.C., counsel for defendant Windham Professionals, Inc. in the above captioned matter.

3. Under the supervision of Attorney Jonathan D. Elliot I prepared a mailing to the individuals listed on Exhibit A annexed hereto, which mailing contained a copy of Notice of Pendency of Class Action, Proposed Settlement and Hearing in the above action.

4. The mailing described in Paragraph 3 was sent postage prepaid, first class mail on September 9, 2005.

_____
Brian Chapman

Subscribed and sworn to before me this \_\_\_\_th day of September, 2005.

_____
Notary Public
My Commission Expires

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 16th day of September, 2005, to:

Daniel S. Blinn, Esq.
Matthew T. Theriault, Esq.
Sarah Poriss, Esq.
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067

_____
Jonathan D. Elliot