## MAILING LIST

WILLIAM B DICROSTA III
110 CLARENDON ST
NEW HAVEN  CT  06512-2606

LADRINA S COLEMAN
131 FAIRVIEW AVE
BRIDGEPORT  CT 06606-4712

ANDREW H  BRYAN
113 PEMBROKE ST
HARTFORD  CT  06112-1440

PHILIP D BRAUN
8 LITTLE JOHN LN
DANBURY   CT   06811-2817

ANNETTE A BOUCHER
43 JACOBS ST
BRISTOL     CT   06010

ANTONIO J ALEXANDER
9 SANDPIPER DR
BLOOMFIELD        CT   06002-2231

JOSEPH M BATTISTA
23 HUNTERS PATH
CLINTON     CT   06413-1827

RIHHAD ALFRED
34 JOHNSON AVE
PLAINVILLE CT   06062-1116

HOMER ALEXANDER
301 HARDING AVE
STRATFORD  CT   06615-7248

HARRY ANDERSON
224 BLAKESLEE ST
BRISTOL     CT   06010

TRACEY ANDERSON
40 SOTH ST
BRISTOL     CT  06010

TREVINO ARCHER
19 DIANA DR
BLOOMFIELD     CT  06002-3306

KATHLEEN AVERY
67 STANDISH ST APT 2
HARTFORD  CT  06114-2650

MEYER ALEWITZ
46 HATCH ST
NEW BRITAIN     CT  06053-2535

CHRISTIAN CORREA
36 LINDEN ST
WETHERSFIELD     CT  06109-2920

LOUIS CZERWINSKI
40 WALNUT ST
CHESHIRE    CT  06410-2826

ALEX BAKO
30 COURT ST LOWR
NEW HAVEN       CT  06511-6921

INES BAIA
38 MAPLE LN
SHELTON     CT  06484-3723

CARRIE BARILLARD
41 VIOLA DREAST
HAMPTON    CT  06424-1684

KRISTOFFER BEDER
17 WESTWOOD DR
SIMSBURY   CT  06070-1718


GLORIA BELLACICCO
9 OLD WASHINGTON TRL
DURHAM     CT  06422-2507

GIBSON BENNETT  
86 PARK AVE  
BLOOMFIELD       CT  06002-3235

NAJIB BENSEGHIR  
32 BISHOPS CURVE  
MIDDLETOWN       CT  06460

CHRISTOPHER BENSON  
357 BRITTANY FARMS RD  
NEW BRITAIN      CT  06053-1102

JOHN BERNARDO  
229 PLEASANT ST  
NEW BRITAIN      CT  06051-2827

JAMES BITTERMAN  
291 WALSH AVE  
NEWINGTON        CT  06111-3542

JAMES BLACKMAN  
161 STIMSON RD  
NEW HAVEN        CT  06511-1670

IVAN  BLANCO  
191 MAIN ST  
FARMINGTON       CT  06032-2908

TERE  BOINSKE  
31 PARK ST #1FL  
THOMASTON        CT  06787-1729

ANGELA  BROWN  
70 GRENHART RD  
STAMFORD  CT  06902-5634

ERIC BURT  
44 ELM ST  
COLCHESTER       CT  06415-2143

PHYLLIS BYSIEWCZ
9 LAKE DR
OLD LYME   CT   06371-1212

JOSEPH BUYNISKI
57 WOODHAVEN RD
GLASTONBURY     CT   06033-1840

DIANA DRUMMOND
64 GOOSE LN
COVENTRY   CT   06238-1213


ANNAPO DOLAN
PO BOX 14
CORNWALL   CT   06753-0014


JEFFREY DAVIS
40 RIVER VIEW CT
CHESHIRE    CT   06410-1245


JENIFER DEPERRY
6 MARSAL LN
CROMWELL   CT   06416-1248

ROSCOE DAVIS JR
11 CAPE ANN CT
NEW LONDON       CT   06320-3701


TRACY DELVENTHAL
333 CHRISTIAN ST
WALLINGFORD       CT   06492-3818



MICHELLE  DEBOIS
60 SAW MILL RD
BRISTOL     CT   06010-2427

LARRY DEUTSCH
35 TORWOOD ST
HARTFORD   CT   06114-2745

ALBERTO DIEGUEZ
80 WILLOW ST
WETHERSFIELD    CT   06109-2711


TODD DUFRESNE
482 BROAD ST TRLR 18
BRISTOL     CT   06010-6614


PHILLIP CARPENTER
52 LAUREL LN
SIMSBURY   CT   06070-1518


APRIL CHASTANG
113 OLD VOLUNTOWN RD
JEWETT CITY        CT   06351-8847


ARNOLD CHRISTENSEN
11 OVERHILL RD
ENFIELD     CT   06082-5643


ADAM CHUCHRO
40 ANNAWAN ST
HARTFORD   CT   06114-1020


PETER CIFALDI
109 PECK RD
WINSTED     CT   06098-2913


GLYNIS CLAFFEY
181 SHERNROOK ST
BRISTOL     CT   06010


CARLA FARMER
35 MAPLEWOOD TER
MIDDLETOWN        CT   06457-3824

REGINA VANCE
57 ROCKWOOD DR
PORTLAND   CT   06480-1096


JOY ANN ZIOLKOWSKI
150 BURRITT ST # A3C
PLANTSVILLE       CT   06479-1450


JOHN ZAKRZEWSKI
PO BOX 176
PINE MEADOW      CT   06061-0176


MICHELLE WHITE
149 E HAROLD ST
BLOOMFIELD       CT   06002-3924


MARLA VALENTE
73 WILKENDA AVE
WATERBURY       CT   06708-3617


ROBERT TITA
141 GRASSY PLAIN ST
BETHEL     CT   06801-2806


ANNE STUNECK
13C RISING TRAIL DR
MIDDLETOWN      CT   06457-1672


JANET STODDARD
92 GROVELAND TER
NEWINGTON       CT   06111-1614


BARBARA SMITH
88 DUNDEE DR
CHESHIRE    CT   06410-1574

JESSICA SCRIVANO
8 JAMES ST
WINDSOR LOCKS   CT  06096-1821


MABLE REYNOLDS
38 ANSONIA ST
HARTFORD  CT  06114-1701


SYDNEY RAY
52 SKY HILL DR
WOLCOTT    CT  06716-1817


SANDRA LEE PETERS
19 OHEAR AVE
ENFIELD     CT  06082-3634


REYES PADUA
25 KNOLLWOOD RD
FARMINGTON       CT   06032-1073


FLORIANO OBRERO
14 BOBWHITE TRL
GALES FERRY       CT  06335-2001


MICHAEL MOSEL
15 W ROOSEVELT DR
ANSONIA    CT  06401-1327


BARBARA MEKRUT
22 IRON GATE LN
CROMWELL CT  06416-2067


FRANCISZEK MARCHUT
11 WILLIAMS ST
WETHERSFIELD     CT  06109-1636

JOHN LOVETERE
145 PROSPECT ST
WINSTED     CT  06098-1942


BA LIAU
108 SEYMOUR AVE
WEST HARTFRD     CT  061190-2332


DAVID LATHROP
33 TYLER LN
NORWICH     CT  06360-4027


FREDERICK JACKSON
1132R BLUE HILLS AVE
BLOOMFIELD     CT  06002-2760


ANDRE HARRINGTON
3 DIANA LN
WINDSOR     CT  06095-3246



JOHN GYURIK
846 E POND MEADOW RD
WESTBROOK     CT  06498-2807



HOWARD GILLIS
125 OAKLAND ST
BRISTOL     CT  06010-4304

JOHN GRIKIS
75 TEN ACRE RD
NEW BRITAIN     CT  06052-1531


VIVIAN FORTH
90 SAND HILL RD
SIMSBURY    CT  06070-2617

MICHAEL FAGAN
66 HILLDALE RD
WEST HARTFRD   CT  06117-1411


TIMOTHY EVANS
15 RIDGE RD
CENTERBROOK   CT  06409-1035


LINDA EUSTACE
8 LINDSLEY DR
WOLCOTT   CT  06716-2120


LISA SPENCE ELDER
8 CARPENTER LN
BLOOMFIELD   CT  06002-1818


CHERYL M ABAIR
PO BOX 643
BRISTOL   CT  06011-0643


LUIS A ALVALLE
11 GOSHEN ST
HARTFORD   CT  06106-3932


JOHN  ANGLIS SR
12 NACARTHUR RD
PLAINVILLE   CT  06062


ADEL  ASHGAR
1800 SILAS DEANE HWY APT
ROCKY HILL   CT  06067-1333


GLEN BAKER
219 CAMBRIA AVE
NEWINGTON   CT  06111-3516

KEVIN BARBER
360 OAKLAND STREET
MANCHESTER    CT   06040


KRISTIL BARNES
937 FARMINGTON AVE
BERLIN    CT   06037-2218


MICHAEL J   BARRETTE
12 CENTRAL ST
ENFIELD    CT   06082-3570


KAREN BUCK
65 SHERWOOD RD
EASTON    CT   06612-1209


THOMAS  BUCKBERROUGH JR
239 PLEASANTVIEW AVE
BRISTOL    CT   06018


WILLIAM K CALDER
40 HARMON DR
SUFFIELD    CT   06078


DIONNE A CALDWELL
22H JAIDEE DR
EAST HARTFORD   CT   06118-1577


MARK A CASSERNO
128 KNOWLES AVE
MIDDLETOWN    CT   06457-3117

JOSEPH CAVANAUGH
48 NEWPORT DR
WATERBURY      CT  06705-2510


ALAN E COREY
453 STICKNEY HILL RD
STAFFORD SPGS    CT  06076-4623


LARRY D COYLE
197 PINE LANE EXT
WINDSOR     CT  06095-3549


CHRISTOPHER CRAAYBEEK
1477 ENFIELD ST
ENFIELD      CT  06082-5500


EDDIE CUMBA
100 LEWIS AVE
MERIDEN     CT  06451


ANN DANIELS
60 ROSE CIR APT C
MIDDLETOWN    CT  06457-6439


DEBRA DANIELS
7 HILLTOP CIR
BLOOMFIELD       CT  06002-1822


MICHAEL DECKER
52 MEADOW BROOK AVE
ELLINGTON CT   06029-3038


TONYA DEEP
39 GARDEN ST
ENFIELD     CT  06082

ANTHONY C DIFRONZO
40 LYUONDALE RD
NEWINGTON     CT     06111


HEATHER DOMINGUE
393 LIME ROCK RD
LAKEVILLE   CT   06039-2407


GEORGE DUBE
78 OLD COUNTY RD
E GRANBY   CT   06026


DAYNA EATMON
25 MANFIELD AVE
NEW BRITAN         CT   06051


MICHAEL P ESTEY
196 WATCHAUG RD
SOMERS     CT   06071-1119


ANDREW J GARRETTO
165 DOGWOOD LN
S WINDSOR   CT   06074


JEAN  GATTO
201 NEWELL ST
SOUTHINGTON     CT   06489-1122


JESSICA GORDON
900 S MAIN ST APT 9
PLANTSVILLE     CT   06479-1663


KAREN GOSSELIN
PO BOX 809
SOMERS     CT   06071-0809

AMY L GRASS
180 MELBA ST
MILFORD    CT   06460-7665


KEVIN M GRUCCI
72 CANDLEWOOD DR
ENFIELD    CT   06082-2738


BARBARA HOLDER
901 RUSSELL AVE
SUFFIELD    CT   06078-1030


LAVETTE HOOKS
320 COTTAGE GROVE RD
BLOOMFIELD    CT   06002-3158


JOSEPH G HOYTE
82 FERN ST
HARTFORD   CT   06105-2226


TERRY M JOBB
15 THENDARA DR
WATERBURY    CT   06708


BRUCE JOHNSON
2 CHARLES ST
PLANTSVILLE    CT   06479-1906


QUILLA KNIGHTON
39 ASHLEY ST
HARTFORD   CT   06105


NICOLE KURAS
20 OTIS ST
MANCHESTER    CT    06040

BERNARD LAFOUNTAIN
11 PONDVIEW DR
WOODSTOCK      CT   06281

LARRY LANDRIE
17 MAPLE ST
VERNON ROCKVILLE     CT   06066

DANIEL LANGAN
16 ENFIELD TER
ENFIELD     CT   06082-4902

NANCY E LEONARD
125 LOWER RD
EAST CANAAN     CT   06024-2624

AMY E LINSCOTT
245 WHITNEY AVE APT 2
NEW HAVEN       CT   06511-3726

EDWARD LOPEZ
51 ERIK CT
NEW BRITAIN     CT   06053-1735

ISABEL LOPEZ
57 OXBOW DR
WILLIMANTIC     CT   06226-3629

MARK MANGO
62 PIRPORT ROAD
WATERBURY     CT   06705

CARLOS E MARTINEZ
46 E LIBERTY ST
WATERBURY     CT   06706

TERESA MATOS
115 GRAHAM RD
E HARTFORD     CT   06118

DONALD J MATSEN
35 TRAVIS ST
STAMFORD  CT  06905

JEFFREY MILLER
7 BRIANWOOD LN
GRANBY     CT   06035-2807

ROBIN J MILLER
12 JETAUND PL
BRIDGEPORT        CT   06605-3317

TIMOTHY MONTELEONE
376 WINDSOR AVE
STRATFORD   CT     06614-1729

GINO P MONTERIO
48 CRAFTWOOD RD
WATERBURY        CT    06704

JEREMY MORGAN
45 ARLINGTON ST
BRISTOL      CT   06010-3603

JOANNE R MUNSON
21 DICKERMAN AVE
WINDSOR LOCKS   CT  06096

THOMAS M MURRAY
157 WARD ST
NAUGATUCK         CT   06770-4531

KAT PATTERSON
24 JEROME AVE
BLOOMFIELD		CT	06002-2408


STEPHEN J PEART
66 UNDERMOUNTAIN RD
SAILSBURY  CT   06068


MELVIN PINKNEY
8 DOWNEY DR
MANCHESTER	CT	06040-2519


TRAVIS RAULS
33 WAVERLY ST
NEW HAVEN	CT	06511-5314


VILMA RIVERA
11 PROSPECT ST
STAFFORD SPRING		CT	06076


ROBERT E SAVARY III
14 ROCK AVE
DANIELSON  CT	06239


HENRY J SAVELLI
509 MULBERRY ST
WINDSOR LOCKS   CT   06096-1628


CHRISTINA R STANTON
889 WOODTICK RD
OXFORD	CT	06478


MCWARENS ST JULIEN
50 VIRGINIA AVE
BRIDGEPORT		CT	06610-1506


MARIO A TIRILLO
PO BOX 94
EAST HARTLAND   CT   06027-0094

LUIS A TORRES
22 AMATO DR APT L
SOUTH WINDSOR   CT   06074


ROSA TORRES
96 RICHARD ST
NEW BRITAIN       CT   06053-3943


LAJOS TOTH
105 TOWN FARM RD
FARMINGTON       CT   06032-1503


BRYAN T  VALIGURSKY
106 EASTVIEW RD
TERRYVILLE       CT   06786-7238

BRANDI  VEGA
12 LEWIS RD
NEW BRITAIN       CT   06053-1407


JACQUELINE C  VUMBACK
60 ARCELLIA DR
MANCHESTER       CT   06040


KAREN M WILCOX
518 BURNSIDE AVE
NEW HARTFORD   CT   06108-3504


DENNIS WILLARD JR
72 KENNETH DR
DAYVILLE   CT   06241-2034