UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIONNE CALDWELL, INDIVIDUALLY AND ) <br> ON BEHALF OF ALL OTHERS SIMILARLY ) <br> SITUATED, ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> WINDHAM PROFESSIONALS, INC. ) <br>     Defendant ) <br> ) | CASE NUMBER: <br> 3:03CV0664(CFD) <br><br> AFFIDAVIT OF <br> DANIEL S. BLINN <br><br> November 16, 2005 |

STATE OF CONNECTICUT:
                  : ss. Rocky Hill
COUNTY OF HARTFORD :

The undersigned, having been duly sworn, hereby declares of his own personal knowledge that:

1. I am over eighteen years of age and I believe in the obligations of an oath.

2. I am the Managing Attorney of Consumer Law Group, LLC, a private law firm established on September 1, 1997 that has focused its practice upon the representation of consumers against business entities and the advancement of consumer rights and protection.

3. I believe that my billing rates, and those of the other attorneys and staff members at Consumer Law Group, LLC are comparable to those charged by other Connecticut firms with comparable levels of experience and expertise, and these rates have been approved in prior fee applications by both state and federal courts.

4. It is our policy and procedure for all individuals to record their time, concurrent with the performance of the work, on our billing system. That procedure was adhered to with respect to the work performed in this action.

5. All of the time recorded by in this matter has been charged at the prevailing rates of the firm personnel.

6. Exhibit A to this Affidavit is a true and accurate report of the time entries that were entered in this case.

7. It is my considered opinion that $27,000 is a reasonable attorney's fee for the handling of this matter.

8. I affirm that, in negotiating this settlement, the parties did not negotiate attorney's fees or class representative fees until after they had fully and completely negotiated the terms of the benefits for the class members.

*[signature]*
Daniel S. Blinn

Subscribed and sworn to before me
this 16th day of November, 2005.

*[signature]*
Notary Public

DORA P. FERNANDEZ
NOTARY PUBLIC
MY COMMISSION EXPIRES FEB. 28, 2010

2