**Consumer Law Group, LLC**
**2138 Silas Deane Highway**
**P. O. Box 1039**
**Rocky Hill, CT 06067-9997**



**CONSUMER**
**LAW GROUP.**

Invoice submitted to:
Daniel S Blinn  Hartford Clerk's Office

Kleban & Samor, P.C., 2425 Post Road P.O. Box 763

Date:      11/16/2005

In Reference To:      Windham Professionals

**For Professional Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 7/24/2002 | DSB | Conf w/ MTT regarding evaluation of possible FDCPA claim and class action treatment | 0.50 | $300.00 | $150.00 |
| 7/24/2002 | MTT | Review violations in Caldwell case. Factual research on corporate identity and potential problems re: 1% limitation. Discuss with Atty. Blinn. | 3.00 | $175.00 | $525.00 |
| 8/19/2002 | MTT | Review case with Atty. O'Brien. | 0.20 | $175.00 | $35.00 |
| 8/30/2002 | MTT | Review file with Attorney O'Brien re: course of action and class action strategy. | 0.25 | $175.00 | $43.75 |
| 9/09/2002 | DSB | Review file at class action meeting; | 0.10 | $300.00 | $30.00 |
| 9/25/2002 | MTT | Preparation of complaint. | 2.00 | $175.00 | $350.00 |
| 10/07/2002 | AM | Telephone call to client, Dionne Caldwell. | 0.10 | $90.00 | $9.00 |
| 10/10/2002 | MTT | Preparation of class action complaint. | 3.00 | $175.00 | $525.00 |
| 10/11/2002 | DSB | Review and revise draft class definition | 0.25 | $300.00 | $75.00 |
| 10/11/2002 | MTT | Preparation of class action complaint. review on-line information re: defendant. | 4.00 | $175.00 | $700.00 |
| 10/14/2002 | MTT | Preparation of complaint. | 4.00 | $175.00 | No Charge |
| 10/16/2002 | DSB | E-mail to Atty O'Brien re draft complaint and suggestions for | 0.25 | $300.00 | $75.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/16/2002 | MTT | Discussions with Atty. Blinn re: inclusion of states' statutes regarding collection fees and udap violations. | 0.25 | $175.00 | $43.75 |
| 10/16/2002 | MTT | Discussions with Atty. Therlault re: inclusion of states' statutes regarding collection fees and udap violations. | 0.25 | $175.00 | $43.75 |
| 2/03/2003 | DSB | Telephone conference w/ Ed O'Brien regarding proposed revisions to class definition | 0.25 | $300.00 | $75.00 |
| 2/14/2003 | SP | research before redrafting complaint | 0.50 | $160.00 | $80.00 |
| 4/10/2003 | DSB | Review and revise draft complaint | 0.25 | $300.00 | $75.00 |
| 4/10/2003 | SP | reviewed and revised complaint | 0.50 | $160.00 | $80.00 |
| 4/11/2003 | DSB | Finalize complaint. | 0.25 | $300.00 | $75.00 |
| 4/11/2003 | SFS | Review and revise complaint; preparation of Civil Summons and appearances for Attorney Blinn, Attorney Poriss, and Attorney Therlault | 1.00 | $110.00 | $110.00 |
| 4/11/2003 | SP | revise complaint | 0.10 | $160.00 | $16.00 |
| 4/17/2003 | MTT | Review status of pleadings. | 0.10 | $175.00 | $17.50 |
| 4/18/2003 | SFS | Review documents from court; prepare and send letter to State Marshal Jones enclosing documents for service; revise appearances | 0.50 | $110.00 | $55.00 |
| 4/21/2003 | SFS | Preparation of preliminary motion for certification of the class; check corporate information; check standing order rules | 1.00 | $110.00 | $110.00 |
| 4/30/2003 | DSB | Telephone call from Jon Elliot; discussion of 26f report and discovery; respond to inquiry re possible settlement on individual basis; memo to file; conference w/ SP regarding preparation of 26f report; preparation of draft discovery requests | 0.50 | $300.00 | $150.00 |
| 4/30/2003 | SFS | Discussions with Attorney Blinn regarding discovery and prepare notes to file regarding same; | 1.00 | $110.00 | $110.00 |

| 5/01/2003 | SFS | Revise Interrogatories and Requests for Production; | 0.25 | $110.00 | $27.50 |
|---|---|---|---|---|---|
| 5/02/2003 | DSB | Preparation of 26f report | 0.50 | $300.00 | $150.00 |
| 5/02/2003 | SFS | Telephone calls (2) with State Marshal Jones regarding return of service for defendant; prepare notes to file regarding same. | 0.25 | $110.00 | No Charge |
| 5/05/2003 | SFS | Review return of service from State Marshal Jones; prepare and file notice of filing of return of service from State Marshal; re | 0.00 | $110.00 | No Charge |
| | | | 0.50 | | No Charge |
| 5/07/2003 | SFS | Review Court Notice granting extension of time; prepare notes to file regarding same. | 0.10 | $110.00 | $11.00 |
| 5/15/2003 | DSB | Preparation of 26f report and e-mail to Atty Elliot re same; telephone call to Mr. Elliot re desire to discuss draft report | 0.50 | $300.00 | $150.00 |
| 5/15/2003 | DSB | Revise and finalize written discovery requests | 0.25 | $300.00 | $75.00 |
| 5/15/2003 | DSB | Preparation of 26(a) disclosure | 0.25 | $300.00 | $75.00 |
| 5/19/2003 | DSB | Telephone call to Jon Elliot regarding 26f report, discovery | 0.10 | $300.00 | $30.00 |
| 5/22/2003 | DSB | Telephone call to Jon Elliot regarding 26f report and desire to extend time to respond to certification motion | 0.10 | $300.00 | $30.00 |
| 5/27/2003 | MTT | Preparation of memorandum in support of class certification. | 3.75 | $175.00 | $656.25 |
| 5/27/2003 | MTT | Legal research re: federal requirements to maintain class actions, 2nd Cir. and Dist. Court case law on numerosity based upon plaintiff's estimate | 3.75 | $175.00 | $656.25 |
| 5/28/2003 | DSB | Computer assisted legal research | 0.50 | $300.00 | $150.00 |
| 5/28/2003 | MTT | Legal research re: Rule 23b's additional requirements of predominance. | 1.00 | $175.00 | $175.00 |

Consumer Law Group, LLC

Page No.:        4

| 5/28/2003 | MTT | Revise memorandum in support of motion for class certification. | 3.00 | $175.00 | $525.00 |
|---|---|---|---|---|---|
| 5/28/2003 | MTT | Preparation of memorandum in support of motion for class certification. | 3.00 | $175.00 | $525.00 |
| 5/28/2003 | MTT | Legal research re: FDCPA class actions and use of forms to establish commonality. | 1.25 | $175.00 | $218.75 |
| 5/29/2003 | DSB | Telephone call to Jon Elliot regarding 26f report | 0.10 | $300.00 | $30.00 |
| 5/29/2003 | MTT | Preparation of motion for certification of class. | 0.75 | $175.00 | $131.25 |
| 5/29/2003 | MTT | Preparation of Affidavit of Daniel Blinn in support of certification of class. | 0.50 | $175.00 | $87.50 |
| 5/29/2003 | MTT | Revise memorandum in support of motion for class certification. | 0.50 | $175.00 | $87.50 |
| 6/02/2003 | AM | Prepare letter to Atty. Elliot in final. | 0.25 | $90.00 | $22.50 |
| 6/02/2003 | DSB | Telephone call to Atty Jon Elliott regarding 26f conference and discovery (left detailed msg); arrange for service of discovery | 0.25 | $300.00 | $75.00 |
| 6/09/2003 | DSB | Revise draft certification motion and outline of client's affidavit | 0.75 | $300.00 | $225.00 |
| 6/09/2003 | SFS | Review notes regarding 26(f) Report of Parties' Planning Meeting; email Attorney Blinn for status of response from opposing counsel | 0.25 | $110.00 | $27.50 |
| 6/10/2003 | AM | Preparation of Affidavit and call to client to come in and sign. | 0.25 | $90.00 | $22.50 |
| 6/10/2003 | DSB | Telephone call to Jon Elliot regarding status of his review of draft 26f report | 0.25 | $300.00 | $75.00 |
| 6/10/2003 | MTT | Review Affidavit. Sign with client. | 0.50 | $175.00 | $87.50 |
| 6/11/2003 | MTT | Review status of class cert motion with SFS. | 0.25 | $175.00 | No Charge |
| 6/11/2003 | SFS | Review and revise motion for certification of the class, memorandum of law in support thereof, and Attorney Blinn's affidavit; finalize documents | 1.25 | $110.00 | $137.50 |
| 6/27/2003 | DSB | Telephone call from Jon Elliot regarding request for extension of time to respond to certification motion, status of discovery, | 0.50 | $300.00 | $150.00 |

Consumer Law Group, LLC

Page No.: 5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/03/2003 | AM | Notes to file regarding atty. Fiano's appearance in case. | 0.25 | $90.00 | No Charge |
| 7/09/2003 | SFS | Review motion for enlargement of time to answer Interrogatories and Requests for Production and court order granting same | 0.50 | $110.00 | No Charge |
| 7/10/2003 | SFS | Review court order granting extension of time to respond to motion for class certification; prepare notes to file regarding same | 0.10 | $110.00 | $11.00 |
| 7/22/2003 | SP | review file | 0.25 | $160.00 | No Charge |
| 7/23/2003 | DSB | Telephone call from Jon Elliott regarding request to change date of Dionne Coldwell deposition; telephone call to client re same | 0.25 | $300.00 | $75.00 |
| 7/24/2003 | DSB | Telephone call from Dionne Coldwell regarding deposition date; telephone call to Atty Jon Elliott re same | 0.25 | $300.00 | $75.00 |
| 7/29/2003 | DSB | Review status of complying w/ defendant's discovery requests w/ SP | 0.25 | $300.00 | $75.00 |
| 7/29/2003 | SFS | Review rules for deposition location; review deposition notice and requests for production; discussions with Attorney Poriss regarding same | 1.25 | $110.00 | $137.50 |
| 7/29/2003 | SP | talk to SFS re: document requests; discuss w/ DB; organize documents to be produced; call to client; draft objection to req. for production | 1.00 | $160.00 | $160.00 |
| 8/01/2003 | AM | Prepare letter to Atty. Elliot in final. | 0.25 | $90.00 | No Charge |
| 8/01/2003 | DSB | Conference w/ client re deposition preparation | 1.00 | $300.00 | $300.00 |
| 8/01/2003 | DSB | Review status of discovery and telephone conf w/ Jon Elliott re his objections to same; prepare letter to Atty Elliott regarding same | 0.25 | $300.00 | $75.00 |
| 8/01/2003 | NMS | tagging and organizing Windham files | 0.25 | $35.00 | $8.75 |
| 8/01/2003 | SFS | Preparation of answers to request for production; scan production; | 1.00 | $110.00 | $110.00 |

| 8/04/2003 | DSB | Review offer of judgment and answer to complaint; review objection to discovery and finalize letter to Atty Elliot re objections | 0.50 | $300.00 | $150.00 |
|---|---|---|---|---|---|
| 8/04/2003 | DSB | Telephone conference w/ client re deposition and documents | 0.25 | $300.00 | $75.00 |
| 8/05/2003 | DSB | Attend deposition of Dionne Caldwell (including preparation time, travel, and misc. conferences w/ client); arrange for follow-up | 5.00 | $300.00 | $1,500.00 |
| 8/05/2003 | DSB | Review documents produced by client | 0.10 | $300.00 | $30.00 |
| 8/05/2003 | DSB | Review documents produced by client and arrange for production to defendant | 0.25 | $300.00 | $75.00 |
| 8/05/2003 | SP | organize and copy documents in preparation for deposition | 0.25 | $160.00 | $40.00 |
| 8/05/2003 | SP | draft discovery requests | 0.50 | $160.00 | $80.00 |
| 8/05/2003 | SP | draft notice of supplemental discovery request | 0.50 | $160.00 | $80.00 |
| 8/06/2003 | SFS | Revise and re-file discovery objection; research into correct Local Rule to cite in view of change in local rules; prepare notes | 0.50 | $110.00 | $55.00 |
| 8/11/2003 | DSB | Telephone conference w/ Jon Elliott regarding outstanding discovery issues | 0.25 | $300.00 | $75.00 |
| 8/12/2003 | SFS | Review file to update pleadings and index; prepare notes to file regarding next course of action. | 0.25 | $110.00 | $27.50 |
| 8/13/2003 | SFS | Review letter from court reporter; prepare notes to file regarding errata sheet due. | 0.10 | $110.00 | $11.00 |
| 8/14/2003 | JS | Prepare letter to (Dionne Caldwell) enclosing a copy of the deposition transcript for review | 0.25 | $75.00 | $18.75 |
| 8/25/2003 | SFS | Review motion for extension of time to respond to motion for class certification; prepare notes to file regarding same. | 0.10 | $110.00 | $11.00 |

| Date | Init | Description | Hrs | Rate | Amount |
|------|------|-------------|-----|------|--------|
| 8/27/2003 | SFS | Preparation of motion on consent for extension of time to complete class-related discovery; check new rule number; prepare notes | 0.50 | $110.00 | $55.00 |
| 8/28/2003 | DSB | Review and revise motion to extend time to complete discovery; telephone conf w/ Jon Elliott re timing of discovery responses and certification issue | 0.25 | $300.00 | $75.00 |
| 9/02/2003 | DSB | Review draft memorandum opposing certification; review of status of second set of interrogatories | 0.25 | $300.00 | $75.00 |
| 9/02/2003 | SFS | Prepare notes to file regarding discovery. | 0.25 | $110.00 | $27.50 |
| 9/09/2003 | DSB | Review letter from Atty Elliot re proposal to resolve discovery objections and e-mail to Atty Elliot re same | 0.25 | $300.00 | $75.00 |
| 9/22/2003 | JS | Preparation of a letter to Atty. Elliot with the enclosed Errata and Jurat pages for the deposition of Dionne Caldwell. | 0.25 | $75.00 | $18.75 |
| 9/24/2003 | DSB | Review status of discovery and certification issue; telephone call to Atty Elliot re same | 0.25 | $300.00 | $75.00 |
| 9/24/2003 | SS | Review file to update pleadings and determine next course of action regarding discovery and response to opposition to motion for class certification. | 0.50 | $110.00 | $55.00 |
| 9/30/2003 | DSB | Telephone call to Atty Elliott regarding outstanding discovery | 0.25 | $300.00 | $75.00 |
| 10/06/2003 | SS | Review answer to Interrogatories and Request for Production; telephone call to Judge's secretary, Gloria, regarding scheduling conference; fax copy of magistrate referral to Gloria; review file to update pleadings and prepare notes to file regarding next course of action; | 0.75 | $110.00 | $82.50 |
| 10/08/2003 | SS | Telephone call to Gloria to schedule status conference. | 0.10 | $110.00 | $11.00 |
| 10/13/2003 | SS | Telephone call to Gloria in Judge Garfinkel's chambers - all set for 1:30 | 0.25 | $110.00 | $27.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 10/14/200 3 | SS | Review file with Dan; notes to file regarding next course of action. | 0.10 | $110.00 | $11.00 |
| 10/15/200 3 | DSB | Telephone conf w/ Jon Elliot re agreement to not go forward w/ motion to dismiss | 0.10 | $300.00 | $30.00 |
| 10/15/200 3 | DSB | Telephone conferences w/ Jon Elliot regarding status of discovery and rescheduling of telephone conference w/ Judge Garfinkle | 0.25 | $300.00 | $75.00 |
| 10/16/200 3 | DSB | Scheduling Conference (telephone conf) | 0.25 | $300.00 | $75.00 |
| 10/16/200 3 | DSB | Prepare for scheduling conference | 0.25 | $300.00 | $75.00 |
| 10/16/200 3 | SS | Preparation of proposed scheduling order. | 0.50 | $110.00 | $55.00 |
| 10/20/200 3 | DSB | Telephone call to Jon Elliot regarding draft stipulation sent to him prior week; notes to file regarding same | 0.10 | $300.00 | $30.00 |
| 10/23/200 3 | SS | Review file to confirm that class representative's executed errata was sent to opposing counsel. | 0.10 | $110.00 | $11.00 |
| 10/30/200 3 | DSB | Telephone call to Atty Elliot re lack of response to multiple calls re proposed scheduling order | 0.10 | $300.00 | $30.00 |
| 10/30/200 3 | DSB | Telephone call to Judge Garfinkle regarding failure of Atty Elliot to participate in preparation of joint scheduling order | 0.10 | $300.00 | $30.00 |
| 11/05/200 3 | DSB | Telephone call to Atty Elliott regarding continued lack of response to inquiries regarding scheduling order | 0.10 | $300.00 | $30.00 |
| 11/05/200 3 | SS | Review scheduling order; prepare and send letter Judge Garfinkel enclosing proposed scheduling order; notes to file regarding same. | 0.25 | $110.00 | $27.50 |
| 11/11/200 3 | SS | Review case on PACER website for status of pleadings; notes to file regarding same. | 0.25 | $110.00 | $27.50 |
| 11/13/200 3 | SP | Review documents produced in response to discovery requests; notes to file | 1.25 | $160.00 | $200.00 |
| 11/19/200 3 | DSB | Review status of briefing w/ ARH and SP | 0.25 | $300.00 | $75.00 |

| 11/20/200 3 | DSB | Review and revise brief section regarding numerosity and conference w/ SP regarding same | 0.25 | $300.00 | $75.00 |
|---|---|---|---|---|---|
| 11/20/200 3 | SP | Preparation of class cert brief: numerosity section | 1.00 | $160.00 | $160.00 |
| 11/21/200 3 | ARH | Review file in preparation of writing supplemental memo re: offer of judgment | 0.25 | $160.00 | $40.00 |
| 11/21/200 3 | ARH | Legal research regarding offer of judgment | 1.00 | $160.00 | $160.00 |
| 11/25/200 3 | ARH | Legal research regarding cases Defendant cites in it's brief re: offer of judgment | 0.75 | $160.00 | $120.00 |
| 11/25/200 3 | ARH | Preparation of supplemental memo re: offer of judgment (setting forth argument and supporting cases) | 0.75 | $160.00 | $120.00 |
| 11/25/200 3 | ARH | Preparation of supplemental memo re: offer of judgment mooting a class representative's claims | 1.50 | $160.00 | $240.00 |
| 11/25/200 3 | ARH | Preparation of supplemental memo re: offer of judgment mooting a class representative's claims and responding to cases defendant cites in objection to motion for certification | 0.50 | $160.00 | $80.00 |
| 11/25/200 3 | ARH | Preparation of supplemental memo re: an offer of judgment mooting a class representative's claims and responding to cases cited by defendant in its objection to Plaintiff's motion to certify class. | 1.00 | $160.00 | $160.00 |
| 11/26/200 3 | ARH | Revise supplemental memo regarding impact of offer of judgment upon named plaintiff | 1.00 | $160.00 | $160.00 |
| 11/26/200 3 | ARH | Revise supplemental memo re: offer of judgment and whether moots named plaintiff's claims in class action | 0.50 | $160.00 | $80.00 |
| 11/26/200 3 | ARH | Revise supplemental memo re: whether an offer of judgment moots a named plaintiff's claims in class action context. | 1.00 | $160.00 | $160.00 |
| 11/26/200 3 | ARH | Revise supplemental memo re: fact that an offer of judgment does not moot a class representative's claim | 0.75 | $160.00 | $120.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/2003 | ARH | Review CT Bally case and incorporate into supplemental memo re: offer of judgment. | 0.50 | $160.00 | $80.00 |
| 12/01/2003 | ARH | Legal research regarding cases that defendant cites in it's memo in objection to class certification | 1.00 | $160.00 | $160.00 |
| 12/01/2003 | ARH | Legal research regarding cases defendant cites in its memo in opposition to motion to certify class and discussion in memo re: offer of judgment as to why distinguishable from case at hand. | 0.50 | $160.00 | $80.00 |
| 12/02/2003 | ARH | Revise supplemental memo re: offer of judgment and reorganized to clarify arguments | 0.75 | $160.00 | $120.00 |
| 12/02/2003 | ARH | Revise memo re: offer of judgment to named plaintiff before class certified | 0.75 | $160.00 | $120.00 |
| 12/08/2003 | SP | review of accounts and preparation of affidavit for motion for class cert | 0.75 | $160.00 | $120.00 |
| 12/09/2003 | DSB | Review status of Schuyler affidavit | 0.25 | $300.00 | $75.00 |
| 12/09/2003 | SP | draft numerosity affidavit | 0.50 | $160.00 | $80.00 |
| 12/10/2003 | ARH | Legal research regarding sophistication of class representative | 0.75 | $160.00 | $120.00 |
| 12/10/2003 | ARH | Review cases for adequacy standard for class representative | 0.25 | $160.00 | $40.00 |
| 12/10/2003 | ARH | Legal research (NCLC materials) regarding adequacy standard for class representatives | 0.25 | $160.00 | $40.00 |
| 12/10/2003 | ARH | Legal research regarding adequacy standard and level of knowledge/familiarity w/case necessary for individual. to be class representative | 2.75 | $160.00 | $440.00 |
| 12/10/2003 | DSB | Preparation of brief segment regarding adequacy of class representative, including review of deposition transcript and conf w/ ARH regarding additional necessary research | 0.75 | $300.00 | $225.00 |
| 12/10/2003 | DSB | Preparation of Supplemental Memo of Law in Support of Certification Motion (sections on numerosity and | 2.50 | $300.00 | $750.00 |

| 12/10/200 3 | DSB | Revise section of Supplemental Brief pertaining to mootness in light of offer of judgment | 0.50 | $300.00 | $150.00 |
|---|---|---|---|---|---|
| 12/10/200 3 | DSB | Conference w/ SP regarding outline and content of affidavit regarding numerosity | 0.25 | $300.00 | $75.00 |
| 12/10/200 3 | DSB | Review and approve affidavit regarding numerosity | 0.25 | $300.00 | $75.00 |
| 12/10/200 3 | DSB | Preparation of supplemental affidavit for DSB; preparation of brief section pertaining to adequacy of counsel | 0.50 | $300.00 | $150.00 |
| 12/10/200 3 | SP | Conference w/ DSB regarding numerosity issue; revise segment of brief regarding same | 1.00 | $160.00 | $160.00 |
| 12/11/200 3 | ARH | Legal research and preparation of citation re: adequacy standard for class representative | 1.75 | $160.00 | $280.00 |
| 12/11/200 3 | DSB | Preparation of Supplemental Memo regarding Certification - commonality/typicality section | 1.00 | $300.00 | $300.00 |
| 12/11/200 3 | DSB | Preparation of Supplemental Memo regarding Certification - adequacy of class representative section (including selection of transcript excerpts) | 1.50 | $300.00 | $450.00 |
| 12/11/200 3 | DSB | Review and finalize affidavits | 0.25 | $300.00 | $75.00 |
| 12/12/200 3 | DSB | Final review and revisions to supplemental memorandum | 1.50 | $300.00 | $450.00 |
| 12/12/200 3 | JS | Preparation of documents for DB with saving an disks for filing in federal court. | 0.25 | $75.00 | $18.75 |
| 12/22/200 3 | AM | Telephone call to clerk in Hartford regarding 1/23/04 hearing time and call to clerk in Bridgeport and left message. | 0.00 | $90.00 | No Charge |
| | | | 0.50 | | No Charge |
| 1/05/2004 | AM | Review court notice and enter next course of action/event for attorney. | 0.25 | $90.00 | $22.50 |
| 1/26/2004 | AM | Telephone call to clerk to confirm hearing on 1/30/04. | 0.10 | $90.00 | $9.00 |
| 1/26/2004 | DSB | Review status of motion to continue hearing on certification motion; telephone call to client regarding | 0.10 | $300.00 | $30.00 |

Consumer Law Group, LLC

Page No.:         12

| 1/27/2004 | AM | Telephone call from clerk regarding hearing on 1/30/04 still going forward and message for Dan. | 0.25 | $90.00 | $22.50 |
|---|---|---|---|---|---|
| 1/27/2004 | AM | Update file with new hearing date; call to client to inform of date change | 0.25 | $90.00 | $22.50 |
| 2/02/2004 | DSB | Review supplemental memorandum opposing certification; determination that no further response necessary | 0.25 | $300.00 | $75.00 |
| 2/25/2004 | DSB | Telephone conf w/ Jon Elliot regarding possible parameters of a settlement; notes to file regarding same and telephone conf w/ client regarding same | 0.25 | $300.00 | $75.00 |
| 2/26/2004 | DSB | Telephone call from Atty Elliot regarding Windham's interest in pursuing settlement; telephone conf w/ Atty Elliot and Court Clerk regarding request for adjournment and prepare letter to Judge Droney regarding same | 0.50 | $300.00 | $150.00 |
| 3/02/2004 | DSB | Telephone conf w/ client regarding settlement overture and disclosures regarding amounts improperly collected | 0.10 | $300.00 | $30.00 |
| 3/22/2004 | DSB | Settlement discussions w/ Jon Elliot; notes to file | 0.25 | $300.00 | $75.00 |
| 3/25/2004 | DSB | Telephone call from Penny at Judge Droney's chambers regarding conference call | 0.10 | $300.00 | $30.00 |
| 3/25/2004 | DSB | Telephone conf w/ client regarding status of negotiations and authority to settle case | 0.25 | $300.00 | $75.00 |
| 3/25/2004 | DSB | Preparation of settlement demand | 0.75 | $300.00 | $225.00 |
| 3/29/2004 | DSB | Telephone conf w/ Judge Droney and Atty Elliot | 0.25 | $300.00 | $75.00 |
| 3/29/2004 | DSB | Telephone conf w/ Atty Elliott prior to conference call regarding regarding same and regarding status of discussions | 0.10 | $300.00 | $30.00 |
| 4/14/2004 | DSB | Settlement negotiations w/ Atty Elliot; conference call w/ Court | 0.25 | $300.00 | $75.00 |

Consumer Law Group, LLC

Page No.: 13

| 4/15/2004 | AM | Telephone call to Penny at Judge Droney's chambers regarding dates; call to atty. Elliott's office regarding same. Email to Dan. | 0.25 | $90.00 | No Charge |
|---|---|---|---|---|---|
| 4/16/2004 | AM | Telephone call from Penny to schedule date/time for hearing; call to atty. Elliott to inform of same. Email to Dan. Call to Penny regarding change in date for atty. Elliott and left message. Call to clerk and left 2 messages. | 0.50 | $90.00 | $45.00 |
| 4/16/2004 | AM | Telephone call from atty. Elliott and call to Penny (clerk for judge Droney) regarding dates for STC. | 0.25 | $90.00 | $22.50 |
| 4/29/2004 | JS | Convert time entries to new system | 0.00 | $75.00 | No Charge |
| | | | 2.00 | | No Charge |
| 4/30/2004 | AM | Telephone call to Penny in Judge's Chambers regarding possible dates for settlement conference, and call to Dionne Caldwell. | 0.25 | $90.00 | $22.50 |
| 5/04/2004 | ARH | Legal research regarding court awarding attorneys fees using lodestar and multiplier | 3.00 | $160.00 | $480.00 |
| 5/04/2004 | DSB | Preparation for settlement conference (review and editing of time entries; conference w/ ARH regarding necessary research on attys fees claims) | 0.50 | $300.00 | $150.00 |
| 5/07/2004 | ARH | Legal research regarding attnys fees decided by court when parties agree on settlement terms but not on attnys fees | 2.40 | $160.00 | $384.00 |
| 5/13/2004 | ARH | Preparation of request to amend complaint, amended complaint, and settlement agreement and release. | 2.25 | $160.00 | $360.00 |
| 5/13/2004 | DSB | Review of file in preparation for settlement conference | 0.50 | $300.00 | $150.00 |
| 5/13/2004 | DSB | Attend settlement conference, including prior conference w/ client | 3.75 | $300.00 | $1,125.00 |
| 5/13/2004 | DSB | Conf w/ ARH regarding preparation of settlement papers | 0.10 | $0.00 | $0.00 |

Consumer Law Group, LLC

Page No.:          14

| 5/14/2004 | ARH | Revise settlement agreement | 0.50 | $160.00 | $80.00 |
|---|---|---|---|---|---|
| 5/17/2004 | ARH | Preparation of Joint Motion | 1.50 | $160.00 | $240.00 |
| 5/17/2004 | ARH | Preparation of Notice to Class Members | 0.75 | $160.00 | $120.00 |
| 5/17/2004 | ARH | Preparation of Order and final judgment of dismissal | 0.25 | $160.00 | $40.00 |
| 5/17/2004 | ARH | Preparation of preliminary order | 0.50 | $160.00 | $80.00 |
| 5/17/2004 | ARH | Revise settlement agreement and release | 1.25 | $160.00 | $200.00 |
| 5/17/2004 | ARH | Revise amended complaitn and request to amend | 0.25 | $160.00 | $40.00 |
| 5/18/2004 | ARH | Meeting with DSB re: settlement package and review changes | 0.25 | $160.00 | $40.00 |
| 5/18/2004 | DSB | Review, revise, and prepare comments to draft amended complaint and draft settlement agreement | 0.50 | $300.00 | $150.00 |
| 5/19/2004 | ARH | Revise settlement package | 0.50 | $160.00 | $80.00 |
| 5/19/2004 | ARH | Revise settlement agreement and release | 0.75 | $160.00 | $120.00 |
| 5/20/2004 | ARH | Preparation of and revisions to Settlement package for DSB review. | 4.75 | $160.00 | $760.00 |
| 5/20/2004 | DSB | Review and incorporate language regarding effective date from agreement in unrelated case brought by Mr. O'Brien | 0.25 | $300.00 | $75.00 |
| 5/25/2004 | DSB | Review and revise draft settlement documents and amended complaint; e-mail to Atty Elliot regarding same | 1.50 | $300.00 | $450.00 |
| 6/09/2004 | DSB | Telephone conf w/ Atty Elliot regarding status of review of documents and request to send copy of draft Preliminary Order | 0.10 | $300.00 | $30.00 |
| 6/10/2004 | DSB | Telephone call from client regarding status of settlement | 0.10 | $300.00 | $30.00 |
| 6/16/2004 | ARH | Review ToDo and email from DSB | 0.10 | $160.00 | $16.00 |
| 6/16/2004 | DSB | Telephone conf w/ Jon Elliot regarding treatment of putative class members whose debts presumably arose outside of Connecticut | 0.25 | $300.00 | $75.00 |
| 6/16/2004 | DSB | Telephone call to Atty Elliot regarding status of settlement | 0.10 | $300.00 | $30.00 |

| 8/19/2004 | DSB | Review proposed changes to settlement agreement by Atty Elliot; prepare letter to Atty Elliot regarding same and oversee final assembly of settlement documents | 0.75 | $300.00 | $225.00 |
|---|---|---|---|---|---|
| 8/19/2004 | MO | Preparation of corrections to settlement agreement & joint motion | 0.68 | $35.00 | $23.80 |
| 8/19/2004 | MO | Preparation of settlement agmt., amended cmplt., exhibits, etc.; revise cover letter | 1.00 | $35.00 | $35.00 |
| 10/29/200 4 | SP | Review status of settlement; contact Elliot re: same | 0.30 | $160.00 | $48.00 |
| 11/05/200 4 | SP | Telephone call from Elliot re: status; notes to file | 0.10 | $160.00 | $16.00 |
| 12/01/200 4 | SP | email to atty. elliot re: status of settlement | 0.10 | $160.00 | $16.00 |
| 12/09/200 4 | DSB | Telephone conf w/ Atty Elliot regarding class list issue | 0.10 | $300.00 | $30.00 |
| 12/15/200 4 | DSB | Conf w/ SP regarding status of settlement and need to follow-up | 0.10 | $300.00 | $30.00 |
| 12/17/200 4 | SP | discuss status w/ DB; review motions/settlement. agreement and compare with previous version; assist with filing with court | 0.60 | $160.00 | $96.00 |
| 12/22/200 4 | SP | Telephone call from client to discuss credit reporting | 0.10 | $160.00 | $16.00 |
| 12/28/200 4 | SP | Telephone call from client re: credit report disputing; letter to client w/ instructions re: same | 0.20 | $160.00 | $32.00 |
| 12/28/200 4 | TW | Review file and create ECF notice file | 0.10 | $100.00 | $10.00 |
| 2/25/2005 | DSB | Telephone conf w/ client regarding status | 0.10 | $300.00 | $30.00 |
| 6/09/2005 | DSB | Telephone conf w/ clerk regarding status of joint motion | 0.10 | $325.00 | $32.50 |
| 6/30/2005 | SP | Review ecf website to determine whether there has been a ruling in this matter | 0.10 | $200.00 | $20.00 |
| 8/12/2005 | DSB | Review court order regarding notice and hearing; telephone calls to client and to Atty Elliot | 0.40 | $325.00 | $130.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8/15/2005 | CG | Review File and note status of hearing scheduled. | 0.25 | $120.00 | $30.00 |
| 9/20/2005 | CG | Telephone call from class member with question regarding notice of settlement. | 0.25 | $120.00 | $30.00 |
| 10/03/200 5 | CG | Review File and determine deadlines for hearing briefs and opt out dates. | 0.50 | $120.00 | $60.00 |
| 10/07/200 5 | CG | Review File and note deadlines for filing affidavit of attorneys fees, opt out dates and fairness hearing briefs. Discuss with SPoriss. | 0.75 | $120.00 | $90.00 |
| 10/07/200 5 | SP | Review deadlines to determine when to file motion for atty fees and discuss same w/ CG | 0.25 | $200.00 | $50.00 |
| 10/17/200 5 | DSB | Conf w/ KM regarding status of brief preparation | 0.10 | $325.00 | $32.50 |
| 10/17/200 5 | KAM | Met w/ DSB to discuss progress, direction of memo | 0.10 | $150.00 | $15.00 |
| 10/19/200 5 | KAM | Draft memo in support of attorneys' fees and class rep award; review sample brief from DSB (Bromberg)- save same to Word Data | 2.00 | $150.00 | $300.00 |
| 10/20/200 5 | SP | Review draft motion for attorney's fees and for approval of the settlement; e-mail KAM a few necessary revisions | 0.50 | $200.00 | $100.00 |
| 11/02/200 5 | KAM | Write memo in support of attorneys' fees; check deadline for same | 3.50 | $150.00 | $525.00 |
| 11/03/200 5 | KAM | Bluebook citations in memo in support | 0.25 | $150.00 | $37.50 |
| 11/06/200 5 | KAM | Legal research regarding 2nd Circuit approvals/denials of class actions*; retrieve/Sheperdize/update cases cited in Bromberg brief | 1.25 | $150.00 | $187.50 |
| 11/07/200 5 | KAM | Discuss memo in support of attorneys' fees with SP and review/incorporate her suggestions thereto | 0.50 | $150.00 | $75.00 |

Consumer Law Group, LLC

Page No.:          17

| 11/07/200 5 | SP | Review and revise memo in support of final settlement | 0.50 | $200.00 | $100.00 |
|---|---|---|---|---|---|
| 11/10/200 5 | KAM | Get (electronically) and print cases relied on in brief in support of motion for attorneys' fees and class rep awardn per SP; save same to Word Data file | 0.25 | $150.00 | $37.50 |
| 11/15/200 5 | DSB | Revise memo in support of settlement | 2.00 | $325.00 | $650.00 |
| 11/15/200 5 | KAM | Review emails from DSB and SP regarding brief in support of attorneys' fees | 0.25 | $150.00 | $37.50 |
| 11/16/200 5 | KAM | Update memo per DSB and confer w/ CG about filing | 0.25 | $150.00 | $37.50 |

**Total Fees**                                   $28,772.5 5

*Expenses/Costs*

| Start Date | Description | Charges |
|---|---|---|
| 10/21/2002 | Facsimile-- | $0.15 |
| 4/18/2003 | Postage-- | $0.83 |
| 4/18/2003 | Postage-- | $0.60 |
| 4/21/2003 | Postage-- | $1.11 |
| 4/21/2003 | Copies-- | $0.90 |
| 5/05/2003 | Postage-- | $0.74 |
| 5/05/2003 | Copies-- | $0.75 |
| 5/05/2003 | Copies-- | $0.60 |
| 5/14/2003 | Sheriff Fee | $56.40 |
| 5/15/2003 | Copies-- | $1.20 |
| 6/02/2003 | Postage-- | $0.60 |
| 6/02/2003 | Copies-- | $0.45 |

| | | |
|---|---|---:|
| 6/02/2003 | Copies-- | $1.05 |
| 6/10/2003 | Copies | $0.15 |
| 6/11/2003 | Postage | $4.56 |
| 6/11/2003 | Copies | $14.70 |
| 7/29/2003 | Copies | $0.45 |
| 7/29/2003 | Copies | $3.00 |
| 8/01/2003 | Copies | $4.50 |
| 8/01/2003 | fax | $3.60 |
| 8/04/2003 | fax | $0.15 |
| 8/05/2003 | Local travel | $36.00 |
| 8/05/2003 | Postage | $0.37 |
| 8/05/2003 | Facsimile | $1.50 |
| 8/05/2003 | Facsimile | $0.60 |
| 8/06/2003 | Postage | $0.74 |
| 8/14/2003 | copies | $1.95 |
| 8/14/2003 | Postage | $1.20 |
| 10/09/2003 | Postage | $0.37 |
| 10/14/2003 | Facsimile | $0.90 |
| 10/16/2003 | Copies | $0.45 |
| 10/16/2003 | Copies | $8.70 |
| 10/17/2003 | Copies | $0.30 |
| 10/17/2003 | Copies | $0.75 |

Consumer Law Group, LLC

Page No.:          19

| | | |
|---|---|---:|
| 11/09/2003 | Postage | $0.37 |
| 11/18/2003 | Copies | $4.05 |
| 12/11/2003 | Copies | $30.15 |
| 12/12/2003 | Postage | $3.85 |
| 12/12/2003 | Copies | $9.45 |
| 3/15/2004 | Facsimile | $0.60 |
| 4/02/2004 | Postage | $0.37 |
| 12/28/2004 | Postage | $5.87 |
| 12/29/2004 | Copies | $0.15 |
| 1/04/2005 | Postage | $0.37 |

| | |
|---|---:|
| **Total Expenses** | $205.55 |

| | |
|---|---:|
| Total New Charges | $28,978.10 |
| Previous Balance | $0.00 |
| Balance Due | $28,978.10 |

## Staff Summary

| Name | Hours | Rate | Fees |
|---|---:|---:|---:|
| | 2.45 | $90.00 | $220.50 |
| | 0.00 | $0.00 | $0.00 |
| Amy R Hozer | 37.25 | $160.00 | $5,960.00 |
| Carol Geyer | 1.75 | $120.00 | $210.00 |
| Daniel S Blinn | 2.60 | $325.00 | $845.00 |
| Daniel S Blinn | 0.10 | $0.00 | $0.00 |
| Daniel S Blinn | 38.75 | $300.00 | $11,625.00 |
| | 0.75 | $75.00 | $56.25 |
| | 0.00 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| Katherine A Meyer | 8.35 | $150.00 | $1,252.50 |
| Maureen O'Connor-Liazka | 1.68 | $35.00 | $58.80 |
| Matt T Theriault | 31.05 | $175.00 | $5,433.75 |
| Matt T Theriault | 0.00 | $0.00 | $0.00 |
| Nicole M Seminara | 0.25 | $35.00 | $8.75 |
| | 0.00 | $0.00 | $0.00 |
| | 9.40 | $110.00 | $1,034.00 |
| Sarah Poriss | 9.25 | $160.00 | $1,480.00 |
| Sarah Poriss | 0.00 | $0.00 | $0.00 |
| Sarah Poriss | 1.35 | $200.00 | $270.00 |
| | 2.80 | $110.00 | $308.00 |
| Tracy Worrest | 0.10 | $100.00 | $10.00 |