UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIONNE CALDWELL, individually on behalf of herself and all others similarly situated<br>     Plaintiff<br><br>vs.<br><br>WINDHAM PROFESSIONALS, INC.<br>     Defendant | :   CIVIL ACTION NO.<br>:   3:03 CV 00664 (CFD)<br>:<br>:<br>:<br>:<br>:<br>:<br>:   NOVEMBER 23, 2005 |

## AFFIDAVIT

STATE OF CONNECTICUT)
        ) ss: Southport
COUNTY OF FAIRFIELD )

  I, BRIAN CHAPMAN, do hereby state:

  1. I am over the age of eighteen (18) and believe in the obligation of an oath.

  2. I am an employee of the law firm of Kleban & Samor, P.C., counsel for defendant Windham Professionals, Inc. in the above captioned matter.

  3. Under the supervision of Attorney Jonathan D. Elliot, I prepared a mailing to the individuals listed on Exhibit A annexed hereto, which mailing contained a copy of Notice of Pendency of Class Action, Proposed Settlement and Hearing in the above action.

4.   The mailing described in Paragraph 3 was sent postage prepaid, first class mail on September 9, 2005.

5.   Following the mailing described in Paragraph 3, several of the Notices of Pendancy were returned to Kleban & Samor, PC by the United States Postal Service (hereto referred to as the "USPS"). These notices have been divided by type based on the mailing results and are listed on Exhibit B and Exhibit C annexed hereto.

6.   Exhibit B contains names and addresses of class members whose notices were successfully resent using either:

a) Information provided by the attorney for the defendant; or

b) Forwarding information provided by the USPS.

Dates have been included to indicate when the above notices were resent.

7.   Exhibit C contains names and addresses whose notices were unsuccessfully sent, even after the Defendant undertook additional efforts to locate these Class Members including the utilization of skip-tracing tools and resources.

I, BRIAN CHAPMAN, do hereby swear to the above statements as fact.

Brian Chapman

Subscribed and sworn to before me this 23rd th day of November, 2005.

Notary Public
My Commission Expires

BARBARA M. POMPANO
NOTARY PUBLIC
State of Connecticut
My Commission Expires Feb. 28, 2008

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 23rd day of November, 2005, to:

Daniel S. Blinn, Esq.
Matthew T. Theriault, Esq.
Sarah Poriss, Esq.
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067

_____
Jonathan D. Elliot

# **EXHIBIT A**

## MAILING LIST

William B Dicrosta III
110 Clarendon St
New Haven, CT 06512-2606

Ladrina S Coleman
131 Fairview Ave
Bridgeport, CT 06606-4712

Andrew H Bryan
113 Pembroke St
Hartford, CT 06112-1440

Philip D Braun
8 Little John Ln
Danbury, CT 06811-2817

Annette A Boucher
43 Jacobs St
Bristol, CT 06010

Antonio J Alexander
9 Sandpiper Dr
Bloomfield, CT 06002-2231

Joseph M Battista
23 Hunters Path
Clinton, CT 06413-1827

Rihhad Alfred
34 Johnson Ave
Plainville, CT 06062-1116

Homer Alexander
301 Harding Ave
Stratford, CT 06615-7248

Harry Anderson
224 Blakeslee St
Bristol, CT 06010

Tracey Anderson
40 South St
Bristol,CT 06010

Trevino Archer
19 Diana Dr
Bloomfield, CT 06002-3306

Kathleen Avery
67 Standish St Apt 2
Hartford, CT 06114-2650

Meyer Alewitz
46 Hatch St
New Britain,CT 06053-2535

Christian Correa
36 Linden St
Wethersfield, CT 06109-2920

Louis Czerwinski
40 Walnut St
Cheshire, CT 06410-2826

Alex Bako
30 Court St Lowr
New Haven, CT 06511-6921

Ines Baia
38 Maple Ln
Shelton, CT 06484-3723

Carrie Barillard
41 Viola Dr East
Hampton, CT 06424-1684

Kristoffer Beder
17 Westwood Dr
Simsbury, CT  06070-1718

Gloria Bellacicco
9 Old Washington Trl
Durham, CT  06422-2507

Gibson Bennett
86 Park Ave
Bloomfield, CT  06002-3235

Najib Benseghir
32 Bishops Curve
Middletown, CT  06460

Christopher Benson
357 Brittany Farms Rd
New Britain, CT  06053-1102

John Bernardo
229 Pleasant St
New Britain    CT 06051-2827

James Bitterman
291 Walsh Ave
Newington    CT  06111-3542

James Blackman
161 Stimson Rd
New Haven    CT  06511-1670

Ivan   Blanco
191 Main St
Farmington    CT  06032-2908

Tere   Boinske
31 Park St #1fl
Thomaston    CT  06787-1729

Angela  Brown
70 Grenhart Rd
Stamford      CT  06902-5634

Eric Burt
44 Elm St
Colchester, CT  06415-2143

Phyllis Bysiewcz
9 Lake Dr
Old Lyme, CT  06371-1212

Joseph Buyniski
57 Woodhaven Rd
Glastonbury, CT  06033-1840

Diana Drummond
64 Goose Ln
Coventry, CT  06238-1213

Annapo Dolan
Po Box 14
Cornwall, CT  06753-0014

Jeffrey Davis
40 River View Ct
Cheshire, CT  06410-1245

Jenifer Deperry
6 Marsal Ln
Cromwell, CT  06416-1248

Roscoe Davis Jr
11 Cape Ann Ct
New London, CT  06320-3701

Tracy Delventhal
333 Christian St
Wallingford, CT  06492-3818

Michelle  Debois
60 Saw Mill Rd
Bristol, CT  06010-2427

Larry Deutsch
35 Torwood St
Hartford, CT  06114-2745

Alberto Dieguez
80 Willow St
Wethersfield, CT  06109-2711

Todd Dufresne
482 Broad St Trlr 18
Bristol, CT  06010-6614

Phillip Carpenter
52 Laurel Ln
Simsbury, CT  06070-1518

April Chastang
113 Old Voluntown Rd
Jewett City, CT  06351-8847

Arnold Christensen
11 Overhill Rd
Enfield, CT  06082-5643

Adam Chuchro
40 Annawan St
Hartford, CT  06114-1020

Peter Cifaldi
109 Peck Rd
Winsted, CT  06098-2913

Glynis Claffey
181 Sherbrook St
Bristol,CT  06010

Carla Farmer
35 Maplewood Ter
Middletown, CT  06457-3824

Regina Vance
57 Rockwood Dr
Portland, CT  06480-1096

Joy Ann Ziolkowski
150 Burritt St # A3c
Plantsville, CT  06479-1450

John Zakrzewski
Po Box 176
Pine Meadow, CT  06061-0176

Michelle White
149 E Harold St
Bloomfield, CT  06002-3924

Marla Valente
73 Wilkenda Ave
Waterbury, CT  06708-3617

Robert Tita
141 Grassy Plain St
Bethel, CT  06801-2806

Anne Stuneck
13c Rising Trail Dr
Middletown, CT  06457-1672

Janet Stoddard
92 Groveland Ter
Newington, CT  06111-1614

Barbara Smith
88 Dundee Dr
Cheshire, CT  06410-1574

Jessica Scrivano
8 James St
Windsor Locks, CT 06096-1821

Mable Reynolds
38 Ansonia St
Hartford, CT  06114-1701

Sydney Ray
52 Sky Hill Dr
Wolcott, CT  06716-1817

Sandra Lee Peters
19 Ohear Ave
Enfield, CT  06082-3634

Reyes Padua
25 Knollwood Rd
Farmington, CT  06032-1073

Floriano Obrero
14 Bobwhite Trl
Gales Ferry,CT  06335-2001

Michael Mosel
15 W Roosevelt Dr
Ansonia, CT  06401-1327

Barbara Mekrut
22 Iron Gate Ln
Cromwell, CT 06416-2067

Franciszek Marchut
11 Williams St
Wethersfield, CT  06109-1636

John Lovetere
145 Prospect St
Winsted, CT  06098-1942

Ba Liau
108 Seymour Ave
West Hartford, CT  061190-2332

David Lathrop
33 Tyler Ln
Norwich, CT  06360-4027

Frederick Jackson
1132r Blue Hills Ave
Bloomfield, CT  06002-2760

Andre Harrington
3 Diana Ln
Windsor, CT  06095-3246

John   Gyurik
846 E Pond Meadow Rd
Westbrook, CT  06498-2807

Howard Gillis
125 Oakland St
Bristol,CT  06010-4304

John Grikis
75 Ten Acre Rd
New Britain, CT  06052-1531

Vivian Forth
90 Sand Hill Rd
Simsbury, CT  06070-2617

Michael Fagan
66 Hilldale Rd
West Hartford, CT  06117-1411

Timothy Evans
15 Ridge Rd
Centerbrook,   CT  06409-1035

Linda Eustace
8 Lindsley Dr
Wolcott, CT   06716-2120

Lisa Spence Elder
8 Carpenter Ln
Bloomfield, CT  06002-1818

Cheryl M Abair
P.O. Box 643
Bristol,CT   06011-0643

Luis A Alvalle
11 Goshen St
Hartford, CT   06106-3932

John   Anglis Sr
12 Macarthur Rd
Plainville, CT  06062

Adel   Ashgar
1800 Silas Deane Hwy Apt
Rocky Hill, CT   06067-1333

Glen Baker
219 Cambria Ave
Newington, CT   06111-3516

Kevin Barber
360 Oakland Street
Manchester, CT   06040

Kristil Barnes
937 Farmington Ave
Berlin, CT   06037-2218

Michael J. Barrette
12 Central St
Enfield, CT   06082-3570

Karen Buck
65 Sherwood Rd
Easton, CT   06612-1209

Thomas  Buckberrough Jr
239 Pleasantview Ave
Bristol,CT   06018

William K Calder
40 Harmon Dr
Suffield, CT   06078

Dionne A Caldwell
22h Jaidee Dr
East Hartford, CT   06118-1577

Mark A Casserno
128 Knowles Ave
Middletown, CT   06457-3117

Joseph Cavanaugh
48 Newport Dr
Waterbury, CT   06705-2510

Alan E Corey
453 Stickney Hill Rd
Stafford Springs, CT   06076-4623

Larry D Coyle
197 Pine Lane Ext
Windsor, CT   06095-3549

Christopher Craaybeek
1477 Enfield St
Enfield, CT   06082-5500

Eddie Cumba
100 Lewis Ave
Meriden, CT   06451

Ann Daniels
60 Rose Cir Apt C
Middletown, CT   06457-6439

Debra Daniels
7 Hilltop Cir
Bloomfield, CT   06002-1822

Michael Decker
52 Meadow Brook Ave
Ellington, CT   06029-3038

Tonya Deep
39 Garden St
Enfield, CT   06082

Anthony C Difronzo
40 Lyuondale Rd
Newington, CT       06111

Heather Domingue
393 Lime Rock Rd
Lakeville, CT   06039-2407

George Dube
78 Old County Rd
E Granby, CT   06026

Dayna Eatmon
25 Manfield Ave
New Britan, CT   06051

Michael P Estey
196 Watchaug Rd
Somers, CT  06071-1119

Andrew J Garretto
165 Dogwood Ln
S Windsor, CT  06074

Jean   Gatto
201 Newell St
Southington, CT  06489-1122

Jessica Gordon
900 S Main St Apt 9
Plantsville, CT  06479-1663

Karen Gosselin
Po Box 809
Somers, CT  06071-0809

Amy L Grass
180 Melba St
Milford, CT  06460-7665

Kevin M Grucci
72 Candlewood Dr
Enfield, CT  06082-2738

Barbara Holder
901 Russell Ave
Suffield, CT  06078-1030

Lavette Hooks
320 Cottage Grove Rd
Bloomfield, CT  06002-3158

Joseph G Hoyte
82 Fern St
Hartford, CT  06105-2226

Terry M Jobb
15 Thendara Dr
Waterbury, CT  06708

Bruce Johnson
2 Charles St
Plantsville, CT  06479-1906

Quilla Knighton
39 Ashley St
Hartford, CT  06105

Nicole Kuras
20 Otis St
Manchester, CT   06040

Bernard Lafountain
11 Pondview Dr
Woodstock, CT  06281

Larry Landrie
17 Maple St
Vernon Rockville, CT  06066

Daniel Langan
16 Enfield Ter
Enfield, CT 06082-4902

Nancy E Leonard
125 Lower Rd
East Canaan, CT  06024-2624

Amy E Linscott
245 Whitney Ave Apt 2
New Haven, CT  06511-3726

Edward Lopez
51 Erik Ct
New Britain, CT  06053-1735

Isabel Lopez
57 Oxbow Dr
Willimantic, CT  06226-3629

Mark Mango
62 Pierpont Road
Waterbury, CT  06705

Carlos E Martinez
46 E Liberty St
Waterbury, CT   06706

Teresa Matos
115 Graham Rd
E Hartford, CT   06118

Donald J Matsen
35 Travis St
Stamford, CT  06905

Jeffrey Miller
7 Brianwood Ln
Granby, CT   06035-2807

Robin J Miller
12 Jetaund Pl
Bridgeport, CT   06605-3317

Timothy Monteleone
376 Windsor Ave
Stratford, CT   06614-1729

Gino P Monterio
48 Craftwood Rd
Waterbury, CT   06704

Jeremy Morgan
45 Arlington St
Bristol, CT   06010-3603

Joanne R Munson
21 Dickerman Ave
Windsor Locks, CT 06096

Thomas M Murray
157 Ward St
Naugatuck, CT   06770-4531

Kat Patterson
24 Jerome Ave
Bloomfield, CT   06002-2408

Stephen J Peart
66 Undermountain Rd
Sailsbury, CT   06068

Melvin Pinkney
8 Downey Dr
Manchester, CT   06040-2519

Travis Rauls
33 Waverly St
New Haven, CT  06511-5314

Vilma Rivera
11 Prospect St
Stafford Spring, CT   06076

Robert E Savary III
14 Rock Ave
Danielson,     CT    06239

Henry J Savelli
509 Mulberry St
Windsor Locks, CT 06096-1628

Christina R Stanton
889 Woodtick Rd
Oxford, CT   06478

Mcwarens St Julien
50 Virginia Ave
Bridgeport, CT   06610-1506

Mario A Tirillo
Po Box 94
East Hartland, CT   06027-0094

Luis A Torres
22 Amato Dr Apt L
South Windsor, CT  06074

Rosa   Torres
96 Richard St
New Britain, CT   06053-3943

Lajos Toth
105 Town Farm Rd
Farmington, CT  06032-1503

Bryan T Valigursky
106 Eastview Rd
Terryville, CT  06786-7238

Brandi Vega
12 Lewis Rd
New Britain, CT  06053-1407

Jacqueline C Vumback
60 Arcellia Dr
Manchester, CT  06040

Karen M Wilcox
518 Burnside Ave
New Hartford, CT  06108-3504

Dennis Willard Jr
72 Kenneth Dr
Dayville, Ct  06241-2034

**EXIBIT B**

The following is a list of names of class members whose Notices of Pendancy were returned to us and subsequently resent using the following methods:

1. The information provided to me by the attorney for the Defendant.

2. Existing forwarding information courtesy of the USPS

In both of the above instances I have indicated the date I resent the notices.

Forwarding Information Provided by Defendant's Attorney:

Tracey Anderson
1236 Stanley Street
New Britain CT 06051
09-21-05

Christina R. Stanton
47 Jacks Hill Road
Oxford, CT 06478
09-21-05

Ivan Blanco
250 S Stagecoach Trl, #112
San Marcos, TX 78666
09-21-05

Mario A. Tirillo
6 Ely Place
Simsbury, CT 06070-1336
09-27-05

Regina Vance
63 Charles Street
Mystic, CT 06355
09-21-05

Brandi Vega
279 Summer Street
Bristol, CT 06010
09-21-05

Sandra Lee Peters
8 Magauran Dr.
Stafford Springs, CT 06076
09-21-05

Karen M. Wilcox
P. O. Box 599
New Hartford, CT 06057
09-21-05

Glen Baker
734 Silver Lane
E. Hartford, CT 06118
09-21-05

Stephen J. Peart
P. O. Box 413
Falls Village, CT 06031
09-21-05

Melvin Pinkney
164 Westminster Street
Hartford, CT 06112
09-21-05

Teresa Matos
1400 NW 13th St. #37
Boca Raton, FL 33486
09-21-05

Christopher Craaybeek
P. O. Box 550
Broadbrook, CT 06016
09-21-05

David Lathrop
491 Laurel Hill Road
Norwich, CT 06360
09-22-05

John Anglis
3 Andrew Drive
Weatogue, CT 06089
09-21-05

Karen Buck
29 4th Park Street
Milford, CT 06460
09-22-05

Jeffrey Miller
408 Wesley Drive
Whitehouse, TX 75791
09-21-05

Michael J. Barrette
P. O. Box 42
Windsor Locks, CT 06096
09-22-05

Heather Domingue
77 Chesterfield Road
Hinsdale, NH 03451
09-22-05

Timothy Monteleone
33 Soundview Ave.
Shelton, CT 06484
10-12-05

Gino P. Monterio
1138 W Maple Street
River Falls, WI 54022
09-22-05

Terry M. Jobb
211 S English Hill Lane
Hillsborough, NC 27278
10-12-05

Najib Benseghir
525 Crown Street, Apt. 183
Meriden, CT 06450
10-27-05

Forwarding Addresses provided by the USPS:

Joseph Buyniski
57 Woodhaven Rd
Glastonbury, CT 06033

Carla Farmer
35 Maplewood Ter
Middletown, CT 06457

April Chastang
113 Old Voluntown Rd
Jewett City, CT 06351-8847

Larry Landrie
17 Maple St
Vernon Rockville, CT 06066

Barbara Holder
901 Russell Ave
Suffield, CT 06078-1030

**EXIBIT C**

The following is a list of names and addresses of class members without updated forwarding information. These members are divided into two groups:

1. Those members whom there exists no available forwarding information provided by either the attorney for the defendant or by the USPS

2. Those members whose notices were returned after they were resent with the information provide by the attorney for the defendant

Notices returned without available forwarding information:

Annette A Boucher
43 Jacobs St
Bristol, CT  06010

Antonio J Alexander
9 Sandpiper Dr
Bloomfield, CT  06002-2231

Luis A Torres
22 Amato Dr Apt L
South Windsor, CT  06074

Joseph G Hoyte
82 Fern St
Hartford, CT  06105-2226

Angela Brown
70 Grenhart Rd
Stamford, Ct  06902-5634

Glynis Claffey
181 Sherbrook St
Bristol, CT  06010

Carlos E Martinez
46 E Liberty St
Waterbury, CT  06706

Alex Bako
30 Court St Lowr
New Haven, CT  06511-6921

Jessica Gordon
900 S Main St Apt 9
Plantsville, CT  06479-1663

Mark A Casserno
128 Knowles Ave
Middletown, CT  06457-3117

Kat Patterson
24 Jerome Ave
Bloomfield, CT  06002-2408

Eric Burt
44 Elm St
Colchester, CT  06415-2143

Notices returned after being resent with updated information:

Kristil Barnes
 87 Wethersfield Road
Berlin, CT  06037
09-21-05

Eddie Cumba
168 Liberty Street
Meriden, CT  06450
09-21-05

Nicole Kuras
20 Otis Street, Apt. G
Manchester, CT  06040
09-21-05

Amy E Linscott
314 Mill Pond Lane
Salisbury, MD 21804

Joanne R. Munson
1610 S Orange Blossom Terrace
 Orlando, FL  32805
09-21-05

Jean Gatto
23 Lillian Road
Bristol, CT  06010
09-22-05

Cheryl M. Abair
12 Harwinton Ave.
Terryville, CT  06786
09-22-05